FILED
JAN 18 2023 LM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:23-cr-00028
Judge Edmond E. Chang
Magistrate Judge Young B. Kim

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFF MCGRAW | Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about July 14, 2022, at Calumet City, in the Northern District of Illinois, Eastern Division,

JEFF MCGRAW,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Glock 45 9mm semi-automatic pistol, bearing serial number BHYZ683, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL OCTOBER 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock Model 45, 9mm semi-automatic pistol, bearing serial number BHYZ683, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY