Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Jeffrey Gilbert |
|---|---|---|---|
| CASE NUMBER | 22 GJ 00990 | DATE | JANUARY 18, 2023 |
| CASE TITLE | U.S. v. JEFF MCGRAW | | 1:23-cr-00028<br>Judge Edmond E. Chang<br>Magistrate Judge Young B. Kim |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for _SPECIAL OCTOBER 2022_ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _[signature: Jeffrey T. Gilbert]_

THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. THE DEFENDANT IS CURRENTLY IN IDOC CUSTODY.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                                                       UNDER SEAL)

Courtroom Deputy Initials: BR

**FILED**

JAN 18 2023   LM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1