# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                      Case No.: 1:23–cr–00028

                                                                           Honorable Edmond E. Chang

Jeff McGraw

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 20, 2023:

      MINUTE entry before the Honorable Edmond E. Chang as to Jeff McGraw: Counsel for the government reported to the courtroom deputy that the Defendant is in IDOC custody and would require a writ for the initial appearance and arraignment. The Court will refer the initial appearance, arraignment, and all bond–detention decisions to the magistrate judge. Arraignment set for 01/24/2023 before Judge Chang is terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.