UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 23 CR 28 |
| v. | Judge Edmond E. Chang |
| JEFF MCGRAW | Magistrate Judge Young B. Kim |

## O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

> Name: Jeff McGraw
> Date of Birth: */*/1993
> Sex: Male
> Jail/Prisoner No: Y38458

is detained in the following institution:

> Hill Correctional Center
> Galesburg, Illinois

and that this person's presence is required for prosecution of a charge of being a felon in possession of a firearm (in violation of 18 U.S.C. § 922(g)(1)), in the Northern District of Illinois, and will need to be produced at the U.S. Marshals Service Lock-Up, 24th Floor, Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, 60604, on February 3, 2023, at 10:30 a.m.; and that this person will need to be produced on February 3, 2023, at 11:30 a.m., for an arraignment before Magistrate Judge Young B. Kim in Courtroom 1019.

IT IS THEREFORE ORDERED that the following custodians:

| | |
|---|---|
| LaDon Reynolds | Mark Williams |
| United States Marshal | Warden |

| | |
|---|---|
| Northern District of Illinois | Hill Correctional Center |
| 219 South Dearborn Street | 600 South Linwood Road |
| Room 2444 – Federal Building | Galesburg, IL 61402 |
| Chicago, Illinois 60604 | |

bring or cause to be brought before this Court, at the specified time and on the specified date, before Magistrate Judge Young B. Kim in Courtroom 1019, in the United States Courthouse in Chicago, Illinois, the body of the said defendant; and that a *Writ of Habeas Corpus Ad Prosequendum* directed to the custodians be issued by the Clerk of this Court.

E N T E R:

_____
Young B. Kim
United States Magistrate Judge

DATED at Chicago, Illinois
this 23 day of January, 2023

2