

# United States District Court
# Northern District of Illinois

In the Matter of

USA

<span style="color:darkred">Magistrate Judge Young B. Kim</span>

v.

Case No. 23-CR-28

Jeff McGraw

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

   The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Young B. Kim, the magistrate judge designated pursuant to Local Rule 72.1.  The reasons for my recommendation are indicated on the reverse of this form.

_____

**Judge Edmond E. Chang**

Date: Friday, January 20, 2023

---

## ORDER OF THE EXECUTIVE COMMITTEE

   IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Young B. Kim

## ENTER

## FOR THE EXECUTIVE COMMITTEE

_____

**Chief Judge Rebecca R. Pallmeyer**

Dated:Friday, January 20, 2023

District Referral - To Designated Magistrate Judge

# CRIMINAL PROCEDURES

**Hear and enter order(s) on the following non-dispositive motion/matter:**

- Arraignment(s) and/or detention hearings

- Bail/Detention Hearing(s)

- Bail Review/Reconsideration of Detention

**Conduct necessary proceedings and issue Report and Recommendation on:**

- Other, as specifically set forth below.

EXCEPTIONS OR ADDITIONS:
Initial Appearance.