In the United States District Court
for the Northern District of Illinois

**United States of America,**
**Plaintiff,**

Case number 23 CR 28

Judge Kim

v.

Jeff McGraw

**Defendant.**

## CJA APPOINTMENT ORDER
### ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Jeff McGraw

**Defendant number** —1

**Type of person represented** CC Select one

**Payment category** Felony Select one

**Under seal?** ☐ Yes ☒ No

**Representation type** Select one

**Court order** Select one

**Name of Prior Attorney**

**Name of appointed attorney** Joshua B. Adams

If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.

_____  FEB. 3, 2023
**Signature of Presiding Judge or by Order of the Court**  **Date**

**Nunc Pro Tunc Date:**  or ☐ None

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?** ☐ Yes ☐ No
**Prior authorization approved?** ☐ Yes ☐ No ☐ Not applicable

_____  _____
**Signature of Presiding Judge or by Order of the Court**  **Date**

**Nunc Pro Tunc Date:**  or ☐ None

Rev. 2212019