U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: USA McGraw

Case Number: 23 CR 28

An appearance is hereby filed by the undersigned as attorney for:

Jeff McGraw

Attorney name (type or print): Joshua R. Adams

Firm: Law Offices of Joshua R. Adams

Street address: 900 W. Jackson Blvd Ste 7E

City/State/Zip: Chicago, IL 60607

Bar ID Number: 6281599
(See item 3 in instructions)

Telephone Number: 312-566-9173

Email Address: Josh@Adamsdefenselaw.com

FILED
FEB 3 2023
MAGISTRATE JUDGE
YOUNG B. KIM

Are you acting as lead counsel in this case? ☒ Yes ☐ No
Are you acting as local counsel in this case? ☐ Yes ☒ No
Are you a member of the court's trial bar? ☒ Yes ☐ No
If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☒ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☒ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/3/23

Attorney signature: S/ Josh Adams
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015