UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFF MCGRAW | No. 23 CR 28<br><br>Judge Edmond E. Chang<br>Magistrate Judge Young B. Kim |

**MOTION FOR ENTRY OF AGREED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), the United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for the entry of an agreed protective order, and in support thereof states as follows:

1. The indictment in this case charges defendant with knowingly possessing a firearm as a felon, in violation of Title 18, United States Code, Section 922(g)(1).

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendant, who agrees to the entry of the proposed order.

1

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

>                    Respectfully submitted,
>
>                    JOHN R. LAUSCH, JR.
>                    United States Attorney
>
> By:   /s/ *Brandon D. Stone*
>       BRANDON D. STONE
>       Assistant U.S. Attorney
>       219 South Dearborn St., Rm. 500
>       Chicago, Illinois 60604
>       (312) 613-9700

Dated: February 14, 2023