UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 23 CR 28 |
| | ) | |
| vs. | ) | |
| | ) | Judge Edmond E. Chang |
| | ) | |
| JEFF MCGRAW | ) | |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by JOHN LAUSCH, JR., United States Attorney for the Northern District of Illinois, and Jeff McGraw, Defendant in the above captioned matter respectfully submit this joint status report.

1.  On February 3, 2023, Mr. McGraw appeared for his initial appearance and arraignment. A grand jury returned an indictment against Mr. McGraw on one count of possession of a firearm by a felon, pursuant to 18 U.S.C. § 922(g)(1). Mr. McGraw is currently in custody of the Illinois Department of Corrections.

2.  The government produced discovery materials pursuant to Rule 16 of the Federal Rules of Criminal Procedure. These materials consist of body-worn camera video footage and law enforcement reports. The government does not currently anticipate any supplemental production at this time, but is aware of its Constitutional and statutory discovery obligations and will supplement its production as appropriate.

3.  The defense is in the process of reviewing the discovery materials provided by the government and considering whether it intends to proceed to trial or

resolve the case without a trial. Moreover, counsel is awaiting word from the Illinois Department of Corrections to schedule a phone call with Mr. McGraw.

4. The parties jointly request the Court set the matter for another status hearing in approximately 30 to 60 days to permit the defense sufficient time to review the discovery materials provided by the government.

5. The parties submit that the period of time through the day of such a status hearing or report should be excluded in computing the time within which this matter must be tried pursuant to 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial. Any such delay is necessary to permit the defense to adequately prepare and decide how to best proceed in this matter. Mr. McGraw has no objection to the exclusion of time on this basis.

        Respectfully submitted,

        /s/Joshua B. Adams
        Joshua B. Adams
        Counsel for Jeff McGraw

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
900 W. Jackson Blvd., Suite 7E
Chicago, IL 60607
(312) 566-9173

        John R. Lausch
        United States Attorney

    By:    /s/ Brandon D. Stone
        Brandon D. Stone
        Assistant United States Attorney
        219 South Dearborn Street, 5th Floor
        Chicago, IL 60604
March 3, 2023        (312) 613-9700