UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.             Case No.: 1:23−cr−00028
Honorable Edmond E. Chang

Jeff McGraw

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 6, 2023:

    MINUTE entry before the Honorable Edmond E. Chang as to Jeff McGraw: On review of the status report, R. 24, the discovery comprised body−worn camera video footage and law enforcement reports. The defense shall promptly finish reviewing the materials and make a decision on the direction of the case. The tracking status hearing of 03/10/2023 is reset to 04/28/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a status report by 04/20/2023. Pursuant to 18 U.S.C. 3161(h) (7)(A) and (B), time is excluded under the Speedy Trial Act to serve the ends of justice from 03/10/2023 through 04/28/2023 for the defense to finish reviewing discovery and for the Defendant and defense counsel to confer. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.