UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 23 CR 28 |
| | ) | |
| vs. | ) | |
| | ) | Judge Edmond E. Chang |
| | ) | |
| JEFF MCGRAW | ) | |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and Jeff McGraw, Defendant in the above captioned matter respectfully submit this joint status report.

1.     On February 3, 2023, Mr. McGraw appeared for his initial appearance and arraignment. A grand jury returned an indictment against Mr. McGraw on one count of possession of a firearm by a felon, pursuant to 18 U.S.C. § 922(g)(1). Mr. McGraw is currently in custody of the Illinois Department of Corrections at Lawrence Correctional Center.

2.     The government has produced all discovery materials pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government does not currently anticipate any supplemental production at this time, but is aware of its Constitutional and statutory discovery obligations and will supplement its production as appropriate.

3.     The defense is continuing to review the discovery materials provided by the government and considering whether it intends to proceed to trial or resolve the case without a trial.

4.     At this time, the parties jointly request the Court set the matter for a status hearing at the Court's convenience for the purpose of scheduling trial.

5.     The parties submit that the period of time through the day of the next status hearing or report should be excluded in computing the time within which this matter must be tried pursuant to 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial.  Any such delay is necessary to permit the defense to adequately prepare and decide how to best proceed in this matter.  Mr. McGraw has no objection to the exclusion of time on this basis.

Respectfully submitted,

/s/Joshua B. Adams
Joshua B. Adams
Counsel for Jeff McGraw

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
900 W. Jackson Blvd., Suite 7E
Chicago, IL 60607
(312) 566-9173

Morris Pasquale
Acting United States Attorney

By:     /s/ Brandon D. Stone
Brandon D. Stone
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL 60604
April 20, 2023                                        (312) 613-9700