# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.                                           Case No.: 1:23–cr–00028

Honorable Edmond E. Chang

Jeff McGraw

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 25, 2023:

      MINUTE entry before the Honorable Edmond E. Chang as to Jeff McGraw: On review of the status report, R. 26, the status hearing will be continued one more time for the Defendant and the defense counsel to finish reviewing discovery and to decide on the direction of the case. As far as the record shows, the discovery volume was modest and the direction of the case should be known reasonably soon. Nor does it appear that the defense has asked for a draft plea agreement or even a Guidelines calculation. The tracking status hearing of 04/28/2023 is reset to 07/07/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a detailed status report by 06/28/2023. Pursuant to 18 U.S.C. 3161(h) (7)(A) and (B), time is excluded under the Speedy Trial Act to serve the ends of justice from 04/28/2023 through 07/07/2023 for the Defendant and defense counsel to finish review of discovery and to decide on the direction of the case, and to engage in plea negotiations (if the defense wishes to do that). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.