# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                        Case No.: 1:23–cr–00028

                                                      Honorable Edmond E. Chang

Jeff McGraw

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 25, 2023:

        MINUTE entry before the Honorable Edmond E. Chang as to Jeff McGraw: Defense counsel emailed the courtroom deputy, with the government copied, to clarify that the Defendant does wish the case to be set for trial. The parties shall confer on the length of the trial, including jury selection, jury addresses, and jury deliberations. The Court resets the 07/07/2023 status hearing to a phone status hearing on 04/27/2023 at 11:45 a.m., to schedule the pretrial conference and the trial date. Members of the public and media will be able to call–in to listen to this hearing. The call–in number is (650) 479 –3208 and the access code is 170 384 7218##. Counsel of record and the Plaintiff will receive an email before the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.