**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                                                Case No.: 1:23–cr–00028
                                                                  Honorable Edmond E. Chang

Jeff McGraw

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 27, 2023:

      MINUTE entry before the Honorable Edmond E. Chang as to Jeff McGraw: Telephone status hearing held. The Defendant remains in IDOC custody and his appearance was waived without objection. (1.) As discussed on the record, jury trial set for 07/17/2023 at 8:30 a.m. The parties estimated a trial of three days, including jury selection, jury addresses, and deliberations (the Court will set aside four days to be safe, and likely will set exam–hour limitations later). ****The parties shall IMMEDIATELY notify witnesses of the trial schedule and begin service efforts on subpoenas for attendance.***** Pretrial Conference set for 07/06/2023 at 1:00 p.m. The Joint Pretrial Statement, exhibits chart, witness list, proposed jury instructions, proposed voir dire questions, and the motions in limine are due by 06/08/2023. Responses to motions in limine are due 06/15/2023. Replies are due 06/22/2023. Visit Judge Chang's website for the detailed procedures; ***substantial in–advance work and conferral is required.*** The Court will try to decide as many motions in limine in advance of the pretrial conference as possible. (2.) As discussed during the hearing, the Defendant is currently in IDOC but his parole–release date is coming up in late 05/2023. The government shall confer with the U.S. Marshals Service and defense counsel on the best way to effectuate his transfer to federal custody on or around the release date. The government shall email the courtroom deputy, michael_wing@ilnd.uscourts.gov, to set the matter for a status hearing, to allow sufficient time to writ (if that is the best way to effectuate the transfer) the Defendant from state custody into Federal custody, and the requirements of R. 13 as to his pretrial detention shall apply. For now, the Defendant waives without prejudice his right to contest detention. See R. 13. Pursuant to 18 U.S.C. 3161(h) (7)(A) and (B) and in the interest of justice, time is excluded without objection under the Speedy Trial Act to serve the ends of justice from 07/07/2023 through 07/17/2023 for trial preparation. The other status hearing set for 07/07/2023 is terminated. (3.) ***The Court neglected to raise the following issue during the status hearing: does the Defendant agree to waive his right to a jury trial on the Forfeiture Allegation? Defense counsel shall confer with the Defendant about the issue, and this issue can be discussed at the post–transfer status hearing. If the Defendant does waive on forfeiture, then the procedure would be that if the jury convicts on the charge, then the Court would later convene the forfeiture proceeding, perhaps right or soon after the jury trial is over (or the Defendant may exercise his right not to challenge forfeiture, but that is entirely up to him to decide).*** Emailed notice

(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.