# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                            Case No.: 1:23−cr−00028
                                                            Honorable Edmond E. Chang

Jeff McGraw

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 12, 2023:

      MINUTE entry before the Honorable Edmond E. Chang as to Jeff McGraw: Counsel for the government emailed the courtroom deputy, with defense counsel copied, to request a status hearing pursuant to the Court's order, R. 29. In−person status hearing set for 05/25/2023 at 12:15 p.m. Counsel for the government to prepare the appropriate writ and order. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.