**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                    Case No.: 1:23–cr–00028

                                    Honorable Edmond E. Chang

Jeff McGraw

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 15, 2023:

       MINUTE entry before the Honorable Edmond E. Chang as to Jeff McGraw: Counsel for the Defendant emailed the courtroom deputy, with government's counsel copied, to report that the Defendant will be filing a motion for bond. The Court will refer to the designated magistrate judge all bail and detention hearings. Status hearing before Judge Chang set for 05/25/2023 is vacated. Instead, counsel for the government to coordinate with defense counsel and Chief Magistrate Judge Kim's courtroom deputy a date and time for a new writ of habeas corpus ad prosequendum. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **_www.ilnd.uscourts.gov_**.