

# United States District Court
# Northern District of Illinois

In the Matter of

USA                                          Magistrate Judge Young B. Kim

v.                                         Case No. 23-CR-28

Jeff McGraw

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

  The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Young B. Kim, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

*(signed)* Edmond E. Chang

**Judge Edmond E. Chang**

Date: Monday, May 15, 2023

---

### ORDER OF THE EXECUTIVE COMMITTEE

  IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Young B. Kim

ENTER

FOR THE EXECUTIVE COMMITTEE

*(signed)* Rebecca R. Pallmeyer

**Chief Judge Rebecca R. Pallmeyer**

Dated: Monday, May 15, 2023

District Referral - To Designated Magistrate Judge

# CRIMINAL PROCEDURES

**Hear and enter order(s) on the following non-dispositive motion/matter:**

- Bail/Detention Hearing(s)

- Bail Review/Reconsideration of Detention

...................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Referral - To Designated Magistrate Judge