# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:23−cr−00028
Honorable Edmond E. Chang

Jeff McGraw

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 16, 2023:

MINUTE entry before the Honorable Young B. Kim: The government's motion for a writ to bring Defendant before the court [[31], [34]] is granted. The government is directed to submit a draft writ for the court to review and enter. Defendant';s motion for pretrial release [35] is entered and continued. A status hearing and motion hearing are both scheduled before this court on May 25, 2023, at 12:00 p.m. in courtroom 1743. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.