UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 23 CR 28 |
| | ) | |
| JEFF MCGRAW | ) | Judge Edmond E. Chang |
| | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:   *s/L. Heidi Manschreck*
L. HEIDI MANSCHRECK
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6052

May 23, 2023