UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Plaintiff, | ) | No 1:23-cr-00028-1 |
| | ) | |
| v. | ) | |
| Jeff McGraw | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge Young B. Kim |
| | ) | |
| | ) | |
| | ) | |

**ORDER**

Status and motion hearing held. Defendant appeared in court in response to a writ. Attorney John L McNamara appeared on behalf of Defendant as retained counsel. Attorney Joshua B. Adams is granted leave to withdraw. Defendant's motion for pretrial release [35] is entered and continued to June 7, 2023, at 2:00 p.m. in courtroom 1019. The government's oral motion to remand Defendant into federal custody is granted. Defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with court proceedings. Defendant shall remain in custody until further order of the court. (00:20)

Date: <u>May 25, 2023</u>

_____
**Young B. Kim**
**United States Magistrate Judge**