## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                         Plaintiff,

v.                                                            Case No.: 1:23–cr–00028
                                                           Honorable Edmond E. Chang

Jeff McGraw

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 30, 2023:

      MINUTE entry before the Honorable Edmond E. Chang as to Jeff McGraw: With the pretrial conference and trial schedule in place, R. 29, Judge Chang sets a status report deadline of 06/02/2023, just to ensure that the parties are on track for the trial. Trial settings are precious resources, so the Court wishes to ensure that newly retained counsel believes that the trial schedule should remain in place. Time has been excluded through the trial date. R. 29. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.