UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFF McGRAW | Case No.: 23 CR 00028<br><br>Violations: Title 18, United States Code, Sections 922(g)(1) |

**JOINT STATUS REPORT**

The defendant, JEFF McGRAW, by his attorney, JOHN L. McNAMARA, P.C., hereby files this Joint Status Report in response to the Court's minute entries of May 30, 2023 (Doc. 44).

1. On May 30, 2023, the Court directed the parties to file a joint status report addressing whether the parties are on track for the trial date and whether the newly retained defense counsel believes that the trial schedule should remain in place.

2. The government has tendered discovery to defense counsel.

3. The defendant was recently remanded from the Illinois Department of Corrections to the custody of the U.S. Marshal and is currently being housed at the Kankakee County Jail.

4. Defense counsel has not, as of yet, had an opportunity to meet with the defendant to communicate and review discovery materials.

5. Defense counsel has requested a preliminary guideline calculation from the government. The government anticipates sending a preliminary guideline calculation to defendant no later than Monday, June 5, 2023.

6. Defense counsel and the government have been in communication regarding this matter.

7. Defense counsel must review all of the materials, meet with the defendant and pursue any necessary investigation.

8. Defendant is requesting that the current trial schedule be stricken.

9. Defendant, JEFF McGRAW, agrees to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(a), to allow the defense to continue to review discovery and engage in plea negotiations and/or to prepare for trial.

Respectfully submitted,

By: /s/John L. McNamara
JOHN L. McNAMARA
Attorney for McGraw
650 N. Dearborn St. Suite 750
Chicago, Illinois 60654
(312) 201-8850

Dated: June 1, 2023

2