UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFF McGRAW | Case No.: 23 CR 00028<br><br>Judge Edmond E. Chang |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by attorney MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and defendant JEFF McGRAW, by his attorney, JOHN L. McNAMARA, P.C., hereby file this joint status report as directed by the Court's minute entry of June 6, 2023 (Doc. 47).

1. On June 2, 2023, the government provided defense counsel a preliminary guideline calculation.

2. Defense counsel has reviewed the guideline calculation with the defendant, although further meetings are necessary to ensure that the defendant fully understands the calculation.

3. The parties have not engaged in plea negotiations.

4. The attorneys are in regular communication regarding the case.

5. Defense counsel must review all of the discovery materials, meet with the defendant and pursue any necessary investigation.

6. On May 25, 2023, defendant was remanded to the custody of the U.S. Marshal and was thereafter hospitalized for approximately four days with

pneumonia. After being discharged from the hospital, defendant was transported to Kankakee County Detention Center. Upon his arrival at Kankakee, defendant was attacked near the shower area by another inmate. To escape the attack, defendant jumped from an elevated tier, which resulted in several leg fractures. Defendant then had surgery on his leg and remains wheelchair-bound.

7. Defendant is very concerned about his safety and has requested that he be relocated to a different correctional facility. The government has forwarded defendant's requests for relocation to the U.S. Marshals Service. The U.S. Marshals Services has indicated that it intends to relocate defendant in a few weeks' time, after his next medical appointment. At this time, defendant remains at Kankakee.

8. The parties agree to the continued exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

>                          Respectfully submitted,
>
> By:   MORRIS PASQUAL
>       Acting United States Attorney
>
>       */s/ Brandon D. Stone*
>       BRANDON D. STONE
>       Assistant United States Attorney
>       219 S. Dearborn Street, Suite 500
>       Chicago, Illinois 60604
>       (312) 613-9700
>
>       */s/John L. McNamara*
>       JOHN L. McNAMARA
>       Attorney for McGraw
>       650 N. Dearborn St. Suite 750
>       Chicago, Illinois 60654
>       (312) 201-8850

Dated: June 29, 2023