# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                     Case No.: 1:23–cr–00028

                                                                         Honorable Edmond E. Chang

Jeff McGraw

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 17, 2023:

      MINUTE entry before the Honorable Edmond E. Chang as to Jeff McGraw: Telephone status hearing held at defense counsel's to request the prompt transfer of the Defendant. The Defendant's appearance was waived. R. 61. The government reported that the Defendant is still currently at Kankakee County Jail, awaiting a medical appointment later this week, which the Marshals Service did not want to delay. Also, the government reported that the Defendant cannot be transferred to the MCC due to a policy of not accepting detainees in wheelchairs; there is a possibility of transfer to Livingston County or Winnebago County. Defense counsel provided helpful specific information about the security risk to the Defendant. The government shall provide to defense counsel the names and contact information of the two Deputy Marshals who are liaisons to the county jails, and defense counsel shall communicate directly with the deputies. The Court strongly encourages the Marshals Service to, as always, consider the Defendant's request seriously and if practicable to transfer the Defendant out of Kankakee County Jail. Defense counsel may ask for another status hearing as needed. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.