UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.: 23 CR 28 |
| | |
| JEFF McGRAW | Judge Edmond E. Chang |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by attorney MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and defendant JEFF McGRAW, by his attorney, JOHN L. McNAMARA, P.C., hereby file this joint status report as directed by the Court's minute entry of July, 2023.  Dkt. 60.

1.    On June 2, 2023, the government provided defense counsel a preliminary guidelines calculation.  Defense counsel has reviewed the guidelines calculation with defendant.

2.    The parties are engaged in negotiations, and defense counsel and counsel for the government are in regular communication regarding the case.

3.    On July 31, 2023, the United States Marshal Service relocated defendant from the Jerome Combs Detention Center in Kankakee County to the Winnebago County Jail.  Defendant's medical needs are being adequately met by the medical staff and facility at Winnebago County Jail.

4.      Given defendant's continued need for medical care, including physical therapy, and the ongoing negotiations between defense counsel and the government, the parties request the court schedule a status conference in approximately 45 days.

5.      The parties agree to the continued exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interest of justice to permit the parties to engage in negotiations and to allow defendant to continue to receive medical care.

Respectfully submitted,

By:      MORRIS PASQUAL
         Acting United States Attorney

         */s/ Brandon D. Stone*
         BRANDON D. STONE
         Assistant United States Attorney
         219 S. Dearborn Street, Suite 500
         Chicago, Illinois 60604
         (312) 613-9700

Dated: September 8, 2023

2