# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                 Case No.: 1:23–cr–00028

                                                         Honorable Edmond E. Chang

Jeff McGraw

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 11, 2023:

      MINUTE entry before the Honorable Edmond E. Chang as to Jeff McGraw: On review of the status report, R. 63, the Defendant was transferred to Winnebago County Jail on 07/31/2023. In light of the delay caused by the Defendant's medical situation, the parties' request for 45 days to engage in further negotiations is granted. The tracking status hearing of 09/15/2023 is reset to 11/10/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a detailed status report by 11/03/2023, when the direction of the case (which alleges one count on one day) should be known. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), and in the interest of justice, time is excluded under the Speedy Trial Act from 09/15/2023 until 11/10/2023 for plea negotiations. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.