UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFF McGRAW | Case No.: 23 CR 28<br><br>Judge Edmond E. Chang |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and defendant JEFF McGRAW, by his attorney, JOHN L. McNAMARA, P.C., hereby file this joint status report as directed by the Court's September 11, 2023 minute entry. Dkt. 64.

1. The government has produced all relevant discovery and has provided defendant's counsel with a draft plea agreement.

2. The government respectfully requests the Court set a trial date within the next 60 to 90 days. The government anticipates that its presentation at trial will take no more than three days.

3. The parties agree to the continued exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interest of justice to permit the parties to

engage in plea negotiations and/or prepare for trial.

                                                Respectfully submitted,

By:   MORRIS PASQUAL
       Acting United States Attorney

*/s/ Brandon D. Stone*
BRANDON D. STONE
Assistant United States Attorney
219 S. Dearborn Street, Suite 500
Chicago, Illinois 60604
(312) 613-9700