UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFF McGRAW | Case No.: 23 CR 00028<br><br>Violations: Title 18, United States Code, Sections 922(g)(1) |

## MOTION TO WITHDRAW

NOW COMES, attorney, JOHN McNAMARA, and respectfully moves this Honorable Court to allow him to withdraw his appearance in the above-captioned matter, and in support thereof, states as follows:

1. Attorney, JOHN McNAMARA, previously filed an appearance on behalf of defendant, JEFF McGRAW;
2. Attorney spoke with McGRAW on 11/28/23 at which time McGRAW instructed this attorney to withdraw from his case.
3. There exist professional and tactical differences in the approach to the defense of McGRAW that cannot be reconciled.
4. Defendant McGRAW intends to retain new counsel.
5. Defendant agrees to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

WHEREFORE, attorney, JOHN McNAMARA, respectfully prays that this Honorable Court grant his motion to withdraw his appearance.

Respectfully submitted,

By: */s/John L. McNamara*
JOHN L. McNAMARA
Attorney for McGraw
650 N. Dearborn St. Suite 750
Chicago, Illinois 60654
(312) 201-8850

Dated: November 29, 2023

1