# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA
                       Plaintiff,

v.                                                Case No.: 1:23–cr–00028
                                                       Honorable Edmond E. Chang

Jeff McGraw
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 11, 2023:

      MINUTE entry before the Honorable Edmond E. Chang as to Jeff McGraw: Video motion hearing held on defense counsel's motion to withdraw, R. 69. The Defendant is in custody and appeared with the assistance of counsel by video. The Defendant again affirmed his consent to appear by video. Counsel for the government and CJA Panel attorney Yelena Dolgosheeva also appeared by video. Because of the need to inquire into the attorney–client relationship, the Court held an ex parte and under seal hearing with the Defendant and attorney John McNamara. For the reasons stated on the record during the ex parte session, defense counsel's motion to withdraw [69] is granted. Attorney Yelena Dolgosheeva is appointed to represent the Defendant for now. The Defendant reported that he is trying to retain new counsel. If the Defendant in unable to retain new counsel as the case progresses, then Attorney Dolgosheeva will represent the Defendant if he so chooses. The Defendant's oral request to continue the trial to give his new lawyer, be it newly retained or Ms. Dolgosheeva, time to review discovery and to file pretrial motions is granted. Jury trial set for 02/26/2024 is vacated at the Defendant's request, as is the pretrial conference set for 02/08/2024. Video status hearing set for 01/17/2024 at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call–in number is 1–650–479–3207 and the access code is 2316 436 6869##. Counsel of record will receive an email before the start of the hearing with instructions to log into the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), and in the interest of justice, time is excluded under the Speedy Trial Act from 12/11/2023 through 01/17/2024 to allow the Defendant an opportunity to retrain new counsel. U.S. Marshal to produce the Defendant by video. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.