
In the United States District Court
for the Northern District of Illinois

**United States of America,**
**Plaintiff,**

Case number 23-cr-00028

Judge Edmond E. Chang

v.
Jeff McGraw,
**Defendant.**

## CJA APPOINTMENT ORDER
### ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Jeff McGraw

**Under seal?** ☐ Yes ☒ No

**Defendant number** 1

**Representation type** CC

**Type of person represented** Adult

**Court order** Subs for Retained Attorney

**Payment category** Felony

**Name of Prior Attorney** John L McNamara

**Name of appointed attorney** Yelena A. Dolgosheeva

**If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.**

*Edmond E. Chang* (signature)

12/11/2023

**Signature of Presiding Judge or by Order of the Court**

**Date**

**Nunc Pro Tunc Date:** 12.5.2023   or ☐ None

---

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?** ☐ Yes ☐ No
**Prior authorization approved?** ☐ Yes ☐ No ☐ Not applicable

**Signature of Presiding Judge or by Order of the Court**   **Date**

**Nunc Pro Tunc Date:**   or ☐ None

Rev. 2212019