UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | 23 CR 28 |
| v. | ) | Honorable Edmond E. Chang |
| | ) | |
| **JEFF McGRAW,** | ) | |
| Defendant. | ) | |

### UNOPPOSED MOTION TO REQUIRE CLERK OF COURT TO PRODUCE TO DEFENSE ATTORNEY AND DEFENDANT A COPY OF SIGNED INDICTMENT

NOW COMES the defendant, Jeff McGraw, by and through his attorney, Yelena A. Dolgosheeva, and respectfully requests this Honorable Court to require the Clerk of Court for the United States District Court, Northern District of Illinois to produce a signed copy of the indictment. Based on conversations with his prior attorney, Mr. McGraw requested counsel to provide him with a copy of signed indictment. Counsel contacted AUSA Brandon D. Stone and AUSA Jason Yonan, whose name appears on the unsigned indictment, and was directed to the Clerk's office. At the Clerk's office counsel was informed that a signed copy is filed under seal and can only be released pursuant to a Court order.

Wherefore, the defendant, Jeff McGraw, respectfully requests this Court to issue an Order directing the Clerk of Court to produce to defense counsel and defendant a copy of the signed indictment.

Respectfully submitted,

/s/ Yelena A. Dolgosheeva

DolTer Law, P.C.
Mailing Address: P.O. Box 5382, Buffalo Grove, Illinois 60089
Telephone: 847-208-4348
Fax: 312-267-1810
E-mail: dolgosheeva2002@yahoo.com