**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| *Plaintiff,* | ) | |
| v. | ) | **23 CR 28** |
| | ) | **Honorable Edmond E. Chang** |
| **JEFF MCGRAW,** | ) | |
| *Defendant.* | ) | |

TO:    Brandon D. Stone
       Assistant U.S. Attorney
       The United States Attorney's Office
       219 South Dearborn Street, 5th Floor
       Chicago, Illinois 60604

**NOTICE OF APPOINTED COUNSEL'S MOTION TO WITHDRAW**

**PLEASE TAKE NOTICE** that on April 30, 2024, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Edmond E. Chang, or judge sitting in his stead, in Courtroom 2341 of the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present Appointed Counsel's Motion to Withdraw.

                                        /s/Yelena A. Dolgosheeva

DolTer Law, P.C.
Mailing Address: P.O. Box 5382, Buffalo Grove, Illinois 60089
Telephone: 847-208-4348
Fax: 312-267-1810
E-mail: dolgosheeva2002@yahoo.com