## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:23−cr−00028

Honorable Edmond E. Chang

Jeff McGraw

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 24, 2024:

    MINUTE entry before the Honorable Edmond E. Chang as to Jeff McGraw: On the Court's own initiative, due to a trial schedule, hearing on defense counsel's motion to withdraw [83] set for 04/30/2024 is reset to 05/02/2024 at 9:30 a.m. U.S. Marshal to produce the Defendant for motion hearing. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.