**EXHIBIT A**

**Federal District Court Rulings Upholding Constitutionality of 18 U.S.C. § 922(g)(1)**

**Following *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022)**

*United States v. Maurice*, No. 7:22 CR 48 (S.D.N.Y. Jul. 14, 2022)

*United States v. Doss*, No. 4:21 CR 74, Dkt. No 126 (S.D. Iowa Aug. 2, 2022)

*United States v. Ramos*, No. 2:21 CR 395, Dkt. No. 31, 2022 WL 17491967 (C.D. Cal. Aug. 5, 2022)

*United States v. Adams*, No. 1:20 CR 628 (S.D.N.Y. Aug. 10, 2022)

*United States v. Farris*, No. 1:22 CR 149, Dkt. No. 29 (D. Colo. Aug. 12, 2022)

*United States v. Nevens*, No. 2:19 CR 774, Dkt. No. 121, 2022 WL 17492196 (C.D. Cal. Aug. 15, 2022)

*United States v. Ingram*, No. 0:18 CR 557, Dkt. No. 1714, 623 F. Supp. 3d 660 (D. S.C. Aug. 25, 2022)

*United States v. Randle*, No. 3:22 CR 20, Dkt. No. 34, 2022 WL 4096865 (S.D. Miss. Sept. 7, 2022)

*United States v. Burrell*, No. 3:21 CR 20395, Dkt. No. 34, 2022 WL 4096865 (E.D. Mich. Sept. 7, 2022)

*United States v. Patterson*, No. 7:19 CR 231 (S.D.N.Y. Sept. 9, 2022)

*United States v. Doty*, No. 5:21 CR 21, Dkt. No. 34, 2022 WL 17492260 (N.D. W.Va. Sept. 9, 2022)

*United States v. Harper*, No. 5:21 CR 4085, Dkt. No. 39, 2022 WL 8288406 (N.D. Iowa Sept. 9, 2022)

*United States v. Havins*, No. 3:21 CR 1515, Dkt. No. 62 (S.D. Cal. Sept. 12, 2022)

*United States v. Cockerham*, No. 5:21 CR 6, Dkt. No. 31, 2022 WL 4229314 (S.D. Miss. Sept. 13, 2022)

*United States v. Jackson*, No. 0:21 CR 51, Dkt. No. 114, 2022 WL 4226229 (D. Minn. Sept. 13, 2022)

*United States v. Rojo*, No. 3:21 CR 682, Dkt. No. 50 (S.D. Cal. Sept. 14, 2022)

*United States v. Hill*, No. 3:21 CR 107, Dkt. No. 70, 2022 WL 4361917 (S.D. Cal. Sept. 20, 2022)

*United States v. Coombes*, No. 4:22 CR 189, Dkt. No. 39, 2022 WL 4367056 (N.D. Okla. Sept. 21, 2022)

*United States v. Delpriore*, No. 3:18 CR 136, Dkt. No. 278, 634 F. Supp. 3d 654 (D. Ak. Oct. 4, 2022)

*United States v. Collette*, No. 7:22 CR 141, Dkt. No. 66, 2022 WL 4476790 (W.D. Tex. Sept. 25, 2022)

*United States v. Perez*, No. 3:21 CR 508, Dkt. No. 78 (S.D. Cal. Sept. 26, 2022);

*United States v. Siddoway*, No. 1:21 CR 205, Dkt. No. 54, 2022 WL 4482739 (D. Idaho Sept. 27, 2022)

*United States v. Campbell*, No. 5:22 CR 138, Dkt. No. 64, 2022 WL 17492255 (W.D. Okla. Sept. 27, 2022)

*United States v. Williams*, No. 3:21 CR 478, Dkt. No. 76 (S.D. Cal. Sept. 30, 2022)

*United States v. Charles*, No. 7:22 CR 154, Dkt. No. 48, 2022 WL 4913900 (W.D. Tex. Oct. 3, 2022)

*United States v. Daniels*, No. 1:03 CR 83, Dkt. No. 69, 2022 WL 5027574 (W.D.N.C. Oct. 4, 2022)

*United States v. King*, No. 7:21 CR 255, Dkt. No. 50, 2022 WL 5240928 (S.D.N.Y. Oct. 6, 2022)

*United States v. Price*, No. 2:22 CR 97, Dkt. No. 48, 2022 WL 6968457 (S.D. W.Va. Oct. 12, 2022)

*United States v. Riley*, No. 1:22 CR 163, Dkt. No. 37, 2022 WL 7610264 (E.D. Va. Oct. 13, 2022)

*United States v. Carrero*, No. 2:22 CR 30, Dkt. No. 50, 2022 WL 9348792 (D. Utah Oct. 14, 2022)

*United States v. Ortiz*, No. 3:21 CR 2503, Dkt. No. 91 (S.D. Cal. Oct. 14, 2022)

*United States v. Raheem*, No. 3:20 CR 61, Dkt. No. 389, 2022 WL 10177684 (W.D. Ky. Oct. 17, 2022)

*United States v. Ridgeway*, No. 3:22 CR 175, Dkt. No. 32, 2022 WL 10198823 (S.D. Cal. Oct. 17, 2022)

*United States v. Trinidad*, No. 3:21 CR 398, Dkt. No. 99, 2022 WL 10067519 (D.P.R. Oct. 17, 2022)

*United States v. Minter*, No. 3:22 CR 135, Dkt. No. 33, 2022 WL 10662252 (M.D. Pa. Oct. 18, 2022)

*United States v. Melendez-Machado*, No. 3:22 CR 634, Dkt. No. 32, 2022 WL 17684319, (W.D. Tex. Oct. 18, 2022)

*United States v. Borne*, No. 1:22 CR 83, Dkt. No. 35 (D. Wyo. Oct. 24, 2022)

*United States v. Law*, No. 2:20 CR 341, Dkt. No. 60, 2022 WL 17490258 (W.D. Pa. Oct. 27, 2022)

*United States v. Burton*, No. 3:22 CR 362, Dkt. No. 48, 2022 WL 16541139 (D. S.C. Oct. 28, 2022)

*United States v. Carleson*, No. 3:22 CR 32, Dkt. No. 39, 2022 WL 17490753 (D. Ak. Oct. 28, 2022)

*United States v. Grant*, No. 3:22 CR 161, Dkt. No. 44, 2022 WL 16541138 (D. S.C. Oct. 28, 2022)

*Walker v. United States*, No. 3:20-cv-31, Dkt No. 16, 2022 WL 16855696 (S.D. Cal. Oct. 28, 2022)

*United States v. Butts*, No. 9:22 CR 33, Dkt. No. 33, 2022 WL 16553037 (D. Mont. Oct. 31, 2022)

*United States v. Young*, No. 2:22 CR 54, Dkt. No. 47, 2022 WL 16829260 (W.D. Pa. Nov. 7, 2022)

*United States v. Reese*, No. 2:19 CR 257, Dkt. No. 193, 2022 WL 16796771 (W.D. Pa. Nov. 8, 2022)

*United States v. Moore*, No. 2:21 CR 121, Dkt. No. 81, 2022 WL 17490021 (W.D. Pa. Nov. 9, 2022)

*United States v. Carpenter*, No. 1:21 CR 86, Dkt. No. 38, 2022 WL 16855533 (D. Utah Nov. 10, 2022)

*United States v. Gray*, No. 1:22 CR 247, Dkt. No. 22, 2022 WL 16855696 (D. Colo. Nov. 10, 2022)

*United States v. Baker*, No. 2:20 CR 301, Dkt. No. 179, 2022 WL 16855423 (D. Utah Nov. 10, 2022)

*United States v. Dumont,* No. 1:22 CR 53 (D. N.H. Nov. 14, 2022 (oral order))

*United States v. Hill*, No. 4:22 CR 249, Dkt. No. 42, 2022 WL 17069855 (S.D. Tex. Nov. 17, 2022)

*United States v. Blackburn*, No. 1:22 CR 209, Dkt. No. 28 (M.D. Pa. Nov. 17, 2022)

*United States v. Mitchell*, No. 1:22 CR 111, Dkt. No. 43, 2022 WL 17492259 (S.D. Ala. Nov. 17, 2022)

*United States v. Brunson*, No. 3:22 CR 149, Dkt. No. 66 (S.D. Cal. Nov. 18, 2022)

*United States v. Teerlink*, No. 2:22 CR 24, Dkt. No. 33, 2022 WL 17093425 (D. Utah Nov. 21, 2022)

*United States v. Willis*, No. 1:22 CR 186, Dkt. No. 36,  2022 WL 17177470 (D. Colo. Nov. 23, 2022)

4

*United States v. Jacobs*, No. 2:22 CR 160, Dkt. No. 28 (C.D. Cal. Nov. 28, 2022)

*United States v. Cage*, No. 3:21 CR 68, Dkt. No. 41, 2022 WL 17254319 (S.D. Miss. Nov. 28, 2022)

*United States v. Ford*, No. 4:21 CR 179, Dkt. No. 52, 2022 WL 17327499 (W.D. Mo. Nov. 29, 2022)

*United States v. Jones*, No. 4:20 CR 354, Dkt. No. 78, 2022 WL 17327498 (W.D. Mo. Nov. 29, 2022)

*United States v. Glaze*, No. 5:22 CR 425, Dkt. No. 23 (W.D. Okla. Dec. 1, 2022)

*United States v. Grinage*, No. 5:21 CR 399, Dkt. No. 51, 2022 WL 17420390 (W.D. Tex. Dec. 5, 2022)

*United States v. Wagoner*, No. 4:20 CR 18, Dkt. No. 262, 2022 WL 17418000 (W.D. Va. Dec. 5, 2022)

*United States v. Gay*, No. 4:20 CR 40026, Dkt. No. 412 (C.D. Ill. Dec. 5, 2022)

*Shelby-Journey-Egnis v. United States*, No. 2:21 CR 20535, Dkt. No. 53 (E.D. Mich. Dec. 5. 2022)

*United States v. Perez-Garcia*, No. 3:22 CR 1581, Dkt. No. 70 (S.D. Cal. Dec. 6, 2022)

*United States v. Walker,* No. 2:19 CR 234, Dkt. No. 83 (E.D. Cal. Dec. 6, 2022)

*United States v. Fencl*, No. 3:21 CR 3101, Dkt. No. 81, 2022 WL 17486363 (S.D. Cal. Dec. 7, 2022)

*United States v. Tran*, No. 3:22 CR 331, Dkt. No. 63 (S.D. Cal. Dec. 12, 2022)

*United States v. Dotson*, No. 3:22 CR 1502, Dkt. No. 26 (S.D. Cal. Dec. 12, 2022)

*United States v. Spencer*, No. 2:22 CR 106, Dkt. No. 141, 2022 WL 17585782 (E.D. Va. Dec. 12, 2022)

