IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>　　*Plaintiff,* )<br>　　　　v. )<br> )<br>**JEFF MCGRAW,** )<br>　　*Defendant.* ) | **23 CR 28**<br>**Honorable Edmond E. Chang** |

## STATUS REPORT

NOW COMES the Defendant, JEFF MCGRAW, by and through his attorney, YELENA A. DOLGOSHEEVA, and respectfully submits this status report in compliance with the Court's May 1, 2024 Order. R. 88. Counsel intends to proceed on motion to dismiss and file a reply in support of motion to dismiss by May 14, 2024.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　/s/Yelena A. Dolgosheeva

DolTer Law, P.C.
Mailing Address: P.O. Box 5382, Buffalo Grove, Illinois 60089
Telephone: 847-208-4348
Fax: 312-267-1810
E-mail: dolgosheeva2002@yahoo.com