IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| *Plaintiff,* | ) | |
| v. | ) | **23 CR 28** |
| | ) | **Honorable Edmond E. Chang** |
| **JEFF MCGRAW,** | ) | |
| *Defendant.* | ) | |

## STATUS REPORT

NOW COMES the Defendant, JEFF MCGRAW, by and through his attorney, YELENA A. DOLGOSHEEVA, and respectfully submits this status report in compliance with the Court's August 22, 2024 Order. R. 101. Mr. McGraw wishes to enter a plea of guilty to the pending charge pursuant to Plea Declaration and requests the Court to set a change of plea hearing.

Respectfully submitted,
/s/Yelena A. Dolgosheeva

DolTer Law, P.C.
Mailing Address: P.O. Box 5382, Buffalo Grove, Illinois 60089
Telephone: 847-208-4348
Fax: 312-267-1810
E-mail: dolgosheeva2002@yahoo.com