IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> Jeff McGraw, <br><br> Defendant(s). | Case No. 23 CR 28 <br> Judge Edmond E. Chang |

## ORDER

(1.) Change of plea hearing held. The Defendant is in custody and appeared with the assistance of counsel. Based on a plea declaration, Defendant McGraw entered a plea of guilty to Count One of the indictment. The Court found that the Defendant is competent, has had the assistance of counsel, understands the charges and the potential penalties, knows his trial rights, and is entering the plea voluntarily. There is a factual basis for the plea. The Court accepted the Defendant's plea of guilty to Count One. The Defendant also waived his right to a jury trial on the Forfeiture Allegation, and will not be contesting forfeiture. (2.) Local Criminal Rule 32.1(d) requires that, after a determination of guilt, "the attorney for the defendant and the defendant, unless in custody, shall report immediately to the probation department to begin the presentence investigation." The Defendant shall participate in an interview, if any, with the probation department, within 14 days after the determination of guilt. The case is referred to the Probation Office for preparation of the presentence report. As required by Local Rule 32.1(e), the government shall submit its version by 10/07/2024. Defendant must submit his version by 10/14/2024. (3.) After balancing the factors discussed in United States v. Peterson, 711 F.3d 770, 779 (7th Cir. 2013), the Court has decided to generally require the Probation Office to provide a copy of its Sentencing Recommendation to Defendant's counsel and to the government's counsel, and that requirement applies here. (4.) Any sentencing memoranda discussing 18 U.S.C. 3553(a) factors or objections to the presentence report must be filed (in one combined filing per side) on or before 12/06/2024. Any cross-responses to be filed by 12/13/2024. Sentencing set for 12/23/2024 at 10:00 a.m. (5.) The parties are alerted that the Court sets aside both substantial in-advance preparation time and substantial in-court time for sentencing hearings. Any motion to continue a sentencing must be made in writing, well in advance of sentencing, and must expressly set forth good cause for a continuance. (6.) Under Criminal Rule 32.2(b)(2)(B), if the government will be pursuing forfeiture, then the government must file the motion for preliminary order of forfeiture **at least 14 days** in advance of sentencing so that the Court may enter the preliminary order of forfeiture in advance of sentencing. (7.) The U.S. Marshal to produce the Defendant for sentencing.

(T:0:40)

Date: 9/23/2024

                                                         Edmond E. Chang
                                                         U.S. District Court Judge