# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| *Plaintiff,* ) | |
|     **v.** ) | **23 CR 28** |
| ) | **Honorable Edmond E. Chang** |
| **JEFF MCGRAW,** ) | |
| *Defendant.* ) | |

## MOTION FOR LEAVE TO FILE EX PARTE MOTION UNDER SEAL

NOW COMES the defendant, Jeff McGraw, by and through his attorney, Yelena A. Dolgosheeva, and respectfully requests this Honorable Court for order permitting defendant to file ex parte motion under seal wherein defendant will request authorization and preapproval of payment under the Criminal Justice Act.

                                                                        Respectfully submitted,
                                                                         /s/ Yelena A. Dolgosheeva

DolTer Law, P.C.
Mailing Address: P.O. Box 5382, Buffalo Grove, Illinois 60089
Telephone: 847-208-4348
Fax: 312-267-1810
E-mail: dolgosheeva2002@yahoo.com