**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                  Case No.: 1:23−cr−00028
                                                               Honorable Edmond E. Chang

Jeff McGraw
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 19, 2024:

      MINUTE entry before the Honorable Edmond E. Chang as to Jeff McGraw: Counsel for the Defendant emailed the courtroom deputy, with government's counsel copied, to request a continuance of the 12/23/2024 sentencing hearing. Defense counsel reported reviewing over 3,000 pages of records but has pending records requests with several facilities. The continuance request is granted, but the Defendant shall serve subpoenas and follow up as needed (including ask for court action if needed) to ensure timely receipt of records. Without objection, sentencing set for 12/23/2024 is reset to 01/23/2025 at 12:15 p.m. Any sentencing memoranda discussing 18 U.S.C. 3553(a) factors or objections to the presentence report must be filed (in one combined filing per side) on or before 01/07/2025. Any cross−responses to be filed by 01/14/2025. The U.S. Marshal to produce the Defendant for sentencing. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.