IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | **23 CR 28** |
| | ) | **Honorable Edmond E. Chang** |
| JEFF MCGRAW, | ) | |
| *Defendant.* | ) | |

## APPOINTED COUNSEL'S SECOND MOTION TO WITHDRAW

NOW COMES YELENA A. DOLGOSHEEVA, appointed to represent Defendant JEFF MCGRAW under the Criminal Justice Act, and respectfully moves this Honorable Court to grant her leave to withdraw. On December 3, 2024, Mr. McGraw requested counsel once again to immediately file a motion requesting Court's permission for counsel to withdraw from his case.

Respectfully submitted,
/s/Yelena A. Dolgosheeva

DolTer Law, P.C.
Mailing Address: P.O. Box 5382, Buffalo Grove, Illinois 60089
Telephone: 847-208-4348
Fax: 312-267-1810
E-mail: dolgosheeva2002@yahoo.com