## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| *Plaintiff,* ) | |
| v. ) | **23 CR 28** |
| ) | **Honorable Edmond E. Chang** |
| **JEFF MCGRAW,** ) | |
| *Defendant.* ) | |

TO:    Jimmy L. Arcy
        Assistant U.S. Attorney
        The United States Attorney's Office
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604

### RE-NOTICE OF APPOINTED COUNSEL'S SECOND MOTION TO WITHDRAW

**PLEASE TAKE NOTICE** that on December 26, 2024, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Edmond E. Chang, or judge sitting in his stead, in Courtroom 2341 of the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present Appointed Counsel's Second Motion to Withdraw.

                                                                                 /s/Yelena A. Dolgosheeva

DolTer Law, P.C.
Mailing Address: P.O. Box 5382, Buffalo Grove, Illinois 60089
Telephone: 847-208-4348
Fax: 312-267-1810
E-mail: dolgosheeva2002@yahoo.com