**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | **23 CR 28** |
| | ) | **Honorable Edmond E. Chang** |
| **JEFF MCGRAW** | ) | |

## MOTION FOR LEAVE TO FILE TWO GRAND JURY TRANSCRIPTS UNDER SEAL

NOW COMES the defendant, JEFF McGRAW, by and through his attorney, YELENA A. DOLGOSHEEVA, and respectfully requests this Honorable Court's leave to file two Exhibits, namely Grand Jury Transcripts, to Defendant's Corrections and Objections to Presentence Investigations Report and Sentencing Memorandum, due on January 27, 2025, under seal.

Respectfully submitted,
/s/Yelena A. Dolgosheeva

DolTer Law, P.C.
Mailing Address: P.O. Box 5382, Buffalo Grove, Illinois 60089
Telephone: 847-208-4348
Fax: 312-267-1810
E-mail: dolgosheeva2002@yahoo.com