# EXHIBIT 3

## Supplemental Narrative
Name: BELLO C
Date: 17:26:07 05/04/15

REF: On scene interview of Elvis Daley

OFFENSE: Aggravated Battery

LOCATION: 1658 Downs Dr

FROM: T/Ofc Bello #202

In summary, while on scene of 1658 Downs Dr in reference to an aggravated battery I was approached by witness Elvis Daley. Daley advised me that two female blacks whom he was pointing out to me who just left the scene were possibly involved. He further advised that he observed these two females with the male black that he observed running out of the silver Nissan Altima without plates with a gun. Daley then pointed to the male black gunshot victim that was being placed onto the stretcher wearing black pants and a white t shirt and stated to me that he was the male he seen running out of the silver Nissan with a black gun in his hand. He stated that when he ran out of the vehicle holding the gun he went in between the houses of 1658 and 1654 Downs and he immediately heard gunshots between those buildings.

I then radioed to Ofc. Lafave #242 who was dealing with a related situation west of the location to detain the two females who were heading towards her which with the assistance of other officers and myself was able to do so. Prior to being approached by witness Daley I did observe the two females detained at the scene with the two victims tending to them.

Witness Elvis Daley provided me with the following information

Elvis L Daley

Chicago Il

11/07/24

Incident Report for 15-16867

## Supplemental Narrative

Name: xxHYNEK R

Date: 14:29:14 05/04/15

REF: Traffic Stop of black Nissan Altima and Show Up, Case #15-16867

OFFENSE: Agg. Battery with Firearm

LOCATION: Downs & Luella

FROM: Ofc. Robert Hynek #157

I, Officer Robert Hynek #157, heard a dispatch of shots fired in the area of 1662 Patricia Pl, where two victims were shot. I advised C.C.P.D. Dispatch that I was finishing a detail at Calumet City Hall and that I would respond until other units that were working day shift could respond to the scene. While responding to the scene officers were advised that a silver Nissan Altima was involved in this shooting. As I approached the scene, I observed a silver Nissan Altima matching the description e/b at the intersection of Downs & Luella.

I conducted a traffic stop on this vehicle in front of 1686 Downs. After stopping this vehicle, I advised Dispatch that the Nissan was bearing Illinois license plate #S936066. The front passenger seat subject attempted to exit the vehicle and fearing that this subject may be armed, I verbally ordered him to get back into the vehicle and I requested that more units respond to this location.

After officers arrived at my location, a felony vehicle stop was conducted. I and assisting officers had three subjects exit this vehicle. The driver of the silver Nissan was later identified as Dorothy Young. The front seat passenger was identified as Jeff McGraw and rear passenger side passenger was identified as Rakeem Wilton. All three subjects were placed into separate patrol vehicles at the scene. Officers stayed with this vehicle until it was later towed to C.C.P.D. for processing.

I was advised by Sergeant Perz #64, to use my patrol vehicle for a show up with Witness, Miranda Henderson. Sergeant Perz and Henderson entered the rear of my patrol vehicle and I drove to Dolton Rd & Luella. Henderson advised and positively identified the following suspects;

1. The female with the glasses and wearing the red coat as the driver of the silver Nissan Altima when it was parked at 1658 Downs, where the shooting took place.

    2. The male with the red, white amd blue shirt as the subject who was standing next to the passenger side rear of the silver Nissan when it was parked at 1658 Downs. After the shooting this subject entered the silver Nissan Altima and drove n/b on Downs from the scene.

    3. The female with the black boots as the subject who was at 1658 Downs, who took a gun from the subject with the red hair and also picked up a gun from the ground where the victim with "the red shirt" was laying on the ground. This subject then took both guns and threw them into the rear drivers side door of the silver Nissan Altima.

    4. The female with "red hair" as the subject who was at 1658 Downs

11/07/24

standing over the victim that was wearing a white shirt and was pointing a handgun at him and repeatedly pulling the trigger. Henderson also advised that this subject went to the victim with the white shirt after and tried to pick him up and then stated "now we have to take him to the hospital" as she was speaking to the female with the black boots.

As I drove Henderson to where the silver Nissan Altima was parked, she stated that she observed that the Nissan had a dark colored "bullet hole" in the drivers front door. Henderson positively identified the silver Nissan Altima bearing Illinois #S936066 as to being the vehicle at 1658 Downs at the time of the shooting and also leaving the scene after the two guns were thrown into the rear passenger side door by the female with the black boots.