# EXHIBIT 6

1-11-2025

Dear Honorable Judge,

Happy New Year.

My name is Estrellita Starr Mares- Harris, and I am writing to you in my capacity as an aunt, is what I like to be considered to advocate for Jeff McGraw, whom I have known for more than 13 years. It is an honor to vouch for Jeff's character and integrity in my time knowing him.

Judge I am aware of the Court proceedings and hope that Jeff is given a fair chance and Sentenced to the least amount of time his charges hold.

I like to start off by explaining that I met Jeff when he was about 18 years young. Jeff was a young man who needed direction in life in which could have helped his character, build a strong mind and develop integrity when making better decisions. However, he was faced with a lot of challenges in his life including being a victim as a youth in experiencing death, domestic violence, single mother household, low income and living in a dangerous neighborhood. Through the years, I have observed Jeff to live life like he knew best and unfortunately, his decisions, hindered his mental development and learned behaviors that later will affect him in life.

Your Honor, Jeff grew up in the Chicago land area where we like to call it "Our kind of town Chicago"; despite the high criminal activity, drugs, gang infested and increased of violence in his neighborhood, were all obstacles that Jeff had to face and adapt to in his home environment.

Judge as you know, Jeff was incarcerated from the age of 21 until the age of 28 years old. When he was released in April 2022, I observed Jeff to be developing a sense of belonging and family unity. Some examples are as follows, we invited Jeff to our family reunion and he and his cousin attended and had a great time. I have attached a picture below……

Again, we invited Jeff to my cousin's wedding and he and his cousin attended and enjoyed themselves. We taught Jeff how to dance Mexican music and he really enjoyed it. I have attached a picture below….

Shortly after his release in 2022, Jeff surprisedly visited us when we lived in our first home in Buffalo Grove, Illinois, in the Northwest Suburbs. I remember he also brought his daughter over while my husband and myself were watching a movie, where there was a scene of a couple yelling at each other. As a result, Jeff told his daughter to cover her ears. I picked up on what he was intending to do is that he was assuring she is not

exposed to any type of violence that has hindered him in the past. I loved that Jeff was serving as a protector and protecting his daughter in doing so.

My last example that I would like the Court to be aware of is that I have observed Jeff change for the better and becoming a responsible young citizen and parent. The examples, I have provided above has proven that he was developing a sense of belonging, respect for others and family unity. As we know, these are factors that he was and will be developing when the time is right.

Jeff's talented music skills will assist his financial status once he is released and will be able to provide for his family. Jeff will make comments that would put his children first and make it a priority that they know that their father is working hard and trying to provide them with a safer environment.

In closing, your honor, I am pleading that you consider all of Jeff's childhood trauma, environmental crisis, death and underlying conditions that have created his character that he is today. In addition, the Jeff that was released in April 2022 was making a positive change in his life that was reflecting in his behavior and in the pictures provided above. Lastly. I am hoping that the Court provide Jeff with the services that will help him become a productive citizen and a better parent when he is released. We will continue to provide my nephew support the best that we can because that is what family does.

Sincerely,

Estrellita Mares Jeff's aunt , Stephen Harris uncle

Former Juvenile Probation Officer

Currently, Child Protection Investigator