# EXHIBIT 8

## Fw: Character letter

From: Maryam Malone (mmchildcareservice@yahoo.com)
To: dolgosheeva2002@yahoo.com
Date: Tuesday, January 14, 2025 at 12:20 PM CST

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Thursday, January 9, 2025, 9:30 PM, Robert Bowen <rbgada88@gmail.com> wrote:

Dear judge,

My name is Robert Bowen. The reason for this letter is to speak on the behalf of Jeff McGraw, My little brother. Jeff is a genuinely good person I watched him grow up with my own eyes. He's been through a lot in his life at a young age. Where were from at the time no one around us understood nor really heard of mental health and I say that to say Jeff McGraw My little brother has trauma that's been untreated or understood until recently at an adult age. At 12 Jeff live with his grandmother for a while. When Jeff was gone his grandmother was murdered in her home. That really traumatized Jeff he blamed his self and sometimes still do but he needed to talk with someone professionally but we never new anything about therapy or where to even get it. He was different after that but still funny loving and dedicated. A few years after his grandmother Jeff need a male figure to give him a proper guidance his dad was around until the incident with his grandmother which is his dad's mother. His dad was just as traumatized and things changed with there relationship. I should have been a better role model but I neglected him too because I had my own life I was living which I regret. A few years later Jeff was shot right next to me. I saw his face and demeanor he was afraid. He said he's getting his self together so he can be around to help our mother and his family and he started to take those steps. His nieces and nephews and little cousins love him he motivates them and his children to go to school and work hard at there goal and even reward them for there achievements A good family man. That incident traumatized him but still untreated. He was shot a second time multiple times. I saw him in the hospital that time he didn't look scared it's was something different. Still untreated therapy but that time is saw the growth I saw the change he spoke of. Jeff my little brother is really loved and missed. I'm a grown man now and we had a conversation and I understood him and why a lot of decisions he's made was due to pass truma which I made him realize. His willingness to change and learn and seek God let's me know that he's grown into a man as well. Judge I'm not saying my brother is perfect but he's no animal I believe he's rehabilitated and working everyday to stay on a positive path so he can get back home to his love ones and show them this new man. I believe in if you keep doing what you're doing you keep getting what you get and I know he does as well now.

I moved out of state years ago and now I'm starting my business which he motivated me to do and I would love for him to see the progress and also give a hand. With that being said judge. I ask that you please show leniency to my little brother Jeff McGraw and I believe whole heartedly you will not regret your decision. We have plans to do great things for our family and community and I pray we get the chance to do so together soon. What ever decision is made I appreciate you taking the time to read my words. Thank you.