*United States v. Hunter*, No. 1:22 CR 84, Dkt. No. 23, 2022 WL 17640254 (N.D. Ala. Dec. 13, 2022)

*United States v. Roux,* No. 1:22 CR 19 (D. N.H. Dec. 16, 2022 (oral order))

*United States v. Mugavero*, No. 3:22 CR 1716, Dkt. No. 29 (S.D. Cal. Dec. 19, 2022)

*United States v. Goins*, No. 5:22 CR 91, Dkt. No. 32, 2022 WL 17836677 (E.D.Ky. Dec. 21, 2022)

*United States v. Dawson*, No. 3:21 CR 293, Dkt. No. 19, 2022 WL 17839807 (W.D.N.C. Dec. 21, 2022)

*United States v. Williams*, No. 1:21 CR 362, Dkt. No. 29, 2022 WL 17852517 (N.D. Ga. Dec. 22, 2022)

*United States v. Jones*, No. 5:22 CR 376, Dkt. No. 59 (W.D. Okla. Dec. 23, 2022)

*United States v. Wondra*, No. 1:22 CR 99, Dkt. No. 35, 2022 WL 17975985 (D. Idaho Dec. 27, 2022)

*United States v. Good*, No. 1:21 CR 180, 2022 WL 18107183 (W.D. Mo. Nov. 18, 2022), report and recommendation adopted, 2023 WL 25725 (W.D. Mo. Jan. 3, 2023)

*United States v. Olson*, No. 1:22 CR 20525, Dkt. No. 33 (S.D. Fla. Jan. 5, 2023)

*United States v. Coleman*, No. 3:22 CR 8, Dkt. No. 117, 2023 WL 122401 (N.D. W.Va. Jan. 6, 2023)

*United States v. Medrano*, No. 3:21 CR 39, Dkt. No. 65, 2023 WL 122650 (N.D. W.Va. Jan. 6, 2023)

*Campiti v. Garland*, No. 3:22-cv-177, Dkt. No. 27, 2023 WL 143173 (D. Conn. Jan. 10, 2023)

*United States v. Garrett*, No. 1:18 CR 880, Dkt. No. 144, 2023 WL 157961 (N.D. Ill. Jan. 11, 2023)

*United States v. Moore*, No. 3:20 CR 474, Dkt. No. 100, 2023 WL 154588 (D. Or. Jan. 11, 2023)

*United States v. Jordan*, No. 3:22 CR 1140, Dkt. No. 39, 2023 WL 157789 (W.D. Tex. Jan. 11, 2023)

*United States v. Whittaker*, No. 1:22 CR 272, Dkt. No. 33 (D.D.C. Jan. 12, 2023)

*United States v. Spencer*, No. 2:22 CR 561, Dkt. No. 24 (S.D. Tex. Jan 12, 2023)

*United States v. Tucker*, No. 2:22 CR 17, Dkt. No. 30, 2023 WL 205300 (S.D. W.Va. Jan. 17, 2023)

*United States v. Robinson*, No. 4:22 CR 70, Dkt. No. 39, 2023 WL 214163 (W.D. Mo. Jan. 17, 2023)

*United States v. Serrano*, No. 3:21 CR 1590, Dkt. No. 65, 2023 WL 2297447 (S.D. Cal. Jan. 17, 2023)

*United States v. Robinson,* No. 4:22 CR 70, Dkt. No. 39, 2023 WL 214163 (W.D. Mo. Jan. 17, 2023)

*United States v. Smith*, No. 2:19 CR 505, Dkt. No. 183 (C.D. Cal. Jan. 19, 2023)

*Battles v. United States*, No. 4:23-cv-63, Dkt. No. 2, 2023 WL 346002 (E.D. Mo. Jan. 20, 2023)

*United States v. Gordon*, No. 1:14 CR 312, Dkt. No. 170, 1:22-cv-2949, Dkt. No. 3, 2023 WL 336137 (N.D. Ga. Jan. 20, 2023)

*Shipley v. Hijar*, No. 3:23-cv-11, Dkt. No. 3, 2023 WL 353994 (W.D. Tex. Jan. 20, 2023)

*Davis v. United States*, No. 5:22-cv-224, Dkt. No. 1, 2023 WL 373172 (E.D. Ky. Jan. 24, 2023)

*United States v. Rush,* No. 4:22 CR 40008, 2023 WL 403774 (S.D. Ill. Jan. 25, 2023)

*United States v. Hester*, No. 1:22 CR 20333, Dkt. No. 39 (S.D. Fla. Jan. 26, 2023)

*United States v. Brown*, No. 2:20 CR 260, Dkt. No. 186, 2023 WL 424260 (E.D. Pa. Jan. 26, 2023)

*United States v. Barber*, No. 4:20 CR 384, Dkt. No. 118, 2023 WL 1073667 (E.D. Tex. Jan. 27, 2023)

*United States v. Isaac*, No. 5:22 CR 117, Dkt. No. 27, 2023 WL 1415597 (N.D. Ala. Jan. 31, 2023)

*United States v. Taylor*, No. 3:22 CR 22, Dkt. No. 32, 2023 WL 1423725 (E.D. Ky. Jan. 31, 2023)

*United States v. Bacchus*, No. 2:22 CR 450, Dkt. No. 28 (C.D. Cal. Feb. 2, 2023)

*United States v. Gleaves*, No. 3:22 CR 14, Dkt. No. 116, 2023 WL 1791866 (M.D. Tenn. Feb. 6, 2023)

*United States v. Price*, No. 1:21 CR 164, 2023 WL 1970251 (N.D. Ill. Feb. 13, 2023)

*United States v. Ross*, No. 2:22 CR 20049, Dkt. No. 34 (E.D. Mich. Feb. 15, 2023)

*United States v. Barber*, No. 3:22 CR 65, Dkt. No. 58, 2023 WL 2140526 (D. Ak. Feb. 21, 2023)

*United States v. Smith*, No. 2:22 CR 20351, Dkt. No. 35 (E.D. Mich. Feb. 24, 2023)

*United States v. Beard*, No. 4:22 CR 92, Dkt. No. 60 (S.D. Tex. Feb. 27, 2023)

*United States v. Barnes*, No. 1:22 CR 43, Dkt. No. 42 (S.D.N.Y. Feb. 28, 2023)

*United States v. Belin*, No. 1:21 CR 10040, Dkt. No. 65 (D. Mass. March 2, 2023)

*United States v. Clark*, No. 1:20 CR 49, Dkt. No. 61 (N.D. Ind. March 2, 2023)

*United States v. Braster*, No. 1:20 CR 66, Dkt. No. 42 (N.D. Ind. March 2, 2023)

*United States v. Price*, No. 1:19 CR 824, Dkt. No 105 (N.D. Ill. March 3, 2023)

*United States v. Therrien*, No. 1:21 CR 10323, Dkt. No. 88 (D. Mass. March 6, 2023)

*United States v. Lindsey*, No. 4:22 CR 138, Dkt. No. 25 (S.D. Iowa March 10, 2023)

*United States v. Tribble*, No. 2:22 CR 85, Dkt. No. 48 (N.D. Ind. March 10, 2023)

*Leonard v. United States*, No. 1:22-cv-22670, Dkt. No. 15 (S.D. Fla. March 10, 2023)

*United States v. Davis*, No. 1:21 CR 206, Dkt. No. 86 (E.D. Cal. March 14, 2023)

*United States v. Kilgore*, No. 1:21 CR 277, Dkt. No. 40 (E.D. Cal. March 14, 2023)

*United States v. Davis*, No. 1:23 CR 10018, Dkt. No. 49 (D. Mass March 17, 2023)

*United States v. Rice*, No. 3:22 CR 36, Dkt. No. 40 (N.D. Ind. March 17, 2023)

*United States v. Pena*, No. 2:22 CR 366, Dkt. No. 95 (C.D. Cal. March 21, 2023)

*United States v. Hoeft*, No. 4:21 CR 40163, Dkt. No. 103 (D. S.D. March 21, 2023)

*United States v. Dixon*, No. 1:22 CR 140, Dkt. No. 76, 2023 WL 2664076 (N.D. Ill. March 28, 2023)

*United States v. Guthery*, No. 2:22 CR 173, Dkt. No. 49 (E.D. Cal. March 29, 2023)

*United States v. Finney*, No. 2:23 CR 13, Dkt. No. 23 (E.D. Va. March 29, 2023)

*United States v. Walker*, No. 2:22 CR 17, Dkt. No. 34 (E.D. Cal. April 11, 2023)

*United States v. Payne*, No. 4:22 CR 173, Dkt. No. 24 (S.D. Tex. April 12, 2023)

*United States v. Cummings,* No. 1:22 CR 51, Dkt. No. 49 (N.D. Ind. April 20, 2023)

*United States v. Villalobos,* No. 19 CR 40, Dkt. No. 107 (D. Id. April 21, 2023)

*United States v. Williams,* No. 19 CR 66, Dkt. No. 192 (N.D. Ill. April 21, 2023)

*United States v. Thomas,* No. 2:23 CR 20036, Dkt. No. 27 (E.D. Mi. April 25, 2023)

*United States v. McIlwain,* No. 2:23 CR 20012, Dkt. No. 28 (E.D. Mi. April 26, 2023)

*United States v. Taylor,* No. 22 CR 20315, Dkt. No. 36 (E.D. Mi. April 26, 2023)

*United States v. Thompson,* No. 22 CR 173, Dkt. No. 52 (E.D. La. April 27, 2023)

*United States v. Murphy & Williams,* No. 22 CR 121, Dkt. No. 43 (N.D. Ill. May 3, 2023)

*United States v. Hazley,* No. 22 CR 20612, Dkt. No. 33 (E.D. Mi. May 5, 2023)

*United States v. Bluer,* No. 22 CR 20557, Dkt. No. 27 (E.D. Mi. May 8, 2023)

*United States v. Carter,* No. 22 CR 20477, Dkt. No. 51 (E.D. Mi. May 9, 2023)

*United States v. Meyer,* No. 22 CR 10012, Dkt. No. 53 (S.D. Fl. May 9, 2023)

*United States v. Ware,* No. 22 CR 30096, Dkt. No. 51 (S.D. Ill. May 19, 2023)

*United States v. Alvin,* No. 22 CR 20244, Dkt. No. 105 (S.D. Fl. May 22, 2023)

*United States v. Lowry,* No. 1:22 CR 10031, Dkt. No. 85 (D. S.D. May 22, 2023)

*United States v. Martinez,* No. 2:21 CR 219, Dkt. No. 67 (D. Nev. May 22, 2023)

*United States v. Haywood,* No. 22 CR 20417, Dkt. No. 44 (E.D. Mi. May 25, 2023)

*United States v. Hickman,* No. 3:22 CR 125, Dkt. No. 27 (W.D. Ky. May 26, 2023)

*Montes v. United States,* No. 5:18 CR 287, Dkt. No. 165 (S.D. Tex. May 26, 2023)

*United States v. Parker,* No. 3:22 CR 82, Dkt. No. 24 (W.D. Ky. May 26, 2023)

*United States v. Giambro,* No. 2:22 CR 44, Dkt. No. 126 (D. Me. May 30, 2023)

*United States v. Jackson,* No. 2:22 CR 20628, Dkt. No. 30 (E.D. Mi. May 31, 2023)

*United States v. Gallegos,* No. 1:22 CR 16, Dkt. No. 48 (D. Id. June 2, 2023)

*United States v. Hale,* No. 2:22 CR 131, Dkt. No. 50 (E.D. La. June 6, 2023)

*United States v. Hampton,* No. 21 CR 766, Dkt. No. 128 (S.D.N.Y. June 9, 2023)

*United States v. Kearney,* No. 4:23 CR 29, Dkt. No. 24 (E.D. Va. June 9, 2023)

*United States v. Bulltail,* No. 22 CR 86, Dkt. No. 90 (D. Mon. June 12, 2023)

*United States v. Alvin,* No. 1:22 CR 20244, Dkt. No. 111 (S.D. Fl. June 13, 2023)

*United States v. Palmore,* No. 7:23 CR 3, Dkt. No. 48 (M.D. Ga. June 16, 2023)

*United States v. Pineda,* No. 6:21 CR 482, Dkt. No. 33 (D. Or. June 16, 2023)

*United States v. Hansen,* No. 4:18 CR 3140, Dkt. No. 182 (D. Neb. June 22, 2023)

*United States v. Hernandez,* No. 3:23 CR 56, Dkt. No. 27 (N.D. Tex. June 23, 2023)

*United States v. Estrada,* No. 1:22 CR 256, Dkt. No. 33 (D. Id. June 26, 2023)

*United States v. Jordan,* No. 1:23 CR 159, Dkt. No. 29 (N.D. Ohio June 29, 2023)

*United States v. Nelson,* No. 2:22 CR 20512, Dkt. No. 42 (E.D. Mi. June 29, 2023)

*United States v. Keels,* No. 2:23 CR 20085, Dkt. No. 40 (E.D. Mi. June 30, 2023)

*United States v. Nicks,* No. 5:23-cv-2, Dkt. No. 11 (W.D. N.C. July 5, 2023)

*United States v. Mashburn,* No. 22 CR 190, Dkt. No. 17 (S.D. Al. July 6, 2023)

*United States v. Ray,* No. 3:21 CR 57, Dkt. No. 129 (S.D. W.V. July 6, 2023)

*Parks, Jr. v. United States,* No. 1:23-cv-80, Dkt. No. 2 (S.D. Ga. July 7, 2023)

*United States v. Holmes*, No. 23 CR 20075, Dkt. No. 43, 2023 WL 4494340 (E.D. Mi. July 11, 2023)

*United States v. Morgan*, No. 8:23 CR 72, Dkt. No. 34, 2023 WL 4562850 (M.D. Fla. July 17, 2023)

*United States v. Dobbs*, No. 22 CR 20068, Dkt. No. 38, 2023 WL 4596756 (E.D. Mi. July 18, 2023)

*United States v. Jeffery*, No. 5:21 CR 437, Dkt. No. 48, 2023 WL 4629556 (W.D. Tex. July 19, 2023)

*United States v. Faust*, No. 23 CR 2005, Dkt. No. 34, 2023 WL 4626672 (N.D. Iowa July 19, 2023)

*United States v. Harrison*, No. 3:22 CR 455, Dkt. No. 84, 2023 WL 4670957 (N.D. N.Y. July 20, 2023)

*Black v. United States*, No. 3:23-cv-436, Dkt. No. 2, 2023 WL 4728839 (W.D. N.C. July 24, 2023)

*United States v. Gilbert*, No. 21 CR 110, Dkt. No. 46, 2023 WL 4708005 (S.D. Al. July 24, 2023)

*United States v. Mosely*, No. 4:22 CR 620, Dkt. No. 29, 2023 WL 4765596 (S. D. Tex. July 26, 2023)

*United States v. Day*, No. 5:22 CR 86, Dkt. No. 54, 2023 WL 4824728 (S.D. W.V. July 27, 2023)

*United States v. Jones*, No. 3:23 CR 31, Dkt. No. 68, 2023 WL 4850586 (D. Conn. July 28, 2023)

*United States v. Bolling*, No. 2:21 CR 87, Dkt. No. 255, 2023 WL 4874482 (S.D. W.V. July 31, 2023)

*United States v. Schnur*, No. 1:23 CR 65, Dkt. No. 35, 2023 WL 4881383 (S.D. Miss. July 31, 2023)

*Ulmer v. United States*, Nos. 5:20 CR 131, 5:22-cv-328, Dkt. No. 99, 2023 WL 4865553 (E.D. N.C. July 31, 2023)

*United States v. Giglio*, No. 1:23 CR 39, Dkt. No. 25, 2023 WL 4918332 (S.D. Miss. Aug. 1, 2023)

*United States v. Webb*, No. 4:22 CR 75, Dkt. No. 95, 2023 WL 4977932 (D. Utah Aug. 3, 2023)

*United States v. Andrews*, No. 18 CR 149, Dkt. No. 399, 2023 WL 4974766 (D. Minn. Aug. 3, 2023)

*United States v. Hatch*, No. 23 CR 1201, Dkt. No. 43, 2023 WL 5020270 (S.D. Cal. Aug. 7, 2023)

*United States v. Locket*, No. 4:22 CR 72, Dkt. No. 33, 2023 WL 5153549 (S.D. Tex. Aug. 10, 2023)

*United States v. Carloss*, No. 23 CR 86, Dkt. No. 38, 2023 WL 5152623 (E.D. Ok. Aug. 10, 2023)

*United States v. Smith*, No. 23 CR 363, Dkt. No. 44, 2023 WL 5311490 (D. S.C. Aug 16, 2023)

*United States v. Nakedhead*, No. 23 CR 109, Dkt. No. 36, 2023 WL 5277905 (E.D. Ok. Aug 16, 2023)

*United States v. Rose*, No. 22 CR 120, Dkt. No. 31, 2023 WL 5281691 (W.D. Mo. Aug 16, 2023)

*United States v. Owens*, No. 23 CR 26, Dkt. No. 34, 2023 WL 5291341 (D. Ak. Aug 17, 2023)

*United States v. Saba*, No. 22 CR 248, Dkt. No. 37, 2023 WL 5333255 (D. Id. Aug 17, 2023)

*United States v. Davila*, No. 23 CR 292, Dkt. No. 15, 2023 WL 5361799 (S.D. N.Y. Aug 22, 2023)

*United States v. Lane*, No. 22 CR 132, Dkt. No. 92, 2023 WL 5614798 (D. Vt. Aug 24, 2023)

*United States v. Ames*, No. 23 CR 178, Dkt. No. 23, 2023 WL 5538073 (E.D. Pa. Aug 28, 2023)

*United States v. James*, No. 21 CR 657, Dkt. No. 80, 2023 WL 5596315 (D. S.C. Aug 29, 2023)

*United States v. Nordvold*, No. 23 CR 30053, Dkt. No. 30, 2023 WL 5585089 (D. S.D. Aug 29, 2023)

*United States v. Sutton*, No. 23 CR 14, Dkt. No. 36, 2023 WL 5559082 (N.D. Ind. Aug 29, 2023)

*United States v. Crawford*, No. 20 CR 84, Dkt. No. 130, 2023 WL 5559031 (N.D. Ind. Aug 29, 2023)

*Antione v. United States*, Nos. 18 CR 17, 22-CV-1453, Dkt. No. 95, 2023 WL 5573805 (N.D. W.V. Aug 29, 2023)

*United States v. O'Connor*, No. 03 CR 134, Dkt. No. 76, 2023 WL 5542087 (W.D. Pa. Aug 29, 2023)

*United States v. Lane*, No. 23 CR 62, Dkt. No. 39, 2023 WL 5663084 (E.D. Va. Aug 31, 2023)

*United States v. Esparza*, No. 21 CR 144, Dkt. No. 61, 2023 WL 5659051 (W.D. Tex. Aug 31, 2023)

*United States v. Robinson*, No. 22 CR 212, Dkt. No. 81, 2023 WL 5634712 (W.D. Wash. Aug 31, 2023)

*United States v. Haynes*, No. 23 CR 71, Dkt. No. 39, 2023 WL 5673962 (W.D. La. Sept. 1, 2023)

*United States v. Gates*, No. 22-C-397, Dkt. No. 52, 2023 WL 5748362 (N.D. Ill. Sept. 6, 2023)

*United States v. Clark*, No. 20 CR 805, Dkt. 121, 146 (N.D. Ill. June 20, 2023, & Sept. 7, 2023)

*United States v. Filoialii*, No. 21 CR 521, Dkt. No. 25, 2023 WL 5832153 (D. Alaska Sept. 8, 2023)

*United States v. Brewer*, No. 23 CR 230, Dkt. No. 42, 2023 WL 5827056 (W.D. Ok. Sept. 8, 2023)

*United States v. Reichenbach*, No. 22 CR 57, Dkt. No. 45, 2023 WL 5916467 (M.D. Pa. Sept. 11, 2023)

*United States v. Herrera*, No. 20 CR 692, Dkt. No. 65, 2023 WL 5917414 (S.D. Tex. Sept. 11, 2023)

*United States v. Betancourt*, No. 21 CR 229, Dkt. No. 55, 2023 WL 5917415 (S.D. Tex. Sept. 11, 2023)

*United States v. Taylor*, No. 23 CR 289, Dkt. No. 28, 2023 WL 5957107 (N.D. Ohio Sept. 12, 2023)

*United States v. Pettit*, No. 23 CR 84, Dkt. No. 37, 2023 WL 5959416 (E.D. Ok. Sept. 13, 2023)

*United States v. Malone*, No. 22 CR 182, Dkt. No. 45, 2023 WL 5960750 (E.D. Va. Sept. 13, 2023)

*United States v. Myles*, No. 22 CR 305, Dkt. 49 (N.D. Ill. Sept. 14, 2023)

*United States v. Warren*, No. 22 CR 231, Dkt. No. 79, 2023 WL 5978029 (E.D. N.Y. Sept. 14, 2023)

*United States v. Blackshear*, No. 23 CR 159, Dkt. No. 21, 2023 WL 5985284 (E.D. Pa. Sept. 14, 2023)

*United States v. Terry; United States v. Walker*, Nos. 20 CR 43, 22 CR 1782, Dkt. No. 62, 2023 WL 6049551 (W.D. Pa. Sept. 14, 2023)

*United States v. Wilkins*, No. 22 CR 161, Dkt. No. 25, 2023 WL 6050571 (E.D. Ky. Sept. 15, 2023)

*United States v. Nailor*, No. 23 CR 20076, Dkt. No. 59, 2023 WL 6049746 (E.D. Mich. Sept. 15, 2023)

*United States v. Sternquist*, No. 22 CR 473, Dkt. No. 87, 2023 WL 6066076 (E.D. N.Y. Sept. 15, 2023)

*United States v. Minter*, No. 22 CR 135, Dkt. No. 56, 2023 WL 6051265 (M.D. Pa. Sept. 15, 2023)

*United States v. Wade*, No. 22 CR 3, Dkt. No. 69, 2023 WL 6037404 (N.D. Ind. Sept. 15, 2023)

*United States v. Johnson*, No. 23 CR 188, Dkt. No. 34, 2023 WL 6049529 (W.D. Ok. Sept. 15, 2023)

*United States v. Miller*, No. 22 CR 645, Dkt. No. 36, 2023 WL 6065116 (N.D. Ohio Sept. 18, 2023)

*United States v. White*, No. 23 CR 140, Dkt. No. 35, 2023 WL 6066201 (S.D. N.Y. Sept. 18, 2023)

*United States v. Brown*, No. 23 CR 72, Dkt. No. 24, 2023 WL 6131087 (W.D. La. Sept. 18, 2023)

*United States v. Washington*, No. 23 CR 171, Dkt. No. 21, 2023 WL 6118532 (W.D. La. Sept. 18, 2023)

*United States v. Knowlin*, No. 23 CR 532, Dkt. No. 41, 2023 WL 6143458 (D. S.C. Sept. 20, 2023)

*United States v. Greene*, No. 23 CR 72, Dkt. No. 28, 2023 WL 6149882 (E.D. Va. Sept. 20, 2023)

*United States v. Mason*, No 23 CR 78, Dkt. No. 28, 2023 WL 6149884 (E.D. Va. Sept. 20, 2023)

*United States v. Sharkey*, No. 22 CR 176, Dkt. No. 86, 2023 WL 6139615 (S.D. Iowa Sept. 20, 2023)

*United States v. Jones*, No. 20 CR 310, Dkt. No. 63, 2023 WL 6151241 (W.D. Ok. Sept. 20, 2023)

*United States v. Norman*, No. 23 CR 126 at Dkt. 37 (N.D. Ill. Sept. 20, 2023)

*United States v. Green*, No. 22 CR 387, Dkt. No. 53, 2023 WL 6164407 (E.D. Pa. Sept. 21, 2023)

*United States v. Zinnerman*, No. 23 CR 170, Dkt. No. 20, 2023 WL 6164011 (W.D. La. Sept. 21, 2023)

*United States v. Pearson*, No. 22 CR 271, Dkt. No. 51, 2023 WL 6216527 (E.D. Pa. Sept. 25, 2023)

*United States v. McCutchen*, No. 23 CR 75, Dkt. No. 32, 2023 WL 6222638 (E.D. Va. Sept. 25, 2023)

*United States v. Bush*, No. 22 CR 163, Dkt. No. 43, 2023 WL 6224633 (E.D. Va. Sept. 25, 2023)

*United States v. Williams*, No. 23 CR 230, Dkt. No. 27, 2023 WL 6221770 (N.D. Okla. Sept. 25, 2023)

*United States v. Craft*, No. 23 CR 178, Dkt. No. 41, 2023 WL 6215326 (S.D. N.Y Sept. 25, 2023.)

*United States v. Edwards*, No. 23 CR 199, Dkt. No. 24, 2023 WL 6247298 (W.D. La. Sept. 25, 2023)

*United States v. Jones*, No. 23 CR 339, Dkt. No. 19 (W.D. Okla. Sept. 25, 2023)

*United States v. Coe*, No. 23 CR 61, Dkt. No. 36, 2023 WL 6282844 (E.D. Va. Sept. 26, 2023)

*United States v. Hendricks*, No. 22 CR 397, Dkt. No. 34, 2023 WL 6276681 (M.D. Pa. Sept. 26, 2023)

*United States v. Morales*, No. 22 CR 161, Dkt. No. 104, 2023 WL 6276672 (M.D. Pa. Sept. 26, 2023)

*United States v. Johnson*, No. 23 CR 156, Dkt. No. 39, 2023 WL 6276562 (N.D. Ill. Sept. 26, 2023)

*United States v. Wise*, No. 21 CR 511, Dkt. No. 70, 2023 WL 6260038 (W.D. Pa. Sept. 26, 2023)

*United States v. Johnson*, No. 23 CR 77, Dkt. No. 20, 2023 WL 6321767 (E.D. Pa. Sept. 27, 2023)

*United States v. Norman*, No. 21 CR 383, Dkt. No. 35, 2023 WL 6290690 (N.D. Ohio Sept. 27, 2023)

*United States v. Marshall*, No. 22 CR 229, Dkt. No. 41, 2023 WL 6317675 (W.D. La. Sept. 27, 2023)

*Porter v. United States*, No. 22-CV-6199, Dkt. No. 8, 2023 WL 6366273 (D. N.J. Sept. 28, 2023)

*United States v. Williams*, No. 22 CR 158, Dkt. No. 30, 2023 WL 6368971 (E.D. Va. Sept. 28, 2023)

*United States v. Charles*, No. 21 CR 154, Dkt. No. 60, 2023 WL 6358688 (W.D. La. Sept. 28, 2023)

*United States v. Irizarry*, No. 21 CR 202, Dkt. No. 71, 2023 WL 6406278 (E.D. Pa. Oct. 2, 2023)

*United States v. McNair*, No. 23 CR 26, Dkt. No. 35, 2023 WL 6567893 (N.D. Fl. Oct. 2, 2023)

*United States v. Hunt*, No. 18 CR 475, Dkt. No. 369, 2023 WL 6439410 (D. Ore. Oct. 3, 2023)

*United States v. Delima*, No. 22 CR 111, Dkt. No. 56, 2023 WL 6443925 (D. Vt. Oct. 3, 2023)

*United States v. Nellum-Toney*, No. 23 CR 34, Dkt. No. 41, 2023 WL 6449443 (S.D. W.V. Oct. 3, 2023)

*United States v. Agee*, No. 21 CR 350, Dkt. No. 103, 2023 WL 6443924 (N.D. Ill. Oct. 3, 2023)

*United States v. Gamble*, No. 22 CR 267, Dkt. No. 57, 2023 WL 6460665 (D. Nev. Oct. 4, 2023)

*United States v. Cotton*, No. 22 CR 471, Dkt. No. 26, 2023 WL 6465836 (E.D. Pa. Oct. 4, 2023)

*United States v. Nelson*, No. 22 CR 436, Dkt. No. 39, 2023 WL 6520378 (S.D. N.Y. Oct. 4, 2023)

*United States v. Creach*, No. 21 CR 229, 23-cv-836, Dkt. No. 35, 2023 WL 6471718 (W.D. Okla. Oct. 4, 2023)

*United States v. Garcia*, No. 17 CR 358, Dkt. No. 104, 2023 WL 6539826 (D. Colo. Oct. 6, 2023)

*United States v. Jenkins*, No. 23 CR 88, Dkt. No. 33, 2023 WL 6534200 (E.D. Pa. Oct. 6, 2023)

*United States v. Abreu*, No. 23 CR 67, Dkt. No. 41, 2023 WL 6541302 (S.D. N.Y. Oct. 6, 2023)

*United States v. Jones*, No. 20 CR 21, Dkt. No. 165, 2023 WL 6541040 (W.D. Pa. Oct. 6, 2023)

*Strong v. United States*, No. 23-CV-1245, Dkt. No. 2, 2023 WL 6582391 (E.D. Mo. Oct. 10, 2023)

*United States v. Watson,* No. 23 CR 109, 2023 WL 6623774 (E.D. Wisc. Oct. 11, 2023)

*United States v. Reggie Johnson*, No. 18 CR 458, Dkt. 220, 2023 WL 6690388 (N.D. Ill. Oct. 12, 2023)

*United States v. Hardy*, No. 23 CR 129, Dkt. No. 29, WL (N.D. Ill. Oct. 13, 2023)

*United States v. Broadbent*, No. 19 CR 155, Dkt No. 85, 2023 WL 6796468 (E.D. Cal. Oct. 13, 2023)

*United States v. Handy*, No. 20 CR 283, Dkt No. 69, 2023 WL 6797544 (W.D. La. Oct. 13, 2023)

*United States v. Harrison*, No. 23 CR 129, Dkt No. 527, 2023 WL 6795588 (W.D. Pa. Oct. 13, 2023)

*United States v. Smith*, No. 23 CR 8, Dkt No. 58, 2023 WL 6795807 (W.D. Pa. Oct. 13, 2023)

*United States v. Ladson*, No. 23 CR 161, Dkt No. 24, 2023 WL 6810095 (E.D. Pa. Oct.16, 2023)

*United States v. Davis*, No. 23 CR 60, Dkt No. 31, 2023 WL 6810249 (M.D. Pa. Oct. 16, 2023)

*United States v. Childs*, No. 22 CR 327, Dkt No. 69, 2023 WL 6845830 (N.D. Ga. Oct. 16, 2023)

*United States v. Keosackdy*, No. 22 CR 78, Dkt No. 52, 2023 WL 6805893 (N.D. Ind. Oct. 16, 2023)

*United States v. Williams*, No. 22 CR 228, Dkt No. 48, 2023 WL 6810569 (W.D. Pa. Oct. 16, 2023)

*Alexander v. United States*, Nos. 19 CR 20, 22-CV-2577, Dkt No. 155, 2023 WL 6845424 (D. Md. Oct. 17, 2023)

*United States v. Crockett*, No. 23 CR 40013, Dkt No. 24, 2023 WL 6880224 (D. Kan. Oct. 18, 2023)

*United States v. Brooks*, No. 23 CR 26, Dkt No. 22, 2023 WL 6880419 (E.D. Ky. Oct. 18, 2023)

*United States v. Jackson*, No. 23 CR 89, Dkt No. 24, 2023 WL 6881818 (N.D. Miss. Oct. 18, 2023)

*United States v. Mann*, No. 22 CR 1322, Dkt No. 59, 2023 WL 6930435 (D. N.M. Oct. 19, 2023)

*Collins v. Garland*, No. 23-CV-42, Dkt No. 37, 2023 WL 6962723 (D. Md. Oct. 20, 2023)

*United States v. McMillan*, No. 22 CR 303, Dkt No. 111, 2023 WL 6964750 (M.D. Ala. Oct. 20, 2023)

*United States v. Arredondo*, No. 21 CR 432, Dkt No. 84, 2023 WL 6960384 (W.D. Tex. Oct. 20, 2023)

*United States v. Blake*, No. 23 CR 40018, Dkt No. 21, 2023 WL 6976094 (D. Kan. Oct. 23, 2023)

*United States v. Alston*, No. 22 CR 178, Dkt No. 44, 2023 WL 6977055 (E.D. N.Y. Oct. 23, 2023)

*United States v. Pendenque-Alcindor*, No. 21 CR 215, Dkt No. 64, 2023 WL 7002059 (E.D.N.C. Oct. 24, 2023)

*United States v. Bynum*, No. 23 CR 141, Dkt No. 40, 2023 WL 7003690 (E.D.N.C. Oct. 24, 2023)

*United States v. Brown*, No. 22 CR 214, Dkt No. 45, 2023 WL 7017622 (D. Nev. Oct. 25, 2023)

*United States v. Bess*, No. 23 CR 6, Dkt No. 63, 2023 WL 7019211 (D. S.C. Oct. 25, 2023)

*United States v. Brown*, No. 20 CR 260, Dkt No. 220, 2023 WL 7021181 (E.D. Pa. Oct. 25, 2023)

*United States v. Robinson*, No. 22 CR 362, Dkt No.  39, 2023 WL 7021320 (M.D. Pa. Oct. 25, 2023)

*United States v. Dorsey*, No. 22 CR 92, Dkt No. 79, 2023 WL 7019185 (M.D. Pa. Oct. 25, 2023)

*United States v. Rose*, No. 23 CR 9, Dkt No. 36 (N.D. Ill. Oct. 25, 2023)

*United States v. Durkin*, No. 21 CR 74 (N.D. Ill. Oct. 26, 2023)

*United States v. Thomas*, No. 23 CR 184, Dkt No. 34 (N.D. Ill. Oct. 26, 2023)

*United States v. Garner*, No. 22 CR 445, Dkt No. 49 (N.D. Ill. Oct. 26, 2023)

*United States v. Scott*, No. 21 CR 74, Dkt No. 92 (N.D. Ill. Oct. 26, 2023)

*United States v. Storball*, No. 23 CR 78, Dkt No. 22 (N.D. Ill. Oct. 26, 2023)

*United States v. Blackwell-Esters*, No. 22 CR 20287, Dkt. No. 34, 2023 WL 7093806 (E.D. Mich. Oct. 26, 2023)

*United States v. Capozzoli*, No. 22 CR 20005, Dkt. No. 43, 2023 WL 7093797 (E.D. Mich. Oct. 26, 2023)

*United States v. Wilson*, No. 21 CR 268, Dkt. No. 67, 2023 WL 7095722 (W.D. La. Oct. 26, 2023)

*United States v. Florentino*, No. 22 CR 10166, Dkt. No. 52, 2023 WL 7036314 (D. Mass. Oct. 26, 2023)

*United States v. Forrest*, No. 22 CR 256, Dkt. No. 70, 2023 WL 7065608 (D. S.C. Oct. 26, 2023)

*United States v. Oliver*, No. 22 CR 319, Dkt. No. 25, 2023 WL 7115572 (N.D. Ala. Oct. 27, 2023)

*United States v. Bazile*, No. 23 CR 34, Dkt. No. 91, 2023 WL 7112833 (E.D. La. Oct. 27, 2023)

*United States v. Fulcar*, No. 23 CR 10053, Dkt. No. 71, 2023 WL 7116738 (D. Mass. Oct. 27, 2023)

*United States v. Deryke*, No. 23 CR 92, Dkt. No. 50, 2023 WL 7101902 (W.D. Mich. Oct. 27, 2023)

*United States v. Myrick*, No. 22 CR 148, Dkt. No. 113, 2023 WL 7130852 (E.D. Va. Oct. 30, 2023)

*United States v. Ford*, No. 23 CR 107, Dkt. No. 43, 2023 WL 7131742 (S.D.N.Y. Oct. 30, 2023)

*United States v. Pringle*, No. 22 CR 10157, Dkt. No. 119, 2023 WL 7135176 (D. Mass. Oct. 30, 2023)

*United States v. Jackson*, No. 20 CR 298, Dkt. No. 105, 2023 WL 7160921 (N.D. Ill. Oct. 31, 2023)

*United States v. Naylor*, No. 21 CR 398, Dkt. No. 55, 2023 WL 7166452 (W.D. Pa. Oct. 31, 2023)

*United States v. Santiago*, No. 23 CR 148, Dkt. No. 34, 2023 WL 7167859 (E.D. Pa. Oct. 31, 2023)

*United States v. Hedgepeth*, No. 22 CR 377, Dkt. No. 36, 2023 WL 7167138 (E.D. Pa. Oct. 31, 2023)

*United States v. Washington*, No. 23 CR 82, Dkt. No. 60, 2023 WL 7170645 (W.D. La. Oct. 31, 2023)

*United States v. Pope*, No. 20 CR 282, Dkt. No. 42, 2023 WL 7194773 (W.D. Pa. Nov. 1, 2023)

*United States v. Eddings*, No. 21 CR 117, Dkt. No. 124, 2023 WL 7194772 (W.D. Pa. Nov. 1, 2023)

*United States v. Norton*, No. 21 CR 1827, Dkt. No. 115, 2023 WL 7222656 (D. N.M. Nov. 2, 2023)

*United States v. August*, No. 23 CR 23, Dkt. No. 48, 2023 WL 7230037 (W.D. La. Nov. 2, 2023)

*United States v. McBroom*, No. 21 CR 97, Dkt. No. 157, 2023 WL 7221400 (W.D. Pa. Nov.2, 2023)

*United States v. Smith*, No. 21 CR 482, Dkt. No. 78, 2023 WL 7221402 (W.D. Pa. Nov. 2, 2023)

*United States v. Johnson*, No. 22 CR 254, Dkt. No. 32, 2023 WL 7284848 (E.D. Wis. Nov. 3, 2023)

*United States v. Potts*, Nos. 22 CR 67, 23-cv-39, Dkt. No. 49, 2023 WL 7328848 (D. Mont. Nov. 7, 2023)

*United States v. Ross*, No. 23 CR 20168, Dkt. No. 44, 2023 WL 7345908 (E.D. Mich. Nov. 7, 2023)

*United States v. Perkins*, No. 23 CR 66, Dkt. No. 25, 2023 WL 7329503 (E.D. Pa. Nov. 7, 2023)

*United States v. Brown*, No. 22 CR 704, Dkt. No. 29, 2023 WL 7323335 (N.D. Ohio Nov. 7, 2023)

*United States v. Letterman*, No. 23 CR 66, Dkt. No. 36, 2023 WL 7336562 (S.D. Miss. Nov.7, 2023)

*United States v. French*, No. 23 CR 64, Dkt. No. 42, 2023 WL 7365232 (W.D. La. Nov. 7, 2023)

*United States v. Delafose*, No. 23 CR 185, Dkt. No. 24, 2023 WL 7368239 (W.D. La. Nov. 7, 2023)

*United States v. Davis*, No. 20 CR 16, Dkt. No. 48, 2023 WL 7356579 (W.D. N.C. Nov. 7, 2023)

*United States v. Woznichak*, No. 21 CR 242, Dkt. No. 72, 2023 WL 7324442 (W.D. Pa. Nov. 7, 2023)

*United States v. Henderson*, No. 23 CR 263, Dkt. No. 19, 2023 WL 7386683 (E.D. Pa. Nov. 8, 2023)

*United States v. Bost*, No. 21 CR 30, Dkt. No. 143, 2023 WL 7386567 (W.D. Pa. Nov. 8, 2023)

*United States v. Collier*, No. 21 CR 375, Dkt. No. 80, 2023 WL 7386568 (W.D. Pa. Nov. 8, 2023)

*United States v. Vicente-Vazquez*, No. 22 CR 322, Dkt. No. 38, 2023 WL 7410666 (D.P.R. Nov. 9, 2023)

*United States v. Robinson*, No. 23 CR 40013, Dkt. No. 45, 2023 WL 7413088 (D. S.D. Nov. 9, 2023)

*United States v. Brady,* No. 22 CR 47, 2023 WL 7553859 (N.D. Ind. Nov. 13, 2023)

*United States v. Twiggs*, No. 22 CR 62, Dkt. No. 82, 2023 WL 7537044 (E.D. Mo. Nov. 14, 2023)

*United States v. Omar*, No. 22 CR 182, Dkt. No. 46, 2023 WL 7526045 (S.D. Ohio Nov. 14, 2023)

*United States v. Drake*, 23 CR 21, Dkt. 39, 2023 WL 8004876 (N.D. Ind. Nov. 16, 2023)

*United States v. Brown*, No. 22 CR 297, 2023 WL 8004290 (N.D. Ill. Nov. 17, 2023)

*United States v. King*, No. 23 CR 143, Dkt. 51, 2023 WL 7936754 (N.D. Ill. Nov. 17, 2023)

*United States v. Hall*, No. 22 CR 665, Dkt. 37, 2023 WL 8004291 (N.D. Ill. Nov. 17, 2023)

*United States v. Denruyter,* No. 23 CR 155, 2023 WL 8081658 (E.D. Wisc. Nov. 21, 2023)

*United States v. Murphy*, No. 21 CR 76, Dkt. 89 (N.D. Ill. Nov. 27, 2023)

*United States v. Sherls,* No. 22 CR 13, 2023 WL 8185665 (N.D. Ind. Nov. 27, 2023)

*United States v. Brown*, No. 22 CR 326, Dkt. 92, 2023 WL 8236918 (N.D. Ill. Nov. 28, 2023)

*United States v. Vaughns,* No. 22 CR 636, 2023 WL 8258575 (N.D. Ill. Nov. 29, 2023)

*United States v. Washington,* No. 23 CR 274, 2023 WL 8258654 (N.D. Ill. Nov. 29, 2023)

*United States v. Carter*, No. 19 CR 819, Dkt. 234 (N.D. Ill. Dec. 1, 2023)

*United States v. Ball*, No. 22 CR 449, Dkt. 53, 2023 WL 8433981 (N.D. Ill. Dec. 5, 2023)

*United States v. McCoy*, No. 22 CR 479, Dkt. 35 (N.D. Ill. Dec. 5, 2023)

*United States v. Ellison*, No. 22 CR 534, Dkt. 35 (N.D. Ill. Dec. 5, 2023)

*United States v. Sloat*, No. 22 CR 30017, 2023 WL 8455112 (S.D. Ill. Dec. 6, 2023)

*United States v. Bell*, No. 23 CR 311, Dkt. 36, 2023 WL 8475814 (N.D. Ill. Dec. 7, 2023)

*United States v. Brooks*, No. 22 CR 655, Dkt. No. 47 (N.D. Ill. Dec. 7, 2023)

*United States v. Hosea*, No. 23 CR 20034 (C.D. Ill. Dec. 11, 2023)

*United States v. Davis*, No. 20 CR 431, Dkt. 80 (N.D. Ill. Dec. 11, 2023)

*United States v. Gooden*, No. 23 CR 109, Dkt. 43 (N.D. Ill. Dec. 11, 2023)

*United States v. Dukes*, No. 19 CR 48, Dkt. 177 (N.D. Ill. Dec. 11, 2023)

*United States v. Crosby*, No. 22 CR 179, Dkt. 73 (N.D. Ill. Dec. 11, 2023)

*United States v. Larry*, No. 22 CR 137, Dkt. 48 (N.D. Ill. Dec. 11, 2023)

*United States v. Cortes*, No. 22 CR 347, Dkt. 55 (N.D. Ill. Dec. 12, 2023)

*United States v. Jackson*, No. 21 CR 175, Dkt. 70, 2023 WL 8601498 (N.D. Ill. Dec. 12, 2023)

*United States v. Lacour*, No. 23 CR 26, Dkt. 42 (N.D. Ill. Dec. 12, 2023)

*United States v. Cobbs*, No. CR22-4069-LTS, 2023 WL 8599708 (N.D. Iowa Dec. 12, 2023)

*United States v. Casey*, No. CR 23-392, 2023 WL 8600604 (E.D. Pa. Dec. 12, 2023)

*United States v. Anderson*, No. CR 23-00180-01, 2023 WL 8655272 (W.D. La. Dec. 13, 2023)

*United States v. Saed*, No. 8:22-CR-237-KKM-AEP, 2023 WL 8699467 (M.D. Fla. Dec. 14, 2023)

*United States v. Page*, No. CR 23-06-H-BMM, 2023 WL 8702081 (D. Mont. Dec. 15, 2023)

*United States v. Allen*, No. 22-CR-456, 2023 WL 8701295 (E.D. Pa. Dec. 15, 2023)

*United States v. Hawkins*, No. CR 23-94, 2023 WL 8701098 (E.D. La. Dec. 15, 2023)

*United States v. Young*, No. 2:22-CR-20 JD, 2023 WL 8697936 (N.D. Ind. Dec. 15, 2023)

*United States v. Garcia*, No. 4:22-CR-3039, 2023 WL 8698931 (D. Neb. Dec. 15, 2023)

*United States v. Goodson*, No. 23-CR-20307, 2023 WL 8722013 (E.D. Mich. Dec. 18, 2023)

*United States v. Ferguson*, No. 23-CR-203 (SRN/TNL), 2023 WL 8719988 (D. Minn. Dec. 18, 2023)

*United States v. Garcia*, No. 8:23-CR-146-TPB-UAM, 2023 WL 8716849 (M.D. Fla. Dec. 18, 2023)

*United States v. Smith*, No. 23-10083-JWB, 2023 WL 8715809 (D. Kan. Dec. 18, 2023)

*United States v. Sanders*, No. 23-CR-78(KAM)(RML), 2023 WL 8790309 (E.D.N.Y. Dec. 19, 2023)

*United States v. Brown*, No. 4:23-CR-00071, 2023 WL 8794641 (N.D. Miss. Dec. 20, 2023)

*United States v. Regalado*, No. 3:23CR42 DRL, 2023 WL 9054039 (N.D. Ind. Dec. 20, 2023)

*United States v. Cabrera*, No. 23-CR-209 (VEC), 2023 WL 8812532 (S.D.N.Y. Dec. 20, 2023)

*United States v. Hydock*, No. CR 23-205, 2023 WL 8810793 (E.D. Pa. Dec. 20, 2023)

*United States v. Von Thenstead*, No. 3:22-CR-00359-E, 2023 WL 8850766 (N.D. Tex. Dec. 20, 2023)

*United States v. Perry*, No. 3:23-CR-106-HEH, 2023 WL 8809918 (E.D. Va. Dec. 20, 2023)

*United States v. Humphrey*, No. 2:07-CR-20101-01, 2023 WL 8816387 (W.D. La. Dec. 20, 2023)

*United States v. Mendoza*, No. 5:23-CR-01388-MIS, 2023 WL 8827717 (D.N.M. Dec. 21, 2023)

*United States v. Stone*, No. CR 22-445, 2023 WL 8832438 (E.D. Pa. Dec. 21, 2023)

*United States v. Thomas*, No. CR 22-236, 2023 WL 8832448 (E.D. Pa. Dec. 21, 2023)

*United States v. Davis*, No. 8:23-CR-34-CEH-AAS, 2023 WL 8877847 (M.D. Fla. Dec. 22, 2023)

*United States v. Perkins*, No. 22-CR-30102-DWD, 2023 WL 8879001 (S.D. Ill. Dec. 22, 2023)

*United States v. Greene*, No. 3:22-CR-156, 2023 WL 8881462 (E.D. Va. Dec. 22, 2023)

*United States v. Allen*, No. 3:23CR121, 2023 WL 8881469 (E.D. Va. Dec. 22, 2023)

*United States v. Garcia-Rivera*, No. 5:23-CR-118-01-JDW, 2023 WL 8894337 (E.D. Pa. Dec. 26, 2023)

*United States v. Tillman*, No. 23-CR-158 (SRN/TNL), 2023 WL 8929191 (D. Minn. Dec. 27, 2023)

*United States v. Stampley*, No. 3:23-CR-00259-01, 2023 WL 8936718 (W.D. La. Dec. 27, 2023)

*United States v. Phillips*, No. 1:22-CR-00596, 2023 WL 9001124 (N.D. Ill. Dec. 28, 2023)

*United States v. D'Angelo*, No. 23 CR. 327 (PGG), 2023 WL 9056404 (S.D.N.Y. Dec. 31, 2023)

*United States v. Lopez*, No. 21 CR 626, Dkt. 55 (N.D. Ill. Jan. 2, 2024)

*United States v. El Bey*, No. 1:21-CR-110, 2024 WL 22701 (S.D. Ohio Jan. 2, 2024)

*United States v. Baker*, No. CR-23-130-G, 2024 WL 24088 (W.D. Okla. Jan. 2, 2024)

*United States v. Ibarra*, No. 3:22-cr-50062, Dkt. 68 (N.D. Ill. Jan. 3, 2024)

*United States v. Calhoun*, No. 22-CR-00025, 2024 WL 36977 (N.D. Ill. Jan. 3, 2024)

*United States v. Robert*, No. 323CR00057TMBKFR1, 2024 WL 50889 (D. Alaska Jan. 4, 2024)

*United States v. Monroe*, No. 8:23-CR-46-SDM-CPT, 2024 WL 51020 (M.D. Fla. Jan. 4, 2024)

*United States v. Self*, No. 4:23-CR-74-SA-JMV, 2024 WL 55487 (N.D. Miss. Jan. 4, 2024)

*United States v. Velazquez*, No. CR 23-657 (RMB), 2024 WL 49690 (D.N.J. Jan. 4, 2024)

*United States v. Adams*, No. 3:23CR122, 2024 WL 54112 (M.D. Pa. Jan. 4, 2024)

*United States v. Williams*, No. CR 23-284, 2024 WL 69141 (E.D. Pa. Jan. 5, 2024)

*United States v. Hudson*, No. 21-CR-00576, 2024 WL 68327 (N.D. Ill. Jan. 5, 2024)

*United States v. Miller*, No. CR 23-135, 2024 WL 69140 (E.D. Pa. Jan. 5, 2024)

*United States v. Yates*, No. 23-CR-00318-AMO-1, 2024 WL 69072 (N.D. Cal. Jan. 5, 2024)

*United States v. Mays*, No. 23 CR 328, Dkt. 31 (N.D. Ill. Jan. 8, 2024)

*United States v. Bain*, No. 23-CR-20345-RAR, 2024 WL 95619 (S.D. Fla. Jan. 8, 2024)

*United States v. Will*, No. CR 3:23-00148, 2024 WL 86930 (S.D.W. Va. Jan. 8, 2024)

*United States v. Regis*, No. CR 22-401, 2024 WL 83497 (E.D. Pa. Jan. 8, 2024)

*United States v. Dillon*, No. 5:23-CR-3-DCB-FKB, 2024 WL 86492 (S.D. Miss. Jan. 8, 2024)

*United States v. Cole*, No. 2:23-CR-1387 RB, 2024 WL 82846 (D.N.M. Jan. 8, 2024)

*United States, v. Gonzalez,* No. 1:23-CR-18-MKV, 2024 WL 96517, (S.D.N.Y. Jan. 9, 2024)

*United States, v. Alvin,* No. 22-20244-CR, 2024 WL 112108 (S.D. Fla. Jan. 10, 2024)

*United States v. Esters*, No. 21-CR-398(EK)(MJ), 2024 WL 113937 (E.D.N.Y. Jan. 10, 2024)

*United States v. Claiborne*, No. 22CR672 (EP), 2024 WL 112603 (D.N.J. Jan. 10, 2024)

*United States, v. Whitefield*, No. CR 20-00056-KD-MU, 2024 WL 130155 (S.D. Ala. Jan. 11, 2024)

*United States v. Clements*, No. 5:23-CR-01389-MIS, 2024 WL 129071 (D.N.M. Jan. 11, 2024)

*United States v. Martin*, No. 6:20-CR-00047-01, 2024 WL 129337 (W.D. La. Jan. 11, 2024)

*United States v. Jones*, No. 23 CR 438, Dkt. 40 (N.D. Ill. Jan. 12, 2024)

*United States v. Golston*, No. 23 CR. 362 (AT), 2024 WL 149603 (S.D.N.Y. Jan. 12, 2024)

*United States v. Morgan Jr.,* No. CR 23-00174-01, 2024 WL 150340 (W.D. La. Jan. 12, 2024)

*United States v. Gipson*, No. 5:23-CR-00123-01, 2024 WL 150339 (W.D. La. Jan. 12, 2024)

*United States, v. Clubb,* No. 3:23-CR-30099-DWD, 2024 WL 167676 (S.D. Ill. Jan. 16, 2024)

*United States, v. Seals,* No. 3:23-CR-30098-DWD, 2024 WL 167675 (S.D. Ill. Jan. 16, 2024)

*United States, v. James,* No. 23 CR 345, 2024 WL 168119 (N.D. Ill. Jan. 16, 2024)

*United States v. Logan*, No. 1:23-CR-74-MOC, 2024 WL 202981 (W.D.N.C. Jan. 18, 2024)

*United States, v. Fowler*, No. 1:23-CR-165 (LMB), 2024 WL 197601 (E.D. Va. Jan. 18, 2024)

*United States v. Chisholm*, No. 23-CR-200 (NSR), 2024 WL 196711 (S.D.N.Y. Jan. 18, 2024)

*United States v. Cheathum,* No. 23-CR-27 (JPO), 2024 WL 196485 (S.D.N.Y. Jan. 18, 2024)

*United States v. Johnson*, No. 23-CR-10043-ADB, 2024 WL 199885 (D. Mass. Jan. 18, 2024)

*United States v. Reed*, No. CR 23-38, 2024 WL 196003 (E.D. La. Jan. 18, 2024)

*United States v. Phillips*, No. 21 CR 54, Dkt. 159 (N.D. Ill. Jan 19, 2024)

*United States, v. Seward*, No. 3:23CR55, 2024 WL 226403 (E.D. Va. Jan. 19, 2024)

*United States v. Nathan*, No. CR 23-174, 2024 WL 216926 (E.D. La. Jan. 19, 2024)

*United States v. Pettway,* No. 1:23-CR-138-TFM, 2024 WL 231843 (S.D. Ala. Jan. 22, 2024)

*United States v. Hernandez*, No. 1:22-CR-02088-SAB-1, 2024 WL 250782 (E.D. Wash. Jan. 23, 2024)

*United States, v. Kelley,* No. CR 23-267 (DWF/DJF), 2024 WL 264588 (D. Minn. Jan. 24, 2024)

*United States, v. Eaton,* No. 22-CR-30142-SPM, 2024 WL 263472 (S.D. Ill. Jan. 24, 2024)

*United States v. Foster*, No. 20-CR-00272, 2024 WL 263066 (N.D. Ill. Jan. 24, 2024)

*United States v. Payton*, No. 23-CR-192 (KMM/DLM), 2024 WL 261284 (D. Minn. Jan. 24, 2024)

*United States. v. Foster*, No. 23-CR-20464, 2024 WL 310189 (E.D. Mich. Jan. 26, 2024)

*United States v. DeGracia*, No. 23 CR 132, Dkt. 89 (N.D. Ill. Jan. 29, 2024)

*United States v. Butler*, No. 3:23-CR-85-GHD-RP, 2024 WL 322299 (N.D. Miss. Jan. 29, 2024)

*United States v. Underwood,* No. CR 23-49, 2024 WL 349724 (W.D. La. Jan. 29, 2024)

*United States v. Hairston*, No. 3:23-CR-00020-SVN, 2024 WL 326667 (D. Conn. Jan. 29, 2024)

*United States v. Owens*, No. 3:23CR145 (RCY), 2024 WL 346488 (E.D. Va. Jan. 30, 2024)

*United States v. Cowan*, No. 3:23-CR-00052, 2024 WL 347897 (M.D. Tenn. Jan. 30, 2024)

*United States v. Adame-Lopez*, No. 3:23-cr-00024-LRH-CLB, 2024 WL 343442 (D. Nev. Jan. 30, 2024)

*United States v. Freeman*, No. 23-20258, 2024 WL 348517 (E.D. Mich. Jan. 30, 2024)

*United States v. Jakups*, No. 3:21-CR-00216 (VAB), 2024 WL 361428 (D. Conn. Jan. 31, 2024)

*United States v. Gaskin*, No. 3:22-CR-98 (SRU), 2024 WL 381009 (D. Conn. Feb. 1, 2024)

*United States v. Richardson*, No. CR 23-200-1 (JDB), 2024 WL 402948 (D.D.C. Feb. 2, 2024)

*United States v. Sepulvado,* No. CR 23-00234-01, 2024 WL 454960 (W.D. La. Feb. 5, 2024)

*United States v. Craig,* No. CR 21-338, 2024 WL 449386 (W.D. Pa. Feb. 6, 2024)

*United States v. Pugh,* No. 2:21-CR-00451-ODW, 2024 WL 457139 (C.D. Cal. Feb. 6, 2024)

*United States, v. Davis*, No. 22-CR-210-JPS, 2024 WL 490581 (E.D. Wis. Feb. 8, 2024)

*United States v. Ortiz,* No. CR 23-506-KSM, 2024 WL 493423 (E.D. Pa. Feb. 8, 2024)

*United States v. Carson,* No. 1:23-CR-00058-MR-WCM, 2024 WL 500728 (W.D.N.C. Feb. 8, 2024)

*United States v. Hodsden*, No. 1:23-CR-00053-MR-WCM, 2024 WL 500727 (W.D.N.C. Feb. 8, 2024)

*United States v. Brown,* No. 1:23-CR-00075-MR-WCM, 2024 WL 500719 (W.D.N.C. Feb. 8, 2024)

*United States v. Williams,* No. 2:23 CR 34, 2024 WL 491146 (N.D. Ind. Feb. 8, 2024)

*United States v. Tyner*, No. 2:23-CR-13-PPS-JEM, 2024 WL 517828 (N.D. Ind. Feb. 9, 2024)

*United States v. Young*, No. CR 21-0019-01, 2024 WL 534955 (W.D. La. Feb. 9, 2024)

*United States v. Cockerham*, No. 5:21-CR-6-DCB-FKB-1, 2024 WL 554149 (S.D. Miss. Feb. 12, 2024)

*United States v. Wolford*, No. CR 3:23-00084, 2024 WL 580554 (S.D.W. Va. Feb. 13, 2024)

*United States v. Marshall*, No. 3:23-CR-30124-RAL, 2024 WL 584037 (D.S.D. Feb. 13, 2024)

*United States v. Perez*, No. CR 22-55-CFC, 2024 WL 579115 (D. Del. Feb. 13, 2024)

*United States v. Winters*, No. CR 22-112-CFC, 2024 WL 579077 (D. Del. Feb. 13, 2024)

*United States v. Gibson*, No. 23 CR 00483-1, 2024 WL 580059 (N.D. Ill. Feb. 13, 2024)

*United States v. Gates*, No. 7:22-CR-038, 2024 WL 625326 (W.D. Va. Feb. 14, 2024)

*United States v. Costigan*, No. 323CR00069TMBKFR, 2024 WL 623942 (D. Alaska Feb. 14, 2024)

*United States v. Jordan*, No. CR 23-00066-01, 2024 WL 666657 (W.D. La. Feb. 15, 2024)

*United States v. Hill*, No. CR 23-00172-01, 2024 WL 666652 (W.D. La. Feb. 15, 2024)

*United States v. Coswell*, No. CR 23-00246-01, 2024 WL 666651 (W.D. La. Feb. 15, 2024)

*United States v. Eason*, No. 1:22-CR-65-HAB, 2024 WL 639350 (N.D. Ind. Feb. 15, 2024)

*United States v. Williams*, No. 3:21-CR-34, 2024 WL 665851 (M.D. Pa. Feb. 16, 2024)

*United States v. Kemp*, No. 23-CR-20524, 2024 WL 665530 (E.D. Mich. Feb. 16, 2024)

*United States v. Wiley*, No. 3:23-CR-30052-DWD, 2024 WL 707263 (S.D. Ill. Feb. 21, 2024)

*United States v. Lee*, No. CR 22-195, 2024 WL 712866 (W.D. La. Feb. 21, 2024)

*United States v. Patillo*, No. 222CR00057JCMNJK, 2024 WL 709225 (D. Nev. Feb. 21, 2024)

*United States v. King*, No. 7:23-CR-00034, 2024 WL 765941 (W.D. Va. Feb. 22, 2024)

*United States v. Fields*, No. CV 21-458, 2024 WL 756948 (W.D. Pa. Feb. 23, 2024)

*United States v. Diggs*, No. 8:23-CR-114-SDM-CPT, 2024 WL 775243 (M.D. Fla. Feb. 26, 2024)

*United States v. Pickett*, No. 1:22-CR-00486, 2024 WL 779209 (E.D.N.Y. Feb. 26, 2024)

*United States v. Jones*, No. CR 21-472-RJC, 2024 WL 776470 (W.D. Pa. Feb. 26, 2024)

*United States v. Aramboles*, No. 23-CR-643 (AS), 2024 WL 813466 (S.D.N.Y. Feb. 27, 2024)

*United States v. Rice*, No. EP-22-CR-01727-FM, 2024 WL 844959 (W.D. Tex. Feb. 27, 2024)

*United States v. Pearl,* No. 1:23-CR-00469, 2024 WL 895318 (N.D. Ohio Feb. 28, 2024)

*United States v. Laureano,* No. 23-CR-12 (EP), 2024 WL 838887 (D.N.J. Feb. 28, 2024)

*United States v. Cartwright,* No. 1:22-CR-00081, 2024 WL 837030 (D.N.D. Feb. 28, 2024)

*United States v. Hopps,* No. 8:23-CR-135-SDM-TGW, 2024 WL 865930 (M.D. Fla. Feb. 29, 2024)

*United States v. Smith*, No. 2:23-CR-129 - 22, 2024 WL 896772 (W.D. Pa. Mar. 1, 2024)

*United States v. Lucas,* No. 5:22-CR-561, 2024 WL 895317 (N.D. Ohio Mar. 1, 2024)

*United States v. Guiden,* No. CR 23-00258, 2024 WL 897849 (W.D. La. Mar. 1, 2024)

*United States v. Head,* No. 5:23-CR-50147-RAL, 2024 WL 915849 (D.S.D. Mar. 4, 2024)

*United States v. Kartrell*, No. 23-CR-208 (MJD/ECW), 2024 WL 913308 (D. Minn. Mar. 4, 2024)

*United States v. Hollman,* No. CR 23-290 (JWB/TNL), 2024 WL 913220 (D. Minn. Mar. 4, 2024)

*United States v. Muhammed*, No. 22-CR-416, 2024 WL 943922 (E.D. Pa. Mar. 5, 2024)

*United States v. Selby*, No. 23 CR. 515 (AT), 2024 WL 967082 (S.D.N.Y. Mar. 5, 2024)

*United States v. Dean*, No. 22-CR-30117-SPM, 2024 WL 964675 (S.D. Ill. Mar. 6, 2024)

*United States v. Boone*, No. CR 22-233 (MAS), 2024 WL 965146 (D.N.J. Mar. 6, 2024)

*United States v. Harris*, No. CR 21-00247, 2024 WL 969702 (W.D. La. Mar. 6, 2024)

*United States v. Kinloch*, No. 2:21-CR-00612-RMG-1, 2024 WL 1014082 (D.S.C. Mar. 7, 2024)

*United States v. Pritchett*, No. CR 22-48 (MN), 2024 WL 1021082 (D. Del. Mar. 8, 2024)

*United States v. Bell,* No. 23 CR. 212 (JPC), 2024 WL 1020962 (S.D.N.Y. Mar. 8, 2024)

*United States v. Long*, No. 1:23-CR-635, 2024 WL 1051467 (N.D. Ohio Mar. 8, 2024)

*United States v. Perry*, No. 3:23-CR-163-HEH, 2024 WL 1054570 (E.D. Va. Mar. 11, 2024)

*United States v. Harris*, No. 23-CR-20396, 2024 WL 1052146 (S.D. Fla. Mar. 11, 2024)

*United States v. Drummond*, No. 6:23-CR-205-JA-LHP, 2024 WL 1075602 (M.D. Fla. Mar. 12, 2024)

*United States v. Brown*, No. 3:18-CR-117-KHJ-LGI, 2024 WL 1076250 (S.D. Miss. Mar. 12, 2024)

*United States v. Rivera*, No. 423CR00005WMRWEJ, 2024 WL 1095745 (N.D. Ga. Mar. 12, 2024)

*United States v. Thomas*, No. 2:22-CR-9-KHJ-MTP, 2024 WL 1097163 (S.D. Miss. Mar. 13, 2024)

*United States v. Branson*, No. 3:23-CR-61-KHJ-LGI, 2024 WL 1097156 (S.D. Miss. Mar. 13, 2024)

*United States v. Brown*, No. 3:22-CR-00385-IM-1, 2024 WL 1091578 (D. Or. Mar. 13, 2024)

*United States v. Berry*, No. 4:23-CR-503, 2024 WL 1141720 (N.D. Ohio Mar. 15, 2024)

*United States v. Ayers,* No. 20-CR-239 (BMC), 2024 WL 1158686 (E.D.N.Y. Mar. 18, 2024)

*United States v. Potts Jr.,* No. 3:23-CR-133-SA-RP, 2024 WL 1160306 (N.D. Miss. Mar. 18, 2024)

*United States v. Jackson,* No. 4:23-CR-62, 2024 WL 1160304 (N.D. Miss. Mar. 18, 2024)

*United States v. Carter,* No. CR 23-280, 2024 WL 1159278 (W.D. La. Mar. 18, 2024)

*United States v. Metcalf,* No. CR 23-281, 2024 WL 1159277 (W.D. La. Mar. 18, 2024)

*United States v. Henderson,* No. CR 24-19, 2024 WL 1159260 (W.D. La. Mar. 18, 2024)

*United States v. Latham,* No. CR 24-21, 2024 WL 1159255 (W.D. La. Mar. 18, 2024)

*United States v. Hymes,* No. 21-00304-01, 2024 WL 1179825 (W.D. La. Mar. 19, 2024)

*United States v. Garcia,* No. 2:23-CR-076-PPS-JEM, 2024 WL 1174045 (N.D. Ind. Mar. 19, 2024)

*United States v. Dat*, No. 8:22-CR-147, 2024 WL 1195330 (D. Neb. Mar. 20, 2024)

*United States v. Hensley*, No. 4:24-CR-043-P-1, 2024 WL 1198484 (N.D. Tex. Mar. 20, 2024)

*United States v. McNeil*, No. CR 23-00236-01, 2024 WL 1216725 (W.D. La. Mar. 21, 2024)

*United States v. Janvrin*, No. 23-CR-3026-LTS-KEM, 2024 WL 1251258 (N.D. Iowa Mar. 22, 2024)

*United States v. Jones*, No. CR 23-477, 2024 WL 1252342 (E.D. Pa. Mar. 22, 2024)

*United States v. Harris*, No. 2:23CR103, 2024 WL 1287619 (W.D. Pa. Mar. 26, 2024)

*United States v. Colbert,* No. 1:23-CR-00288, 2024 WL 1282711 (N.D. Ohio Mar. 26, 2024)

*United States v. Ibarra,* No. CV SA-24-CR-0027-XR, 2024 WL 1403083 (W.D. Tex. Mar. 27, 2024)

*United States v. Srader*, No. 22-00140-CR-W-HFS, 2024 WL 1308122 (W.D. Mo. Mar. 27, 2024)

*United States v. Pugh,* No. CR 23-219, 2024 WL 1333036 (E.D. Pa. Mar. 28, 2024)

*United States v. Salas,* No. 2:23-CR-00236-ODW-6, 2024 WL 1361796 (C.D. Cal. Mar. 29, 2024)

*United States v. Cook,* No. 3:24CR26 (RCY), 2024 WL 1395156 (E.D. Va. Apr. 1, 2024)

*United States v. Contreras,* No. 23-CR-185, 2024 WL 1366974 (E.D. Wis. Apr. 1, 2024)

*United States v. Rodriguez,* No. 6:23-CR-06173 EAW, 2024 WL 1363680 (W.D.N.Y. Apr. 1, 2024)

*United States v. Senna,* No. 2:21-CR-00022, 2024 WL 1415107 (D. Vt. Apr. 2, 2024)

*United States v. Darden,* No. CR 23-343, 2024 WL 1468330 (E.D. Pa. Apr. 3, 2024)

*United States v. Garcia,* No. 22-CR-1171-JCH, 2024 WL 1434742 (D.N.M. Apr. 3, 2024)

*United States v. Torres,* No. 8:23CR184, 2024 WL 1485420 (D. Neb. Apr. 5, 2024)

*United States v. Doucet,* No. 2:21-CR-00285 (01), 2024 WL 1496883 (W.D. La. Apr. 5, 2024)

*United States v. Young,* No. CR 22-01582-WJ, 2024 WL 1514178 (D.N.M. Apr. 8, 2024)

*United States v. Wilkinson,* No. CR 7:23-020-DCR, 2024 WL 1506825 (E.D. Ky. Apr. 8, 2024)

*United States v. Barwicks,* No. 20-CR-00563, 2024 WL 1521473 (N.D. Ill. Apr. 8, 2024)

*United States v. Wright,* No. 2:22-CR-55 JD, 2024 WL 1528641 (N.D. Ind. Apr. 9, 2024)

*United States v. Vanhorn,* No. 223CR271ACANAD1, 2024 WL 1543202 (N.D. Ala. Apr. 9, 2024)

*United States v. Cao,* No. CR22-0028JLR, 2024 WL 1533888 (W.D. Wash. Apr. 9, 2024)

*United States v. Williams,* No. 2:23-CR-59 JD, 2024 WL 1528653 (N.D. Ind. Apr. 9, 2024)

*United States v. Ortiz,* No. 3:22-CR-0020, 2024 WL 1554868 (D.V.I. Apr. 10, 2024)

*United States v. Pierce,* No. 3:23-CR-30046-DWD, 2024 WL 1554835 (S.D. Ill. Apr. 10, 2024)

*United States v. Torres,* No. 1:23-CR-00219-BLW, 2024 WL 1555399 (D. Idaho Apr. 10, 2024)

*United States v. Glass,* No. 4:24-CR-29-RDP-SGC, 2024 WL 1564774 (N.D. Ala. Apr. 10, 2024)

*United States v. Campbell,* No. 23-5358, 2024 WL 1579390 (W.D. Wash. Apr. 11, 2024)

*United States v. Williams,* No. 23CR690 (EP), 2024 WL 1604632 (D.N.J. Apr. 12, 2024)

*United States v. Greer,* No. CR 24-20, 2024 WL 1608014 (W.D. La. Apr. 12, 2024)

*United States v. Brown,* No. 1:23-CR-230-TFM, 2024 WL 1606070 (S.D. Ala. Apr. 12, 2024)

*United States v. Ford,* No. 4:24-CR-062-P-1, 2024 WL 1626975 (N.D. Tex. Apr. 15, 2024)

*United States v. Gaskey,* No. 24-CR-39-JDR, 2024 WL 1624846 (N.D. Okla. Apr. 15, 2024)

*United States v. Barlow,* No. 22-CR-0317-JFH-1, 2024 WL 1624694 (N.D. Okla. Apr. 15, 2024)

*United States v. Gibson,* No. 3:23-CR-329, 2024 WL 1619604 (N.D. Ohio Apr. 15, 2024)

*United States v. Teston,* No. CR 22-1400 JB, 2024 WL 1621512 (D.N.M. Apr. 15, 2024)

*United States v. Alvarez-Mora,* No. 323CR00006MMDCSD, 2024 WL 1638382 (D. Nev. Apr. 15, 2024)

*United States v. Bradshaw,* No. 8:23-CR-89-VMC-AEP-1, 2024 WL 1655402 (M.D. Fla. Apr. 17, 2024)

*United States v. Girty,* No. 24-CR-031-JFH, 2024 WL 1677718 (E.D. Okla. Apr. 17, 2024)

*United States v. Crawford,* No. 23 CRIM. 566 (LGS), 2024 WL 1657879 (S.D.N.Y. Apr. 17, 2024)

*United States v. Royal,* No. 3:24CR15 (RCY), 2024 WL 1683631 (E.D. Va. Apr. 18, 2024)

*United States v. Gomez,* No. 23-CR-311 (JGLC), 2024 WL 1704970 (S.D.N.Y. Apr. 18, 2024)

*United States v. Richards,* No. 1:23-CR-58, 2024 WL 1678942 (S.D. Ohio Apr. 18, 2024)

*United States v. Hargraves,* No. CR 22-91-GBW, 2024 WL 1675034 (D. Del. Apr. 18, 2024)

*United States v. Glover,* No. 23-CR-69 (JLS) (JJM), 2024 WL 1714908 (W.D.N.Y. Apr. 22, 2024)

*United States v. Carothers,* No. 3:20-CR-31-2, 2024 WL 1722521 (W.D. Pa. Apr. 22, 2024)

*United States v. Leslie,* No. CR 22-391, 2024 WL 1718062 (E.D. Pa. Apr. 22, 2024)

*United States v. Wright,* No. 8:23-CR-37-SDM-TGW, 2024 WL 1720847 (M.D. Fla. Apr. 22, 2024)

*United States v. Robillia,* No. 1:22-CR-162-LG-BWR, 2024 WL 1745064 (S.D. Miss. Apr. 23, 2024)

*United States v. Contreras*, No. 23-CR-185-JPS, 2024 WL 1740025 (E.D. Wis. Apr. 23, 2024)

*United States v. Hall,* No. 8:23-CR-131, 2024 WL 1760337 (D. Neb. Apr. 24, 2024)

*United States v. Williams,* No. 5:23-CR-590, 2024 WL 1765584 (N.D. Ohio Apr. 24, 2024)

*United States v. McKay,* No. 23 CR 443, 2024 WL 1767605 (N.D. Ill. Apr. 24, 2024)

*United States v. Then,* No. 24-CR-73 (JSR), 2024 WL 1809254 (S.D.N.Y. Apr. 25, 2024)

*United States v. Crews,* No. 3:24CR35, 2024 WL 1839461 (E.D. Va. Apr. 25, 2024)

*United States v. Ray,* No. 24-CR-03 (PJS/ECW), 2024 WL 1794405 (D. Minn. Apr. 25, 2024)

*United States v. Neal*, No. 23-CR-0141-BHL, 2024 WL 1794424 (E.D. Wis. Apr. 25, 2024)

*United States v. Grant,* No. 3:22-CR-00179 (KAD), 2024 WL 1798172 (D. Conn. Apr. 25, 2024)

*United States v. Lewis,* No. 223CR270AMMNAD1, 2024 WL 1837929 (N.D. Ala. Apr. 26, 2024)

*United States v. Deleon,* No. EP-22-CR-01580-DCG-1, 2024 WL 1839484 (W.D. Tex. Apr. 26, 2024)