# EXHIBIT 9

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: MCGRAW, JEFF
Patient Type: Visit CHS
Birth Date:
Gender: Male

Admission Date: 5/7/2015
Discharge Date: 8/30/2019
FIN: 20150507039

MRN: 00645773z; 004278201c

CMRN: 1009779108

### Restricted Documents

Subjective Observation
MH Face to Face Time Spent with Patient: 10-15 minutes
Topics Discussed During Visit: Coping skills, How to contact MH, Positive thinking
Session Participants: Patient

History of Present Illness
Pt seen in D9 by this writer in terms of IAHI submittal stating "Death in Family." Pt presents with green jumper. He is observed to be calm and cooperative. Pt states "My little cousin just got killed yesterday. He was only thirteen." Pt recalls receiving the news from family members on the phone. Pt endorses their continued supportiveness. Pt is provided with brief bereavement counseling, encouragement and supportive therapy. Pt is able to self advocate. Pt is a+Ox4, denies SI, HI, a/VH, no distress observed, future orientation exhibited "I beat my murder cases and now it's just an attempt murder left. I'm hoping to beat it too." Pt made aware of upcoming psychiatric appointment. He is able to return to housing as he is appropriate for the setting.

Objective Observation
Hallucinations Present: None

Mental Status Exam
**Mental Status Exam**
Sensorium
Orientation Assessment: Oriented x 4
Level of Consciousness1: Alert
Objective Observation
Hallucinations Present: None
Appearance (JTDC): Appropriate
Eye contact MH: Good
Demeanor: Cooperative
CHS Psychomotor Behavior: No problem identified
CHS Speech: No problem identified
Speech Rate: No problem identified
CHS Speech Volume: No problem identified
CHS Speech Rhythm: No problem identified
CHS Speech Amount: No problem identified
Affect: Calm
CHS Affect Range: Broad
CHS Affect Congruence: Congruent with thought content
CHS Mood: No disturbance
CHS Delusions: No problem identified
CHS Thought Process: No problem identified
CHS Highest Level of Education: General Education Development

Suicide Risk Screen
Suicide Risk Screen
Detainee's most serious charge(s).: murder / attempt murder
Detainee may be a suicide risk: No
EMR/Cerner reviewed for Serious Suicide: Yes
Detainee has experienced a significant: No

**Medications**
acetaminophen 325 mg oral tablet, 650 MG= 2 TAB, PO, Q 4 Hr, PRN
Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter, 2 PUFF, Inhalation, QID kop, PRN
amLODIPine, 10 MG= 1 TAB, PO, Daily
bictegravir/emtricitabine/tenofovir (Biktarvy) 50 mg-200 mg-25 mg oral tablet, 1 TAB, PO, Bedtime
chlorhexidine topical 0.12% liquid (oral rinse), 15 mL, Swish and Spit, BID
divalproex sodium 500 mg oral delayed release tablet, 500 MG= 1 TAB, PO, Q 12 Hr
gabapentin, 200 MG= 2 CAP, PO, BID
hydroCHLOROthiazide, 25 MG= 1 TAB, PO, Daily
naproxen, 500 MG= 1 TAB, PO, Q 12 Hr, PRN
prazosin, 2 MG= 2 CAP, PO, Bedtime
Sodium Chloride 0.9% - Fluid Bolus, 1000 mL, IVPB, Once
sulfamethoxazole-trimethoprim 800 mg-160 mg DS tablet, 1 TAB, PO, Q 12 Hr
traZODone, 200 MG= 2 TAB, PO, Bedtime
venlafaxine, 150 MG= 2 TAB, PO, Q 12 Hr
ziprasidone, 40 MG= 1 CAP, PO, Q 12 Hr

**Allergies**
No Known Allergies

Report Request ID: 275003139

Page 32 of 1,011

Facility: CHS
Location: RCDC

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

5CDA9DDE1BDC46779196, MCGRAW, 1947

P. 1

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: MCGRAW, JEFF
Patient Type:   Visit CHS
Birth Date:         - - -
Gender: Male

Admission Date:    5/7/2015
Discharge Date:    8/30/2019
FIN: 20150507039

MRN: 00645773z; 004278201c

CMRN: 1009779108

---

### Restricted Documents

*Plan - MH :*  Other: Pt. was cleared to remain in current living.

GOODFRIEND, HIROKO - 08/21/2015 11:08
(As Of: 08/21/2015 11:15:34 CDT)

Problems(Active)

Kidney stone (SNOMED CT
:158296018 )

*Name of Problem:*  Kidney stone ; *Recorder:*  SKRIVAN PA-C,
PAUL A; *Confirmation:*  Confirmed ; *Classification:*  Medical ;
*Code:*  158296018 ; *Contributor System:*  PowerChart ; *Last
Updated:*  1/5/2015 17:16 ; *Life Cycle Status:*  Active ;
*Responsible Provider:*  SKRIVAN PA-C, PAUL A; *Vocabulary:*
SNOMED CT

UTI (lower urinary tract
infection) (SNOMED CT
:8683012 )

*Name of Problem:*  UTI (lower urinary tract infection) ;
*Recorder:*  SKRIVAN PA-C, PAUL A; *Confirmation:*  Probable ;
*Classification:*  Medical ; *Code:*  8683012 ; *Contributor System:*
PowerChart ; *Last Updated:*  1/5/2015 17:17 ; *Life Cycle
Status:*  Active ; *Responsible Provider:*  SKRIVAN PA-C, PAUL
A; *Vocabulary:*  SNOMED CT

---

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

MH Treatment Plan CHS
8/22/2015 02:02 CDT
Auth (Verified)
JACOBOWSKI,KATIE A (8/22/2015 02:02 CDT)
JACOBOWSKI,KATIE A (8/22/2015 02:02 CDT)

**Mental Health Admission/Progress Note Entered On: 08/22/2015 02:06
Performed On: 08/22/2015 02:02 by JACOBOWSKI, KATIE A**

### Mental Health Admission/Progress Note

*Subjective Observation :*  Received email from Dr. Jones via Dr. Kelner stating: "Please inform staff [DOC] to refer the inmate
below for a mental health assessment. His mother left a voicemail and stated she informed him that his uncle was killed this
week. Staff will need to indicate the reasons for the assessment on the interagency form." Pt. a 21 year-old, AA male, referred
from Division 10 per IAHI ("Email sent by mother that the uncle of McGraw was killed. Psych eval"). Incarcerated since
5/7/15. Presented via telehealth as alert, oriented x 4, appropriate affect, endorsed a "feeling really down" mood, calm and
cooperative demeanor, appropriately groomed. Expressed himself in a coherent and lucid manner. No evidence of a thought
disorder or perceptual disturbances, no overt psychotic symptoms noted - denied SI, HI, AVH at this time. Denied psychiatric
hx including suicide attempts/self-harm behaviors. Pt. reported feeling suicidal a few days ago when he first learned of his
uncle's death, but stated he talked to his cellie and no longer felt suicidal. Pt. denied having a plan for harming self. Pt.
reported having panic attacks citing "hands shaking, tightness in my chest." Pt. states he takes deep breaths and counts
backwards when this happens. Pt. reported he has court next week and is supposed to be bonded out so he can attend the

Report Request ID:  275003135

Page 10 of 200

Facility:  CHS
Location:  RCDC

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby
notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this
communication in error, please notify the appropriate party immediately.

5CDA9DDE1BDC46779196, MCGRAW, 139

P. 2

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: MCGRAW, JEFF
Patient Type:   Visit CHS
Birth Date:
Gender: Male

Admission Date:     5/7/2015
Discharge Date:     8/30/2019
FIN: 20150507039

MRN: 00645773z; 004278201c

CMRN: 1009779108

---

## Restricted Documents

VALCO, JESSICA - 07/14/2015 12:40
(As Of: 07/14/2015 12:45:56 CDT)

Problems(Active)

Kidney stone (SNOMED CT
:158296018 )

*Name of Problem:* Kidney stone ; *Recorder:* SKRIVAN PA-C,
PAUL A; *Confirmation:* Confirmed ; *Classification:* Medical ;
*Code:* 158296018 ; *Contributor System:* PowerChart ; *Last
Updated:* 1/5/2015 17:16 ; *Life Cycle Status:* Active ;
*Responsible Provider:* SKRIVAN PA-C, PAUL A; *Vocabulary:*
SNOMED CT

UTI (lower urinary tract
infection) (SNOMED CT
:8683012 )

*Name of Problem:* UTI (lower urinary tract infection) ;
*Recorder:* SKRIVAN PA-C, PAUL A; *Confirmation:* Probable ;
*Classification:* Medical ; *Code:* 8683012 ; *Contributor System:*
PowerChart ; *Last Updated:* 1/5/2015 17:17 ; *Life Cycle
Status:* Active ; *Responsible Provider:* SKRIVAN PA-C, PAUL
A; *Vocabulary:* SNOMED CT

---

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

MH Treatment Plan CHS
8/21/2015 11:08 CDT
Auth (Verified)
GOODFRIEND,HIROKO (8/21/2015 11:08 CDT)
GOODFRIEND,HIROKO (8/21/2015 11:08 CDT)

**Mental Health Admission/Progress Note Entered On: 08/21/2015 11:15
Performed On: 08/21/2015 11:08 by GOODFRIEND, HIROKO**

## Mental Health Admission/Progress Note

*Subjective Observation :* Patient was seen in Div10 1D with a referral from a CRW. According to CRW, patient was informed
that his family member passed away two nights ago and his family is concerned about his well-being. Patient reports that his
uncle was "robbed and killed" and he feels "angry" about what happened. Current thoughts of harming/killing himself as well
as past suicide attempt are denied. Patient appears to be sad but remains focused, calm & cooperative during the interview.
Supportive counseling was provided, and spirituality was discussed. Patient was educated on HSR process and is to seek for
support as needed. Patient is to remain in current living.
*Medication Complicance :* N/A
*Side effects to medication :* N/A
*MH Appetite :* Good
*Weight Change :* No change
*MH Sleep :* No change
*General Hygiene :* Fair

Report Request ID:  275003135

Page 8 of 200

Facility:  CHS
Location:  RCDC

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby
notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this
communication in error, please notify the appropriate party immediately.

5CDA9DDE1BDC46779196, MCGRAW, 137

P. 3

* Auth (Verified) *

# Chicago Fire Department Incident # : 122312192

3510 S.Michigan Ave. (312) 745-4200   Chicago, IL 60616 Patient: JEFF MCGRAW

PAGE 1

| INCIDENT | | PATIENT | DATES/TIMES | |
|---|---|---|---|---|
| Incident # | 122312192 | Patient Name: JEFF MCGRAW | Dispatched | 22:33, 08/18/2012 |
| Incident Type | GUN SHOT VICTIM | Sex: M  DOB:          Age: 18YR | Enroute | 22:33 |
| Address | 3800 S PRINCETON | Weight:      Race: Afric___ .merican | At Scene | 22:38 |
| City.St.Zip | CHICAGO, IL, | Address: | At Patient | 22:40 |
| Loc.Type | CITY STREET | City.St.Zip CHICAGO, I.L | Departed Scene 23:19 | |
| Loc.UponDisp | QUARTERS | SSN: - - | At Destination | |
| Status | EMERGENCY | Resp Party Name: MCGRAW | In Service | |
| Agency/Unit | CFD / A36 | Resp Party Addr: | At Quarters | |
| Shift/Veh | EMS 2 / | Witness/Guardian: DURKIN, IIR PtRep onw/una | | |
| Skillset | ALS | | | |
| Hosp Order# | 2 | | | |
| Crew | | | | |
| JOHN DURKIN, 14041, AMBCMDR AC/PIC | | | | |
| RICARDO JR. MONTIEL, 20525, P FPM | | | | |

## Hx PRESENT

| Subject | Description / Details |
|---|---|
| CAUSE | GSW; |
| COMPLAINT | ARM GSW AOTH ARMS RIGHT THIGH RIGHT LOWER CHEST; |
| SYMPTOMS | ANXIOUS; |

PATIENT F FOUND ON STREET MULTIPLE GSW TO BOTH ARMS. RIGHT THIGH, RIGHT LOWER CHEST, AND STAB
WOUND TO BACK SHOULDER AREA. ALS CARE PROVIDED AND TRANSPORTED. CPD ON SCENE FOR CROWD AND
RIOT CONTROL. AMBULANCE BEING ATTACKED BY BY-STANDER'S AT SCENE. TRAUMA ALERT TO STROGERS.
PATIENT HISTORY OF ASTHMA. NO FURTHER HISTORY AVAILABLE. ALL TIMES OF EVENTS ARE NOT ACCURATE.

## Hx PAST

| Subject | Description / Details |
|---|---|
| ALLERGIES | UNKNOWN; |
| MEDS | NONE; NONE; NONE; NONE; UNKNOWN; |
| PREEXIST | NONE: ASTHMA; |

## FINDINGS

| Subject | Description / Details |
|---|---|
| IMPRESSION | GSW; |
| PHYSICAL | MULTIPLE GSW BOTH ARMS RIGHT THIGH GRAZE WOUND TO RIGHT CHEST; |

## CARE EVENTS

| Time | Subject | Description/Details | | | | | |
|---|---|---|---|---|---|---|---|
| | | BP | P | R | Sp02 | Pos | |
| 22:56 | LOC | ORIENTATION ORIENTED X 3, AVPU ALERT | | | | | |
| 22:56 | AIRWAY | STATUS PATENT | | | | | |
| 22:56 | BREATH | QUALITY NON-LABORED, (R) LS CLEAR. (L) LS CLEAR. CHEST WALL. EXPANSION EQUAL EXPANSION | | | | | |
| 22:56 | CIRCUL | STATUS PRESENT, SITE RADIAL..STRENGTH BOUNDING, REGULARITY REGULAR, CAP. REFILL NORMAL (< 2 sec) | | | | | |
| 22:56 | GCS | SCORE 15.EYES 4-SPONTANEOUS.VERBAL 5-ORIENTED.MOTOR 6-OBEYS COMMANDS | | | | | |
| 22:56 | SKIN | TEMP NORMAL, COLOR NORMAL. MOISTURE NORMAL | | | | | |
| 22:56 | EYES | (R) REACTIVITY REACTIVE. (L) REACTIVITY REACTIVE. | | | | | |
| 22:56 | NEURO | FACIAL DROOP NONE, ARM DRIFT NONE. SPEECH NORMAL, GRIPS STRONG - BILATERAL | | | | | |
| 22:56 | VITALS | | 148 | 22 | 100% WITHO2 | | |
| 23:00 | TREATMENT | OXYGEN, INDICATION: TRAUMA CARE, TX AUTHORIZATION: SMO'S, DELIVERED BY: NRB MASK, FLOW RATE: 25 LPM. PROVIDER: DURKIN J | | | | | |
| 23:00 | TREATMENT | ECG, RESULTING RHYTHM: SINUS TACHYCARDIA. PROVIDER: DURKIN J | | | | | |
| 23:01 | TREATMENT | IV ACCESS, INDICATION: TRAUMA CARE, TX AUTHORIZATION: SMO'S, DEVICE: IV CATHETER. GAUGE: 14, SITE: (R) AC, RESULT: SUCCESSFUL, FLUID: NORMAL SALINE, RATE: WIDE OPEN, VOLUME INFUSED: 1000CC, PROVIDER: MONTIEL R | | | | | |

00645773z; 004278201c
0719672693

* Auth (Verified) *

**John H. Stroger, Jr. Hospital of Cook County**
1901 W. Harrison St., Chicago, Illinois 60612-9985, Telephone 312/864-6000

**PAGE 3/4**

BURN / WOUND DIAGRAM    (0 05V·S



PERCENT
SURFACE AREA BURN_____

**LABORATORY RESULTS**



ABG    pH    PCO2    P02    HCO3    O2 Sat    FIO2

U /A_____

ETOH LEVEL_____    Ser OSMOLS_____

TOXICOLOGY SCREEN_____

ECG RESULT_____

ADDITIONAL LABS_____

**RADIOLOGY RESULTS**
PLAIN XRAY                          SPECIALS
___ C SPINE_____             ___ CT HEAD_____
_α_ CXR_____             _K_ CT ABDO_____
_α_ PELVIS_____             ___ ARCH_____
___ T L S_____             ___ ABD U/S_____
___ ETREMITIES_____            ___ ECHO_____
___ FACE_____             ___ IVP / CYSTOGRAM
_½_ OTHER KUB?                   ___ OTHER_____

**PROCEDURES** ~~A Chest refused~~
_X_ DPL :    TAP +(-)    CELL COUNT :    RBC 53    WBC 17
___ CHEST TUBES    LEFT / RIGHT / BILATERAL    (? FILLED OUT DATA SHEETS)
___ ED THORACOTOMY    LEFT / RIGHT / BILATERAL
___ INTUBATION / CRICOTHYROIDOTOMY
    ET / TRACH SIZE_____
    VENT SETTINGS  MODE / RATE_____ VT_____ FIO2 / PEEP_____

    INTUBATION DRUGS_____
    _____    _____IMPRINT PLATE_____

FORM: F-958 REVISED NOV 12 98

CK P/M MCGRAW, JEFF
~Age-18 Y  FC-institutional    08/18/12
893 SHCC Trauma MR# 4851965

88471C4D0EFC439AB2C0, MCGRAW, 99
P. 5    Page 20 of 37

**ADVOCATE CHRIST MEDICAL CENTER**
4440 West 95th Street
Oak Lawn, IL 60453-2600

**ADVOCATE CHILDREN'S HOSPITAL**
Oak Lawn Campus

## History and Physical Documentation

**Attachment(s):**
**6/14/2013 16:42 CDT**



**Addendum by FORT-MD, BRIAN on 14 June 2013 17:33**
ABI: L: 150/150 = 1, R 150/150 = 1

### ED Trauma Note - AHC

Patient: **DOE, IRMIN**    MRN: CMC-001401225    FIN: 556217206
Age: **19 years**   Sex: **MALE**   DOB: **01/01/94**
Associated Diagnoses: **Open wound of buttock**
Author: **FORT-MD, BRIAN**

**Trauma History**
Time Seen: Date & time 06/14/13 16:42:00.
History Source: patient.
Arrival Mode: Ambulance.

**History of Injury**
Trauma team activated.
19 yo M w/ no pmh presenting with multiple GSW. Pt was sitting in car when shot. heard 6 gun shots. Pt has 2 wounds L anterior thigh, 1 wound R buttock, 1 wound R posterior lateral thigh, 1 wound L buttock, 1 wound, 1 wound L posterior thigh. pt is neurovascularly intact distal to wounds b/l. no sob, no cp..

**Airway**
On arrival airway is: intact.

**Breathing**
Breathing is: spontaneous.
Breath sounds are: equal bilaterally.

**Circulation**
Palpable pulses present: cartoid (right 2+, left 2+), radial (right 2+, left 2+), femoral (right 2+, left 2+), dorsalis pedis (right 2+, left 2+), posterior tibial (right 2+, left 2+).

---

**Printed Date/Time:** 10/28/2024 20:06 CDT
**Printed By:** Stallworth,Erma J
**Report Request ID:** 299356850

**Patient Name:** MCGRAW, JEFF
**Sex:** MALE          **MRN:** CMC-001401225
**DOB:**               **FIN:** 556217206
Page 204 of 782

P. 6

**\* Auth (Verified) \***

## Chicago Fire Department
3510 S Michigan Ave 2nd floor
Chicago IL 60616   (312) 745-4200

Incident # 131651453
Patient  JEFF MCGRAW




PAGE 1

### INCIDENT

| | |
|---|---|
| Incident # | 131651453 |
| Incident dispatch | GUN SHOT VICTIM |
| Incident found | GUN SHOT VICTIM |
| Address | W 95TH ST / S LAFAYETTE AV AND S LAI |
| City St Zip | CHICAGO IL 60620 |
| Loc Type | STREET / HIGHWAY |
| Loc UponDisp | QUARTERS |
| Status | EMERGENCY |
| Agency/Unit | CFD / A24 |
| Shift/Veh | EMS 2 / |
| Skillset | ALS |
| Delay to scn | TRAFFIC |
| Crew | |

JUDY TOWNSEND 16130 PIC AC/PIC
ADAM RYDER 19971 P FPM

### PATIENT

| | |
|---|---|
| Patient Name | JEFF MCGRAW |
| Sex M  DOB | Age 19YR |
| Weight | Race/Eth African American |
| Address E 4727 S INDIANA | |
| City St Zip | CHICAGO IL 60615 USA |
| SSN | 000 00 0000 |
| Resp Party Name | MCGRAW |
| Resp Party Addr 4727 S INDIANA CHICAGO IL 60615 At Quarters | |

### DATES/TIMES

| | |
|---|---|
| Dispatched | 15 35 41  06/14/2013 |
| Enroute | 15 37 46 |
| At Scene | 15 42 53 |
| At Patient | 15 42 |
| Departed Scene | 15 55 56 |
| At Destination | 16 07 09 |
| In Service | |

### Hx PRESENT

| Subject | Description / Details |
|---|---|
| CAUSE | GSW (GUNSHOT WOUND) |
| COMPLAINT | HIP GSW |
| | PENIS BLEEDING  DURATION STILL PRESENT |
| | BUTTOCKS GSW |
| SYMPTOMS | BLEEDING |

*PATIENT AMBULATORY AT SCENE C/O BEING SHOT PATIENT HAS 5 GSW  1 IN EACH BUTTOCKS CHEEK 1 IN LEFT SIDE THIGH 2 IN THE FRONT OF THE UPPER LEFT THIEF  ABRASION TO LEFT SCROTUM AND BLEEDING FROM THE PENIS. PATIENT IS AOX3  NO LOC DENIES BECK AND BACK PAIN  NO OTHER TRAUMA NOTED  TRANSPORT TRAUMA BYPASS TO CHRIST  DOCUMENTED WITH U OF C*

MCGRAW JEFF
OMI ELLEN C
OMI ELLEN C  SP
556217206
MED  001401225
019Y M 7EST
11/12/1993  06/14/2013

### Hx PAST

| Subject | Description / Details |
|---|---|
| ALLERGIES | UNKNOWN |
| MEDS | NONE |
| PREEXIST | NONE |

### FINDINGS

| Subject | Description / Details |
|---|---|
| IMPRESSION | GSW |
| INITIAL | PT FOUND POSITION WALKING AT SCENE  LOC ORIENTATION ORIENTED X 3  AVPU ALERT  AIRWAY STATUS PATENT BREATH QUALITY NON LABORED  (R) LS CLEAR (L) LS CLEAR  CHEST WALL EXPANSION EQUAL EXPANSION CIRCUL STATUS PRESENT  SITE RADIAL  REGULARITY REGULAR GCS SCORE 15 EYES 4 SPONTANEOUS VERBAL 5 ORIENTED MOTOR 6 OBEYS COMMANDS SKIN TEMP NORMAL  COLOR NORMAL  MOISTURE NORMAL EYES (R) REACTIVITY REACTIVE (L) REACTIVITY REACTIVE (R) SIZE NORMAL (L) SIZE NORMAL |
| PHYSICAL | BLUNT TRAUMA |

### CARE EVENTS

| Time | Subject | Description/Details | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | BP | P | | R | SpO2 | | |
| 15 42 | Aid Prior Ca | CFD ALS ENGINE E93 | | | | | Pos | |
| 15 42 | TREATMENT | BSI  AMB CREW YES  GLOVES YES | | | | | | |
| 15 43 | TREATMENT | BSI  AMB CREW YES  GLOVES YES | | | | | | |
| 15 43 | VITALS | 148/86 | 110 | | 22 | | | |

Facility: CMC

P. 7

**ADVOCATE CHRIST MEDICAL CENTER**
4440 West 95th Street
Oak Lawn, IL 60453-2600

**ADVOCATE CHILDREN'S HOSPITAL**
Oak Lawn Campus

## *Pathology Documentations*

Document Type:
Service Date/Time:
Result Status:
Performed By:
Signed By:
Authenticated By:

AP-Surgical
6/17/2013 10:48 CDT
Auth (Verified)

**AP - Surgical**
Name: DOE, IRMIN
DOB:

MRN: 001401225
Visit#: 556217206-AV

Surgical Pathology Report

Client: ADVOCATE CHRIST MEDICAL CENTER

Additional Physician(s): AARON D BERGER

Date Specimen Collected: 06/17/13
Date Specimen Received: 06/17/13
Date Reported: 6/20/2013 12:06

Accession #: CS13-7996

Location: 7EST-CM

Pathologic Diagnosis :
A: Bullet:
- Bullet fragment (gross examination only).

B: Bone fragments, foreign body in bladder; removal:
- Fragments of bone and benign urothelium.

Vinubhai J. Patel, M.D.
** Electronic Signature (VJP) 6/20/2013 12:06 **

Clinical Information:
Multiple gunshot wounds

Specimen(s) Submitted:
A: Bullet
B: Foreign body bone fragment in bladder

Gross Description:
A: The specimen is received unfixed labeled "bullet." The specimen consists of a fragment of dull gray metal measuring 1.7 x 0.7 x 0.3 cm. The specimen is saved and grossed only.

B: The specimen is received unfixed labeled "foreign body, bone fragments in bladder." The specimen consists of a fragment of bone with attached fibrous

Printed Date/Time: 10/28/2024 20:06 CDT
Printed By: Stallworth, Erma J
Report Request ID: 299356850

Patient Name: MCGRAW, JEFF
Sex: MALE
DOB:
Page 207 of 782

MRN: CMC-001401225
FIN: 556217206

P. 8

**ADVOCATE CHRIST MEDICAL CENTER**
4440 West 95th Street
Oak Lawn, IL 60453-2600

**ADVOCATE CHILDREN'S HOSPITAL**
Oak Lawn Campus

## History and Physical Documentation

**Past Medical/ Family/ Social History**

Medical history
    10 GSW in past.
Surgical history: Negative.
Social history: Alcohol use: Denies, Tobacco use: Denies, Drug use: Denies.

**Physical Examination**

Vital Signs
ED Vital Sign.
    06/14/13 16:16

| | Heart/Pulse Rate | 87 |
|---|---|---|
| | Pulse Source | Monitor |

General: Alert.
Skin: Warm, dry, GSW per HPI.
Head: Normocephalic, atraumatic.
Neck: Supple, trachea midline, no tenderness.
Eye: Pupils are equal, round and reactive to light, extraocular movements are intact.
Ears, nose, mouth and throat: Tympanic membranes clear, oral mucosa moist, no pharyngeal erythema or exudate.
Cardiovascular: Regular rate and rhythm, No murmur, Normal peripheral perfusion.
Respiratory: Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal, Symmetrical chest wall expansion.
Chest wall: No tenderness, No deformity.
Back: Nontender, Normal range of motion, Normal alignment, no step-offs.
Musculoskeletal: Normal ROM, normal strength, no tenderness, no swelling, no deformity.
Gastrointestinal: Soft, Nontender, Non distended, Normal bowel sounds, No organomegaly.
Genitourinary: No tenderness, no discharge, no blood at meatus, small abrasion L scrotum.
Neurological: Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, CN II-XII intact, normal sensory observed, normal motor observed, normal speech observed, normal coordination observed.

**Medical Decision Making**
Notes: 19 yo M w/ multiple GSW to legs and pelvis with hematuria
1) XR pelvis, abdomen, b/l femur
2) VUG
3) CT abd/pelvis with iv/rectal contrast
4) proctoscope
5) pain meds
6) admission

d/w attending

Brian Fort, PGY-2.

**Impression and Plan**
Diagnosis
    Open wound of buttock (ICD9 877.0, Diagnosis, Medical)

---

**Printed Date/Time:** 10/28/2024 20:06 CDT
**Printed By:** Stallworth, Erma J
**Report Request ID:** 299356850

Patient Name: MCGRAW, JEFF
Sex: MALE          MRN: CMC-001401225
DOB:              FIN: 556217206
Page 206 of 782



**ADVOCATE CHRIST MEDICAL CENTER**
4440 West 95th Street
Oak Lawn, IL 60453-2600

**ADVOCATE CHILDREN'S HOSPITAL**
Oak Lawn Campus

## Physician Documentation

| | |
|---|---|
| Document Type: | Consultation |
| Service Date/Time: | 6/15/2013 01:22 CDT |
| Result Status: | Auth (Verified) |
| Performed By: | KLEAN-DO,KEVIN (6/15/2013 01:38 CDT) |
| Signed By: | FAKHOURI-MD,ANTON J (6/26/2013 12:46 CDT); KLEAN-DO,KEVIN (6/17/2013 12:48 CDT) |
| Authenticated By: | KLEAN-DO,KEVIN (6/17/2013 12:48 CDT); KLEAN-DO, KEVIN (6/15/2013 09:17 CDT); KLEAN-DO,KEVIN (6/15/2013 02:13 CDT) |

Ortho Consult

HPI: 19yo male presents to trauma bay s/p multiple GSW's to B/L buttocks/LE's. Pt reports he was at the "wrong place at the wrong time" and heard multiple gunshots followed by a sharp pain in B/L buttocks/LE's. Denies injury elsewhere. Pt found to have a fracture involving the pelvis as well as bladder injury upon w/u. Reports subjective decreased sensation in LLE in nonspecific distribution. Pt minimally cooperative with questioning and physical exam.

PMH: Denies, history of multiple GSW's to upper and lower extremities in past
PSH: Denies
Meds: Denies
All: NKDA
SHx: Aspiring rapper. +tobacco. +ETOH. Denies illicits.

PE:
Gen: Irritable. Minimally cooperative.
No TTP or pain with PROM B/L UE's.
RLE:
-2GSW's R buttock/posterior thigh
-No TTP or pain with PROM hip/knee/ankle
-+EHL/DF/PF
-L4-S1 SITLT
-Palp DP/PT pulses
-Comp soft

LLE:
-2 GSW's L buttock/posterior thigh, 1 GSW anterior thigh (through and through superficially)
-Pain elicited with attempted ROM L hip
-No pain with ROM L knee/ankle
-+EHL/DF/PF
-L4-S1 SITLT
-Palp DP/PT pulses
-Comp soft

X-rays/CT abd/pelvis reveal a Left superior pubic root fx with extension to medial wall of acetabulum, retained bullet fragments, small fragments noted at level of joint, old, healed fracture of R proximal femur with heterotopic ossification noted.

| | |
|---|---|
| **Printed Date/Time:** 10/28/2024 20:06 CDT | **Patient Name:** MCGRAW, JEFF |
| **Printed By:** Stallworth,Erma J | **Sex:** MALE **MRN:** CMC-001401225 |
| **Report Request ID:** 299356850 | **DOB:** **FIN:** 556217206 |
| | Page 243 of 782 |

P. 10

**ADVOCATE CHRIST MEDICAL CENTER**
4440 West 95th Street
Oak Lawn, IL 60453-2600

**ADVOCATE CHILDREN'S HOSPITAL**
Oak Lawn Campus

## *Physician Documentation*

DIAGNOSIS: Left superior pubic rami fracture with acetabular fracture.

HISTORY OF PRESENT ILLNESS: The patient is a 19-year-old man with a previous history of gunshot wounds, presents again with gunshot wounds, who was brought to the emergency room at Christ Hospital with multiple gunshot wounds in the posterior aspect of both buttocks and left thigh. The patient states that due to these multiple gunshot wounds, he felt sharp pain to both buttocks. He has a previous history of gunshot wounds to both upper and lower extremities in the past.

PHYSICAL EXAMINATION: He has wounds in the posterior aspect of the left thigh and anterior aspect of the left thigh as well as both buttocks. Please see orthopedic notes for further detail. His x-rays were consistent with left superior pubic rami fracture with extension to the left acetabulum, which is a nonweightbearing portion. Does not appear there are any fragments in the joint. Also, noted these changes are consisting of previous proximal femur fracture with some heterotopic bone ossification.

IMPRESSION: Multiple gunshot wounds of both buttocks and left thigh with fracture of the left superior pubic rami with extension to the left acetabulum.

RECOMMENDATION: Recommend an appropriate IV antibiotic, which is presently being managed by the Trauma Service. Since he is nonweightbearing in portion of the acetabulum and may be weightbearing as tolerated, recommended course of physical therapy. His bladder injury is being managed by the Trauma Service. After appropriate antibiotics and after he passed physical therapy, he may be discharged from Orthopedic Service and follow up with Orthopedics after discharge, approximately 1 week after discharge.

Thank you for the consultation.

DATE AND TIME

Anton J. Fakhouri, M.D.

AJF/MEDQ-#722674
DD: 06/15/2013 22:25:19    DT: 06/15/2013 23:53:44

cc: Ellen Omi, M.D.

ADVOCATE CHRIST MEDICAL CENTER

CONSULTATION              DOE, IRMIN
MRN#: 001401225

---

**Printed Date/Time:** 10/28/2024 20:06 CDT
**Printed By:** Stallworth, Erma J
**Report Request ID:** 299356850

**Patient Name:** MCGRAW, JEFF
**Sex:** MALE          **MRN:** CMC-001401225
**DOB:**                 **FIN:** 556217206
Page 249 of 782

P. 11

**ADVOCATE CHRIST MEDICAL CENTER**
4440 West 95th Street
Oak Lawn, IL 60453-2600

**ADVOCATE CHILDREN'S HOSPITAL**
Oak Lawn Campus

## Physician Documentation

ROOM: 738 E 01
ACCT#: 556217206 Consultation

Electronically Signed On 06/17/2013 09:19 AM

FAKHOURI-MD, ANTON J MD

Document Type:
Service Date/Time:
Result Status:
Performed By:
Signed By:

Authenticated By:

Discharge Summary Report
6/18/2013 13:47 CDT
Auth (Verified)
Brown-APN,Joanne K (6/18/2013 13:51 CDT)
MCELMEEL-MD,DAVIDPATRICK (7/2/2013 13:24 CDT);
Brown-APN,Joanne K (7/2/2013 11:26 CDT)
Brown-APN,Joanne K (7/2/2013 11:26 CDT); Brown-APN,
Joanne K (7/2/2013 11:26 CDT); Brown-APN,Joanne K
(7/2/2013 11:23 CDT); Brown-APN,Joanne K (6/18/2013
14:59 CDT)

### Trauma DC summary

Patient: **MCGRAW, JEFF**     MRN: **CMC-001401225**     FIN: **556217206**
Age: **19 years**   Sex: **MALE**   DOB: **11/12/1993**
Associated Diagnoses: **Trauma; Open wound of buttock; Multiple gunshot wounds; Fracture of pubis, open; Fracture of acetabulum, open; Bladder and urethra injury with open wound into cavity**
Author: **Brown-APN, Joanne K**

**Results Review**
 **General results**
  Today's results : ALL RESULTS VIEW
   06/18/2013 12:00

| | |
|---|---|
| Temperature - VS | 36.9 deg_C Normal |
| Heart/Pulse Rate | 102 |
| Respiration Rate | 18 breaths/min Normal |
| SpO2 | 98 % Normal |
| NIBP Systolic | 128 Normal |
| NIBP Diastolic | 82 Normal |

**Discharge Information**
19 y/o M s/p GSW with hematuria sustaining small anterior extraperitoneal bladder injury and left superior pubic root fracture with extension to non-weight bearing portion of acetabulum. Urology consulted and recommended continuing foley for two weeks. Orthopedic surgery consulted and recommended WBAT RLE, physical therapy, and outpatient follow-up. While inpatient, patient required pain control, and foley care teaching. Patient safe for DC home with foley catheter, pain control, and outpatient follow-up.
 Discharge Summary Information: Admitted 06/14/2013, Discharged 06/18/2013.
  Admitting physician: OMI-MD, ELLEN C.
  Consulting physician: BERGER-MD, AARON, FAKHOURI-MD, ANTON J.
  Discharge medications: OTHER MEDICATIONS (Selected).
   Prescriptions
    Ordered
     Colace (sodium) oral 100 mg capsule: 100 mg = 1 cap, Oral, BID, PRN for constipation, with plenty of water, Cap, # 20 cap, 0 Refills, Maintenance, given to patient

---

**Printed Date/Time:** 10/28/2024 20:06 CDT
**Printed By:** Stallworth,Erma J
**Report Request ID:** 299356850

**Patient Name:** MCGRAW, JEFF
**Sex:** MALE          **MRN:** CMC-001401225
**DOB:**                    **FIN:** 556217206
Page 250 of 782

P.12

**ADVOCATE CHRIST MEDICAL CENTER**
4440 West 95th Street
Oak Lawn, IL 60453-2600

**ADVOCATE CHILDREN'S HOSPITAL**
Oak Lawn Campus

## *Physician Documentation*

Electronically Signed On 06/16/2013 03:58 PM

ESPOSITO-MD, DOMENIC MD

Electronically Signed On 06/17/2013 09:09 AM

SALZMAN-MD, STEVEN MD

| | |
|---|---|
| Document Type: | Physician Progress Notes |
| Service Date/Time: | 6/17/2013 10:30 CDT |
| Result Status: | Auth (Verified) |
| Performed By: | LOMBARDO-DO,LINDSAY (6/17/2013 10:31 CDT) |
| Signed By: | LOMBARDO-DO,LINDSAY (6/17/2013 10:31 CDT) |
| Authenticated By: | LOMBARDO-DO,LINDSAY (6/17/2013 10:31 CDT) |

Urology to sign off. Small anterior bladder injury, bullet fragment and bone fragment removed from bladder, RGPG negative for extravasation bilaterally.

Patient should get repeat cystogram by radiology in 14 days, if no extravasation at that time, foley can be removed. FU as needed with Dr. Berger. 7084238706 for appointment.

Electronically Signed On 06/17/2013 10:31 AM

LOMBARDO-DO, LINDSAY DO

| | |
|---|---|
| Document Type: | Physician Progress Notes |
| Service Date/Time: | 6/17/2013 11:50 CDT |
| Result Status: | Auth (Verified) |
| Performed By: | Bray-APN RN,Ashley Jacole (6/17/2013 11:52 CDT) |
| Signed By: | Bray-APN RN,Ashley Jacole (6/17/2013 16:19 CDT) |
| Authenticated By: | Bray-APN RN,Ashley Jacole (6/17/2013 16:19 CDT); Bray- |
| | APN RN,Ashley Jacole (6/17/2013 16:19 CDT) |

**Trauma Note**

Patient: **DOE, IRMIN**    **MRN: CMC-001401225**      **FIN: 556217206**
Age: **19 years**    Sex: **MALE**    DOB: **11/12/93**
Associated Diagnoses: **None**
Author: **Bray-APN RN, Ashley Jacole**

---

**Printed Date/Time:**   10/28/2024 20:06 CDT
**Printed By:**   Stallworth,Erma J
**Report Request ID:**   299356850

**Patient Name:** MCGRAW, JEFF
**Sex:** MALE      **MRN:** CMC-001401225
**DOB:**      **FIN:** 556217206

P.13

**ADVOCATE CHRIST MEDICAL CENTER**
4440 West 95th Street
Oak Lawn, IL 60453-2600

**ADVOCATE CHILDREN'S HOSPITAL**
Oak Lawn Campus

| *Computerized Tomography* |
|---|

| Procedure:<br>CT CYSTOGRAM SI<br>CT ABDOMEN AND<br>PELVIS W CON | Procedure Date/Time:<br>6/14/2013 22:50 CDT<br>6/14/2013 22:50 CDT | Accession #<br>CT-13-0122273<br>CT-13-0122272 | Ordering Physician:    Status:<br>BHARDWAJ-MD,AMAR Auth (Verified)<br>BHARDWAJ-MD,AMAR Auth (Verified) |

CLINICAL HISTORY: Gunshot wound.

FINDINGS: Initially CT cystogram was performed through a Foley catheter placed in urinary bladder. Subsequent to performance of the CT cystogram a CT scan the abdomen and pelvis was performed from the dome of the diaphragm to the perineum utilizing rectal and intravenous contrast material. No prior studies are available for comparison.

Instillation of contrast into the urinary bladder demonstrates a large filling defect surrounding the Foley catheter balloon representing hematoma. Extraperitoneal contrast extravasation as well as gas is noted anteriorly within the space of Retzius as well as posteriorly into the perirectal region. The findings are consistent extraperitoneal bladder rupture. A bullet projects along the right side of the urinary bladder with fragments inside the bladder lumen. A second bullet projects along the posterior right dome of the urinary bladder. Bladder injury secondary to the second bullet cannot be excluded.

Multiple bullet fragments overlie the proximal femoral shaft on the right. Heterotopic bone formation is noted in this area raising the possibility that this may represent an old gunshot wound rather than acute injury. Multiple bullet fragments project along the anterior pelvic floor just posterior to the to the symphysis and superior pubic rami. There is a fracture of the left ischium extending along the inferior aspect of the left acetabulum. Bullet fragments and gas project within the inferior aspect of the left hip joint. Soft tissue gas is noted within the left gluteal musculature with multiple bullet fragments along a bullet track. A bullet fragment projects within the proximal medial left thigh with soft tissue gas in this area as well.

A small hiatal hernia is present. The liver, spleen, adrenal glands, kidneys and the pancreas appear unremarkable. The retroperitoneum appears free from pathologic lymphadenopathy.

Within the pelvis extensive extravasated contrast and gas is noted within the space of Retzius as well as within the perirectal region with associated hematoma. This has increased from the earlier cystogram. There is uncertain as to whether this represents contrast from the urinary bladder or less likely contrast from a rectal or colonic injury. Extravasated contrast does contact the anterior mid sigmoid region above the dome of the urinary bladder. Contrast extends within the inferior aspect of the left pararenal space anterior to left psoas muscle. The prostate gland cannot be evaluated nor can the seminal vesicles. No gross evidence of extravasated arterial contrast is noted.

IMPRESSION:
1. Extraperitoneal bladder injury with multiple bullet fragments in the area of the urinary bladder has described above. A hematoma is present the urinary bladder as well.
2. Increased in extravasated contrast material and gas on later images. The possibility of colonic injury therefore cannot be excluded although is less likely.
3. Multiple gunshot wounds as described above.
4. Fracture of the left ischium along the inferior left acetabulum with air and bullet fragments within the left hip joint space.
5. Findings suggesting old gunshot wound to the area the right anterior femur.

Printed Date/Time:    10/28/2024 20:06 CDT
Printed By:    Stallworth,Erma J
Report Request ID:    299356850

Patient Name:  MCGRAW, JEFF
Sex: MALE                    MRN:  CMC-001401225
DOB:                         FIN:   556217206
Page 297 of 782

P. 14

**ADVOCATE CHRIST MEDICAL CENTER**
4440 West 95th Street
Oak Lawn, IL 60453-2600

**ADVOCATE CHILDREN'S HOSPITAL**
Oak Lawn Campus

## General Diagnostic

| Procedure:<br>XR<br>URETHROCYSTOGRA<br>M RETROGRDE SI | Procedure Date/Time:<br>6/14/2013 19:07 CDT | Accession #<br>XR-13-0339532 | Ordering Physician:<br>FORT-MD,BRIAN | Status:<br>Auth (Verified) |
|---|---|---|---|---|

CLINICAL HISTORY: Gunshot wound, hematuria.

FINDINGS: Retrograde injection was performed by the trauma service. The preliminary radiograph demonstrates multiple metallic fragments projecting over the lower pelvis with multiple small fragments projecting over the left pubic bones.

Retrograde instillation of contrast into urethra demonstrates patency of the urethra without evidence of extravasation during the injection. The post void radiograph demonstrates extraperitoneal contrast along the left side of the urinary bladder consistent with extraperitoneal bladder rupture.

IMPRESSION:
1. No evidence of urethral rupture on the limited study performed.
2. Evidence of extraperitoneal bladder injury.

```
                                                              **** F I N A L ****
```

*Transcribed By: TF*
*06/14/13 9:57 pm*

*Dictated By:*          *BENVENISTE-MD, JOEL S MD.*

*Electronically Reviewed and Approved By:*          *BENVENISTE-MD, JOEL S MD   06/14/13 9:58 pm*

| Procedure:<br>XR UROGRAM<br>RETROGRADE | Procedure Date/Time:<br>6/17/2013 10:30 CDT | Accession #<br>XR-13-0343658 | Ordering Physician:<br>BERGER-MD,AARON | Status:<br>Auth (Verified) |
|---|---|---|---|---|

Retrograde urogram 06/17/2013.

HISTORY: Multiple gunshot wound victim.

COMPARISON: None.

31 seconds of fluoroscopic guidance were provided for Dr. Berger. Submitted intraoperative C-arm radiographs of the abdomen and pelvis show introduction of a cystoscope and retrograde opacification of the bilateral ureters and proximal, intrarenal right urinary collecting system. The ureters appear intact, of normal course and caliber bilaterally. No areas of contrast extravasation are observed. The right renal pelvis is not abnormally dilated, and mild calyceal blunting is noted, possibly due to the force of contrast injection. Overlying contrast within the right colon probably results from prior radiologic examination.

IMPRESSION:

---

| **Printed Date/Time:** 10/28/2024 20:06 CDT<br>**Printed By:** Stallworth,Erma J<br>**Report Request ID:** 299356850 | **Patient Name:** MCGRAW, JEFF<br>**Sex:** MALE          **MRN:** CMC-001401225<br>**DOB:**          **FIN:** 556217206<br>Page 303 of 782 |
|---|---|

P. 15

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: MCGRAW, JEFF
Patient Type: Emergency
Birth Date:
Gender: Male
FIN: 0770341766

Admission Date: 4/15/2016
Discharge Date: 4/16/2016

MRN: 00645773z; 004278201c

CMRN: 1009779108

---

## ED Note - Physician

**Eye symptoms:** Negative except as documented in HPI.
**ENMT symptoms:** Negative except as documented in HPI.
**Respiratory symptoms:** Negative except as documented in HPI.
**Cardiovascular symptoms:** Negative except as documented in HPI.
**Gastrointestinal symptoms:** Negative except as documented in HPI.
**Genitourinary symptoms:** Per HPI.
**Musculoskeletal symptoms:** Negative except as documented in HPI.
**Neurologic symptoms:** Negative except as documented in HPI.
**Psychiatric symptoms:** Negative except as documented in HPI.
**Endocrine symptoms:** Negative except as documented in HPI.
**Hematologic/Lymphatic symptoms:** Negative except as documented in HPI.

**Health Status**
 **Allergies:**
  Allergic Reactions (All)
   No Known Allergies.

**Past Medical/ Family/ Social History**

 **Medical history**
  Negative.
 **Surgical history:** Past Surgical History from Triage : Surgery Description
   4/15/2016 20:08    Surgery Description    Other: GSW BLADDER RUPTURE .
 **Social history:** Alcohol use: Drinks 2 servings of alcohol daily, Tobacco use: Smokes 1 pack(s) per day, for the last 9 years, Drug use: Marijuana.
 **Additional Past History:** History of kidney stone in bladder last year requiring surgical extraction (at Northwestern), during surgery a bullet fragment was recovered. He was told at the time that he had a renal cyst, but there was no follow up.

**Physical Examination**

  **Vital Signs**

  **Vital Signs Most Recent in Last 24 Hours**
  20:08   20:08   20:08   20:08   20:08

| BP | HR | RR | O2Sat | Oral Temp | Rectal Temp |
|----|----|----|-------|-----------|-------------|
| 116/77 | 79 | 18 | 99 | 98.5 | |

Report Request ID: 271941044

Page 13 of 26

Facility: Stroger
Location: SHCC ED

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

88471C4D0EFC439AB2C0, MCGRAW, 22
P. 16

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: MCGRAW, JEFF
Patient Type: Observation
Birth Date:
Gender: Male
FIN: 0719672693

Admission Date: 8/18/2012
Discharge Date: 8/20/2012

MRN: 00645773z; 004278201c

CMRN: 1009779108

---

## Diagnostic Radiology

### Impression

Impression: Reidentified comminuted fracture of the greater trochanter of the right femur with overlying bullet fragments. Mild surrounding soft tissue swelling and subcutaneous emphysema.

Electronically signed by: ADEJIMI ADENIJI
Date: 08/20/12
Time: 11:17

****FINAL REPORT****
*Reading Radiologist: ADENIJI MD, ADEJIMI O*
*Electronically Signed by: ADENIJI MD, ADEJIMI O*
*On: 08/20/2012 11:17 am*

| Accession | Exam Date/Time | Exam | Ordering Physician | Status | PATIENT AGE AT EXAM |
|---|---|---|---|---|---|
| DX-12-0167791 | 8/19/2012 05:08 CDT | Knee Min 3 Views Right | MALONE MD, EDWIN | Auth (Verified) | 18 years |

### Reason For Exam
(Knee Min 3 Views Right) 1-Trauma

### Findings
Two frontal views, no fracture.

Electronically signed by: JOHN KEEN
Date: 08/19/12
Time: 10:03

| Accession | Exam Date/Time | Exam | Ordering Physician | Status | PATIENT AGE AT EXAM |
|---|---|---|---|---|---|
| CT-12-0049062 | 8/19/2012 16:12 CDT | CT Angiogram Upper Extrem w/Contrast | MALONE MD, EDWIN | Auth (Verified) | 18 years |

### Reason For Exam
(CT Angiogram Upper Extrem w/Contrast) Trauma

Report Request ID: 271941048

Page 14 of 37

Facility: Stroger
Location: Trauma OBSV; 1309; A

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

88471C4D0EFC439AB2C0, MCGRAW, 93

P. 17

Hospital
251 E HURON ST
CHICAGO IL 60611-2908
MRN: 008858120, DOB: , Legal Sex: M
Adm: 12/31/2014, D/C: 1/3/2015
McGraw, Jeff

## 12/31/2014 - Admission (Discharged) in NM Northwestern Memorial Hospital (continued)

**Consult Notes (continued)**

Post-contrast pelvic urogenital structures: There is a 1.4 cm radiopaque foreign body, presumably a bullet, in the colovesical region, either abutting the posterior bladder wall or possibly within the bladder. There is surrounding hyperdensity, which may
 represent dystrophic calcification around this foreign body. The prostate is present.

Lung bases: There is subsegmental atelectasis at the lung bases. The heart is normal in size. There is no pleural effusion.

Liver, spleen and biliary tree: The liver is normal in size. There is no intrahepatic mass. The gallbladder is present. There is no intrahepatic or extrahepatic biliary ductal dilatation. The spleen is normal in size.

Pancreas: The pancreas is normal in size and enhances homogenously.

Adrenal glands: The adrenal glands are normal in size and shape.

Lymph nodes:
Abdomen: There is no abdominal adenopathy.

Pelvis: There is no pelvic adenopathy.

Vasculature: There is no abdominal aortic aneurysm.

Peritoneum/mesentery/omentum: There is no free fluid or free air.

GI tract: There is no bowel obstruction.

Body wall: There is a radiopaque metallic foreign bodies near the left acetabulum (3/218), overlying the left gluteal region (3/231), and overlying the right femur (4/66). There is an old fracture of the right femoral greater trochanter. There are bony
fragments adjacent to the left pubic ramus, compatible with sequelae of prior injury.

IMPRESSION:

1. There is a round focal lobulated heterogeneous area of low attenuation in the upper pole of the left kidney, which may represent early/developing abscess or pyelonephritis. Posttreatment imaging recommended to evaluate for resolution.

2. A peripheral wedge-shaped area of low attenuation in the lower pole of the left kidney is compatible with pyelonephritis.

Northwestern Medicine®

NM Northwestern Memorial Hospital
251 E HURON ST
CHICAGO IL 60611-2908

McGraw, Jeff
MRN: 008858120, DOB , Legal Sex: M
Adm: 12/31/2014, D/C: 1/3/2015

**12/31/2014 - Admission (Discharged) in NM Northwestern Memorial Hospital (continued)**

**Consult Notes (continued)**

3. There is a radiopaque foreign body in the colovesical region either abutting the posterior bladder wall or possibly within the bladder. There is surrounding calcific density which may represent dystrophic calcification around the bullet. Correlate
with prior imaging and surgical history.

4. Numerous radiopaque foreign bodies in the pelvis, as described above.

5. Old fractures of the right femoral greater trochanter. Bony fragments near the left pubic ramus are compatible with sequelae of prior traumatic injury.
-- images reviewed
-- hypoattenuation in L kidney c/w pyelo
-- retained bullet between bladder and rectum with surrounding calcifications; unclear if this is actually within the bladder or abutting the posterior wall but calcifications at least probably within bladder

Summary:
21 yo M with h/o multiple GSWs in past, including GSW ~1.5 years ago that reportedly resulted in retained bullet fragment in the bladder presents with fevers, chills, malaise, hematuria.

Recommendations:
-- no acute intervention
-- continue empiric antibiotics
-- f/u Ucx
-- consider repeating imaging of kidney with CT wwo if a few days not clinically improving with abx (to r/o abscess as described in CT report above)
-- needs cystoscopy to evaluate bladder and retained bullet fragment with surrounding calcifications/stone; if within bladder likely source of infection. need negative Ucx before proceeding with endoscopic manipulation. However, if cysto confirms bullet
in bladder, removing bullet fragment would likely require open operation.
-- page urology with ?s/concerns

d/w Dr. Lin

Alexander Glaser MD
Urology PGY3
57058


Subject: Addendum by MORRISON, CHRISTOPHER on 31 December 2014 13:55
Patient seen by Dr. Lin. Recommend broadening antibiotic coverage until cultures have resulted. Recommend repeat CT scan on Monday to assess for drainable renal abscess. If patient is not improving clinically, can consider earlier CT scan. No urgent

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: MCGRAW, JEFF
Patient Type: Visit CHS
Birth Date:
Gender: Male

Admission Date: 1/5/2015
Discharge Date: 3/19/2015
FIN: 20150105177

MRN: 00645773z; 004278201c

CMRN: 1009779108

---

### Medical infirmary

| | |
|---|---|
| Bilirubin Urn | NEGATIVE |
| **Blood Urn** | **LARGE** |
| Nitrite Urn | NEGATIVE |
| **Urobilinogen** | **2** |
| **Leukocyte Esterase** | **LARGE** |
| Bacteria | FEW |
| Epithelial Cells | 1 |
| Mucous | MANY |
| RBC Urn | 463 |
| Trans EPI | 1 |
| WBC Urn | 196 |

**Imaging Results**
X-ray: Urinary Calculus

FINDINGS
Indication: Urinary calculus

Technique: Abdomen flat plate

Comparison: None

Findings: Contrast is noted within the portions of the ascending colon, transverse colon, descending colon and in the rectosigmoid region which obscures detail. Nonobstructing bowel gas pattern.

There is approximately 4 cm radiopaque density noted in the midline pelvis which may represent fecalith, cannot entirely exclude bladder calculus.

Metallic bullet fragments projected in the pelvis and left ischium. Well defined ossific density projected adjacent to the left ischial spine, likely posttraumatic changes.

IMPRESSION
Impression: As stated above.

---

Electronically signed by: ANITA KELEKAR
Date: 01/07/15

**Impression and Plan**
**Impression and Plan: Plan**
    Urinary calculus
    -pt currently refusing further evaluation/labs/ct/us
    -refusal signed

Report Request ID: 275003088        Page 23 of 107        Facility: CHS
Location: RCDC

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

5CDA9DDE1BDC46779196, MCGRAW, 32



## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: MCGRAW, JEFF

| | | | | |
|---|---|---|---|---|
| Patient Type: Emergency | Admission Date: | 4/15/2016 | MRN: 00645773z; 004278201c | |
| Birth Date: | Discharge Date: | 4/16/2016 | | |
| Gender: Male | | | CMRN: 1009779108 | |
| FIN: 0770341766 | | | | |

---

## CT Scan

| Accession | Exam Date/Time | Exam | Ordering Physician | Status |
|---|---|---|---|---|
| CT-16-0021989 | 4/16/2016 02:12 CDT | CT Abdomen Pelvis w/ + PALIVOS MD,LISA R w/o Contrast | | Auth (Verified) |

### Reason For Exam
(CT Abdomen Pelvis w/ + w/o Contrast) Other (Enter in "Other Reason" field)

### Findings
Indication: 22 year-old male, rule out kidney stone. Review prior imaging reveals history of prior GSW involving the pelvis with retained bullet fragments.

Technique: CT of the abdomen/pelvis without and with 120 mL Omnipaque 350 IV contrast. Multiple reformats were obtained.

Comparison: Abdominal x-ray from 1/6/15.

Findings:

Scarring in the bilateral lung bases. No pleural effusions.

Heart size within normal limits comment a pericardial effusion.

No focal liver lesions. Gallbladder, spleen, pancreas, adrenal glands and kidneys are within normal limits. No calcified obstructing urinary tract stones identified. No hydronephrosis.

No evidence of bowel obstruction. The appendix is normal. No pneumoperitoneum. Appendix is normal

Redemonstrated posttraumatic changes and retained bullet fragments involving the left inferior pubic ramus and acetabulum and right proximal femur and overlying soft tissues. Multiple retained bullet fragments are also identified in the left gluteal musculature and within the pelvis and anterior inferior abdominal wall.

Bladder is not well distended, limiting evaluation.

Prostate appears normal in size.
No lymphadenopathy detected.

No acute fractures identified.

### Impression
Impression:

1. No calcified or obstructing urinary tract stone as clinically questioned.

Report Request ID: 271941044        Page 7 of 26        Facility: Stroger
Location: SHCC ED

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

88471C4D0EFC439AB2C0, MCGRAW, 16
P. 21

* Auth (Verified) *



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

### DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: Jeff McGraw                    Today's Date: 6-17-15

ID #: 2015-05 07039 Division: ___  Tier: E2  Birth Date ___
(Booking Year)   (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: I have been shot 15 time
and have bad nerve damage in my
right arm and left leg

How long have you had this problem? 6+ days / weeks / (months) (circle one)
Next Court Date: 7/7/15

**!!!STOP!!! DO NOT WRITE BELOW THIS LINE**

Referred to: ☒ Medical ☐ Dental ☐ Mental Health ☐ Health Educator ☐ DOC  Date:

**Initial Provider Note:** ___

Signature/Title: ___   Date: ___   Time: ___

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call  ☐ PRN
Signature/Title: ___   Date: ___   Time: ___

**Appointment Scheduler:**
Appointment Date: ___

Signature/Title: ___

Date: ___   Time: ___

JUN 18 2015 AM10:14

Patient Label

Form#: 56322 Rev. March 2005

CHS                    5CDA9DDE1BDC46779196, MCGRAW, 230
P.22   Page 101 of 200

* Auth (Verified) *

**CERMAK HEALTH SERVICES OF COOK COUNTY**

**Health Service Request Form**

Last Name: Mc Graw    First Name: Jeff    Division/Tier: Q - 3 L

Date of Birth _    CCDOC# 20150507039    Today's Date: 7 - 88 - 15

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☑ I am NOT getting my prescribed medication.
- ☐ I need a refill of my prescribed medications.
- Name of medication(s): Xanax, Calonapin, Reboperton
- Date last received medication: Never
- ☐ Other: _____

**MEDICAL**

I would like to:
- ☑ Receive an HIV Test or Information about HIV/AIDS
- ☑ Be screened for Sexually Transmitted Infections:
  - ☑ No Symptoms ☐ Discharge or Burning when I urinate

I have the following Medical problem(s):
Left arm has bad nerve damage from being shot,
have bad nerve damage from being shot is times and can't
Sleep at night and arm and legs twitch.

**MENTAL HEALTH**

I have the following Mental Health problem(s):
have bad anxiety from being shot so many times
and oftenly have anxiety attacks every day and night.
Cant sleep at night and feeling down every days

**DENTAL**

NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
I have the following dental problem(s):
- ☐ Face swollen ☐ I can't open my mouth
- ☑ Toothache -> Circle Pain Level: low 1 2 3 4 5 6 7 ⑧ 9 10 high
- ☐ Loose tooth from recent trauma    Date of trauma 7 / 1 / 15
- ☐ Other: _____

**EYE**
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: _____

How long have you had the above problem(s)? (#) ___ days / (weeks) / months (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☑ Yes ☐ No

**STOP!!!!! PLEASE DO NOT WRITE BELOW THIS LINE STOP!!!!!**

HSR Collected by: ___    Date: 7/14/15
Paper Triaged by nurse: ___    Date: 7/14/15
Referral: ___ ☐ Now ☐ Today ☑ Routine

Entered into Cerner by: ___    Date: 1/17/15
Patient Seen by: ___    Date: 7/1/15

> DATE TIME STAMP
> 2015 JUL

CHS Form 86322 Rev March 2014

5CDA9DDE1BDC46779196, MCGRAW, 222
P. 2 3    Page 93 of 200
CHS

* Auth (Verified) *

**CERMAK HEALTH SERVICES OF COOK COUNTY**  **Health Service Request Form**

Last Name: McGraw    First Name: Jeff    Division/Tier: 9-3H

Date of Birth: _____    CCDOC# 20150507039    Today's Date: 11-15-17

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☒ I am NOT getting my prescribed medication.
- ☐ I need a refill of my prescribed medications.
- Name of medication(s): Blood pressure med
- Date last received medication: / /
- ☐ Other: _____

**MEDICAL**

*I would like to:*
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted Infections:
    - ☐ No Symptoms  ☐ Discharge or Burning when I urinate

*I have the following Medical problem(s):*
My arm keep going out on me due to Nerve damage and its more hurting everyday please help.

**MENTAL HEALTH**

*I have the following Mental Health problem(s):*

**DENTAL**

NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
*I have the following dental problem(s):*
- ☐ Face swollen  ☐ I can't open my mouth
- ☒ Toothache -> Circle Pain Level: low 1 2 3 4 5 6 ⑦ 8 9 10 high
- ☒ Loose tooth from recent trauma    Date of trauma 11/12/17
- ☒ Other: I cracked my tooth eating a apple about a week cracking

**EYE**
- ☒ I would like to be seen by an EYE Doctor for eyeglasses
- ☒ Other: I didn't get my glasses yet and i cant see

How long have you had the above problem(s)? (#) _____ 3 _____ / weeks / months (circle one)

Have you submitted a Health Service Request for this problem within the past 2 weeks? ☒ Yes ☐ No

**STOP!!!!  PLEASE DO NOT WRITE BELOW THIS LINE    STOP!!!!**

HSR Collected by: _____    Date: 11/15/17

Paper Triaged by nurse: _____    Date: 11/15/17

Referral: _____    ☐ Now  ☐ Today  ☒ Routine

Entered into Cerner by: _____    Date: ___/___/___

Patient Seen by: _____    Date: ___/___/___

CHS Form 86522 Rev March 2014

* Auth (Verified) *

**CERMAK HEALTH SERVICES OF COOK COUNTY**

**Health Service Request Form**

Last Name: McGraw     First Name: Jeff     Division/Tier: G-3H

Date of Birth _____     CCDOC# 20150507039     Today's Date: 8-23-17

PLEASE TELL US ABOUT YOUR HEALTH NEEDS:

**MEDS**
- ☒ I am NOT getting my prescribed medication.
- ☐ I need a refill of my prescribed medications.
- Name of medication(s): _____
- Date last received medication: 1/2/1 3
- ☐ Other: _____

**MEDICAL**

*I would like to:*
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted infections:
  - ☐ No Symptoms ☐ Discharge or Burning when I urinate

*I have the following Medical problem(s):*
My nerves in my arm and hand have been very irritably sometimes it tingle and burn very bad. I need a copy of my Eye prescription so i can get my contacts please

**MENTAL HEALTH**

*I have the following Mental Health problem(s):*
My Meds do NOT work i need a bigger dosage

**DENTAL**

NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
*I have the following dental problem(s):*
- ☐ Face swollen ☐ I can't open my mouth
- ☐ Toothache -> Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high   9-8
- ☐ Loose tooth from recent trauma   Date of trauma ___/___/___
- ☐ Other: _____

**EYE**
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: _____   9-13

How long have you had the above problem(s)? (#) __2__ days / weeks / months (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes ☒ No

STOP!!!! PLEASE DO NOT WRITE BELOW THIS LINE    STOP!!!!

HSR Collected by: _____     Date: 8/23/17

Paper Triaged by nurse: _____     Date: 8/23/17

Referral: _____   ☐ Now ☐ Today ☒ Routine

Entered into Cerner by: _____ MH Date: 8 23 17

Patient Seen by: _____     Date: ___/___/___

CHS Form 86322 Rev March 2014   Rf p am 2,0

DATE TIME STAMP
'17 AUG 23 AM 9:27

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: MCGRAW, JEFF
Patient Type: Clinic Outpatient
Birth Date:
Gender: Male
FIN: 0801873548

Admission Date: 10/15/2018
Discharge Date: 10/15/2018

MRN: 00645773z; 004278201c

CMRN: 1009779108

---

## Neurology Outpt

Sensation: nl sensation to LT, diminished sensation to PP in digits 4 1/2 and 5.
Coord: no dysmetria on ftn or hts, nl RAM
Gait: nl casual and tandem gait.

### Impression and Plan

**Impression:** Patient is a 24yoM with h/o    /, HTN and GSW 5 years ago with residual RUE numbness. Patient describing worsening symptoms of pain and burning. Paitents symptoms are likely residual from known C8 traumatic radiculopathy. However, given patients description of worsening symptoms, would like EMG/NCS to evaluate for additional ulnar neuropathy. Described that it takes time for nerve injury to heal and that symptoms could be persistent, particularly given chronicity of his injury. Described medication options including gabapentin which patinet states that he remembers trying with some improvement as well as lidocaine patches and ointment.

Recommend the following:
-Can consider addition of medication for patinets burning pain including gabapentin 100mg TID vs. lidocaine patch or lidocaine topical ointment
-EMG/NCS to evaluate for additional nerve injury
-Patient was given my office number and advised to call with any additional questions or worsening symptoms. For emergency situations, patient was advised to call 911 and/or present to the ER immediately.
-Discussed above with patient. Patient verbalized understanding.
-Followup with PCP.

### Diagnosis

Radiculopathy affecting upper extremity : ICD10-CM M54.10, Discharge DX, Medical.

*Electronically Authored On:  15-Oct-18 13:34*
*Electronically Signed By: WARRIOR MD, LAKSHMI*
*PAGER BUS:  312 400 4556*

Report Request ID:  271941041

Page 5 of 6

Facility: ACHN
Location: Neurology (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

88471C4D0EFC439AB2C0, MCGRAW, 52

P. 26

**Northwestern Medicine**

**NM Northwestern Memorial Hospital** McGraw, Jeff

Hospital
251 E HURON ST
CHICAGO IL 60611-2908

MRN: 008858120, DOB: . . .
Adm: 12/31/2014, D/C: 1/3/2015

Legal Sex: M

## 12/31/2014 - Admission (Discharged) in NM Northwestern Memorial Hospital (continued)

**Clinical Notes (continued)**

-- Weakness, dizziness or fainting

© 2000-2012 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

You were admitted for a left sided kidney infection (pyelonephritis). We were concerned there may have been an abscess by the kidney based on the initial CT scan, but the kidney ultrasound we obtained 1/2/15 was reassuring that there is no clear sign of abscess at this time. You will need to have another CT scan in 2 weeks to make sure the infection continues to resolve.

You will also need to follow up with the urology doctors (Dr Lin) in 2 weeks after you have your CT scan. Please call NMH Computed Tomography (312) 926-6366 to schedule an appointment and for pre-registration. Your appointment will be scheduled in either Galter Pavilion at 251 E Huron, 4th floor or Arkes Family Pavilion at 676 N St Clair, 2nd or 3rd floor.They will address the bullet fragments in your bladder at that time. It is important for the infection in your kidneys to have resolved before they address the bullet fragments.

In the meantime, please take your antibiotic (ciprofloxacin) twice daily every day. We are giving you enough for a 1 month supply. Urology will address how long your overall course of treatment will need to be.

To do:

- Take ciprofloxacin (antibiotic) twice daily every day to treat the kidney infection
- Please call NMH Computed Tomography (312) 926-6366 to schedule an appointment and for pre-registration. Your appointment will be scheduled in either Galter Pavilion at 251 E Huron, 4th floor or Arkes Family Pavilion at 676 N St Clair, 2nd or 3rd floor
- Make sure your appointment is scheduled with Dr Lin in Urology in approximately 2 weeks. He needs to see you after you have the CT scan done
- To obtain a copy of your Ultrasound, CT scan, and any other medical records you would like to obtain, please call the medical records department at 312-926-3375 or visit them on the Feinberg Pavillion Mezzanine room 702. If you have any difficulty obtaining imaging records, please call Medical Records Imaging Services at 312-926-5100. Unfortunately we are not able to physically provide you with these records ourselves prior to discharge.

Electronically signed by Edi, Nm P1 Cerner Transcription Conversion (999963103) at 7/18/2019 10:02 PM

**Inpatient Medication Chart**

**Almanza, Carlos, MD at 12/31/2014 0000**

Author: Almanza, Carlos, MD
Filed: 11/21/2018 12:54 PM
Editor: Edi, Nm P1 Cerner Transcription Conversion (999963103)

Service: —
Date of Service: 12/31/2014 12:00 AM

Author Type: —
Status: Signed

```
Medication Reconciliation - Physician Entered On: 12/31/2014 5:35
 Performed On: 12/31/2014 5:35 by ALMANZA, CARLOS
```

Physician - Medication Reconciliation

P. 27

Northwestern
Medicine®
Hospital
251 E HURON ST
CHICAGO IL 60611-2908

MRN: 008858120, DOB:
Adm: 12/31/2014, D/C: 1/3/2015

Legal Sex: M

## 12/31/2014 - Admission (Discharged) in NM Northwestern Memorial Hospital (continued)

**Provider Progress Notes (continued)**

reportedly resulted in retained bullet fragment in the bladder presents with
fevers, chills, malaise, hematuria, clinical signs/symptoms and imaging c/w
pyelonephritis.

Plan
*-- no acute intervention
-- please continue culture directed antibiotics for a total of 1 month on
discharge.
-- please coordinate CT AP in 2 weeks, f/u as outpatient w/ Dr. Lin within a few
days after CT.
-- needs cystoscopy as outpatient to evaluate bladder and retained bullet
fragment with surrounding calcifications/stone; if within bladder likely source
of infection. need negative Ucx or appropriate antibiotic coverage before
proceeding with endoscopic
 manipulation. If endoscopic eval  confirms bullet in bladder, removing bullet
fragment would likely require open operation
-- page urology with ?s/concerns

d/w Dr. Maxwell

Louis Revenig
PGY-1

Subject: Addendum by MAXWELL, MD, KELLY M. on 04 January 2015 8:40
I have seen and examined the patient on 1/3/14 am.  I have reviewed the
patient's history, hospital course, physical exam, test results, diagnoses, and
plan of treatment with Dr. Revenig.

I note the following:
afebrile x 24h, repeat imaging with u/s showed no drainable collection, labs
normalized.  medicine team planning discharge with oral abx.

Exam:
gen- nad
resp- nonlabored
ext- no edema

Labs:
Latest Results:

CBC    (01/03/15 10:05)        CHEM    (01/03/15 10:05)

        \   13.9  /              138   |   103   |   5    /              CA
(01/03/15 10:05) 8.9
    5.4    -------    243        --------------------------------    98    MG

P. 28

Northwestern Case 1:23-cr-00028 Document #: 129 Filed: 01/27/25 Page 30 of 36 PageID #:676
Medicine
Hospital
251 E HURON ST
CHICAGO IL 60611-2908

MRN: 008858120, DOB:
Adm: 4/1/2015, D/C: 4/3/2015

Legal Sex: M

## 04/01/2015 - Admission (Discharged) in NM Northwestern Memorial Hospital (continued)

**Procedure Notes (continued)**

### Procedures signed by Christopher M. Gonzalez, MD at 4/23/2015 9:02 AM

Author: Christopher M. Gonzalez, MD    Service: (none)     Author Type: Physician

Filed: 4/23/2015 9:02 AM    Note Time: 4/1/2015 12:00 AM    Status: Addendum
Editor: Christopher M. Gonzalez, MD (Physician)
Related Notes:   Original Note by Christopher M. Gonzalez, MD (Physician) filed at 4/1/2015 1:55 PM
Procedure Orders:
1. PROCEDURE REPORT [106776324] ordered by Tran Interface at 03/30/15 0000


```
                          NORTHWESTERN MEMORIAL HOSPITAL
                                 PROCEDURE REPORT
                                DATE: 04/01/2015
```

| | | | |
|---|---|---|---|
| NAME: | Mcgraw, Jeff A | HOSPITAL #: | 00066638-1397 |
| PHYSICIAN: | Christopher M. Gonzalez, MD | BILLING #: | 060035842875 |
| PAT. TYPE: | OO | PATIENT LOC | 612W124601 |
| ADMIT DATE: | 03/30/2015 | DISCH DATE: | |
| | | DOB: | 11/12/1993 |

PREOPERATIVE DIAGNOSES: Bladder stone, bullet within the bladder, pelvic trauma.

POSTOPERATIVE DIAGNOSES: Bladder stone, bullet within the bladder, pelvic trauma.

PROCEDURE: Flexible cystourethroscopy, stone basketing from bladder, cystotomy, removal of bullet from the patient's bladder, placement of suprapubic tube.

ASSISTANTS: Dr. Elodi Dielubanza and Dr. Jackie Milose.

FINDINGS: Included a jagged bullet, which was found in the patient's bladder. This was removed through an anterior wall cystotomy. The patient also had some fragments from his previous EHL of his bladder stone, which were irrigated and basketed free from the bladder neck area and also from the bladder.

COMPLICATIONS: None.

ESTIMATED BLOOD LOSS: Less than 100 mL.

PRESENTATION: The patient is a 21-year-old male with a history of pelvic trauma. He has been shot on 2 separate occasions at least 16 times. CT scan in December 2014 revealed evidence of possible bullet versus stone impinging either just on the outside or within his bladder. Upon evaluation in the office, the patient refused cystoscopy in the office in order to fully assess, and he was brought to the operating room on 03/30/2015 for cystoscopy and evaluation. We did find the patient had large bladder stone at the time of cystoscopy. He then underwent EHL of the bladder stone and a bullet was found in the middle of the bladder

P. 29

Regular rate and rhythm, S1/S2 audible, no murmur

Yes ☐ No

**Bruits/JVD**

☐ Yes ☒ No

**Edema**

☐ Yes ☐ No

**Other/Notes**

**Respiratory**

Respiratory

Respirations equal and unlabored, chest expansion symmetrical, no distress

☒ Yes ☐ No

CTA, no wheezes, rhonchi, rales

☒ Yes ☐ No

**Other/Notes**

**GI**

GI

Abdomen normal in appearance, BS present x 4 quads

☒ Yes ☐ No

Abdomen soft, nontender, nondistended, no masses, no HSM

☒ Yes ☐ No

**Other/Notes**

**Skin**

Skin

Skin pink, warm, and dry

☒ Yes ☐ No

No rashes, lesions

☐ Yes ☐ No

No dryness, thickening, or callusing

☐ Yes ☐ No

**Other/Notes**

**Assessment**

**Diagnosis**

1. BP elevated blood pressure in clinic, I will recommend BP checks for next 3 weeks, discussed reduced sodium intake and exercise
2. Chronic pain related to GSW, states he has poor pain control on ibuprofen and is requesting something different recommend switching to once daily meloxicam and Tylenol PRN for pain.

P.30

| **Encounter** | | | 06-05-2023 09:58 AM |
|---|---|---|---|
| **McGraw, Jeff A** | **Jail ID# 458110** | **Gender: Male** | **DOB :** |

| | |
|---|---|
| **Dictation:** | Late entry: <br><br> On 06/02/2023 at 0855 pm received a call from Lt. Perkins informing that patient has returned from the hospital and went to take a shower after which he was jumped by another inmate and then jumped off the top tier. Per Lt. Perkins patient is sitting in a wheelchair in booking area complaining of leg pain and inability to put weight on it. Placed call to Cannataro, PA and order received to send patient out to the ER for evaluation and treatment. Lt. Perkins made aware of the provider's order to transfer patient to the ER. Report given to oncoming morning nurse. <br><br> SIGNATURE: <br> Electronic Signature: <br> Electronically signed by KINGA PLATOS, RN on 06-05-2023 10:03:52 AM (Type: RN) |
| **Vitals:** | |
| **Condition Related To:** | |
| **Dates:** | Current Illness Date: <br> 1st Date Of Illness: <br> Unable To Work Dates: <br> Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: PLATOS, KINGA, RN, ID: |
| **Facility:** | Jerome Combs Detention Center |
| **Encounter Type:** | Nurse - Sick Call Follow-Up |
| **Sign Off:** | Signed Off By: KPLATOS on: 2023-06-05 Mon 10:03 AM |

P. 31

McGraw, Jeff (MRN 2170370)
ED Notes (continued)

Encounter Date: 06/02/2023

[MAR Hold] enoxaparin, 40 mg, abdominal subcutaneous, Q24H

**Continuous Infusions:**

**PRN Medications:**
- [MAR Hold] acetaminophen
- [MAR Hold] calcium carbonate
- fentaNYL
- [MAR Hold] hydrALAZINE
- HYDROmorphone
- [MAR Hold] HYDROmorphone
- [MAR Hold] lidocaine
- [MAR Hold] melatonin
- naloxone
- [MAR Hold] ondansetron **OR** [MAR Hold] ondansetron ODT
- ondansetron
- [MAR Hold] polyethylene glycol
- [MAR Hold] sennosides-docusate sodium

Matthew Tayon, DO

Anderson, Michael J, MD 6/3/2023 18:26

## MIDC ID CONSULTATION NOTE

**Consult:** PNA management from prior admission

**HPI:** 29-year-old male with a past medical history significant for retained bullet fragment in his bladder.

He initially presented to Riverside Hospital on 5/30 for evaluation of abdominal pain, fevers, generalized malaise, and chills. He also had some nausea and vomiting. He was found to be febrile, w/ concern for PNA given GGO seen on imaging. Urine cx neg, and 1 pos blood cx w/ Micrococcus likely contaminant.

He was discharged yesterday to Jerome Combs and returned later last night as being jumped at the detention center sustaining a right knee injury w/ evidence of R tibial plateau fracture. Per officers present at bedside, he was punched in the abdomen/back multiple times. CT A/P done today with no acute abnormalities. He is afebrile and on RA with no respiratory sx.

**Abx:**
Cefepime/doxy from prior admit

**Review of Systems:**
-General-negative other than per HPI
-Heme/Lymph-negative other than per HPI
-Cardovascular-negative other than per HPI
-Respiratory-negative other than per HPI
-Gastrointestinal-negative other than per HPI
McGraw, Jeff (MRN 2170370) Printed by Ellis, Teresa, RN [1525] at 6/6/2023 3:57 AM

p.32

McGraw, Jeff (MRN 2170370)
ED Notes (continued)

Encounter Date: 06/02/2023

Lateral tibial plateau fracture with joint depression by greater than 2 cm.

Using aseptic technique, to help with pain control and swelling, right knee aspiration performed at bedside
180 cc of hematoma was aspirated using 18 g needle. He had immediate and significant pain relief.

**Assessment/Plan:**

1. Right tibial plateau fracture. Schatzker 2

We had a long discussion regarding the nature of the patient's condition and the treatment options available.
All of their questions were answered to their satisfaction. Our current treatment plan includes:

Given patient's age, baseline level of function, and unstable nature of injury/fracture pattern, we discussed
surgery in the form of **right tibial plateau open reduction internal fixation and allograft bone** with shared
decision-making framework. I showed him his CT scan, and showed him images of what he can expect in
terms of post operative x-rays.

I discussed the procedure and post operative course as well as reasonable expectations of surgery.
Additionally, I discussed risks of surgery including specifically: wound complications, infection, bleeding, nerve
damage, vessel damage, DVT/PE, persistent pain, joint stiffness, need for hardware removal/need for future
surgery (in particular need for total knee arthroplasty in the future), failure to heal (especially in cigarette
smokers). Given the joint depression, I discussed that he will develop arthritis in his knee. Goal of surgery
would be to obtain a stable knee that is functional. However, with the severity of his joint depression and
incongruity, his knee will never feel like it did prior to his injury. The patient accepted these risks and opted to
proceed. All questions were answered to patient's satisfaction. Verbal consent for the procedure was
obtained.

Jason Shin, MD

**Date:** 6/3/2023 **Time:** 4:33 PM

Original note by Shin, Jason, MD at 6/3/2023 17:12

Shin, Jason, MD 6/3/2023 17:12

**Consult Note**

**Subjective:**

**Patient ID:** Jeff McGraw. MRN: 2170370

**Requesting Physician:** Tayon, Matthew, DO

**Reason for referral**
Right tibial plateau fracture

**HPI**
Jeff McGraw is a 29 y.o. male who initially presented with right knee injury on 6/2/2023. He was recently
discharged from hospital for a chest infection. He was in an altercation. He presented to ER.

Isolated injury right knee.

McGraw, Jeff (MRN 2170370) Printed by Ellis, Teresa, RN [1525] at 6/6/2023 3:57 AM

P. 33

McGraw, Jeff (MRN 2170370) Encounter Date: 06/02/2023

| 32MM - LOG1041892 SCREW CORTEX SELF-TAPPING 3.5 X 42MM - LOG1041892 | TAPPING 3.5 X 32MM SCREW CORTEX SELF-TAPPING 3.5 X 42MM | SYNTHES (USA) | Right 1 | Implanted |
| SCREW LOCKING VA SELF TAPPING 3.5 X 85MM - LOG1041892 | SCREW LOCKING VA SELF TAPPING 3.5 X 85MM | SYNTHES (USA) | Right 1 | Implanted |
| screw cortex self tapping | | SYNTHES USA | Right 2 | Implanted |
| SCREW LOCKING VA SELF TAPPING 3.5 X 70MM - LOG1041892 | SCREW LOCKING VA SELF TAPPING 3.5 X 70MM | SYNTHES (USA) | Right 1 | Implanted |

**Estimated Blood Loss:** 250 cc

**Operative Findings:**
Severely comminuted lateral tibial plateau with impacted articular surface

**Indications for Procedure:**
The patient is a 29 y.o. year old male who sustained an injury after altercation in prison. The patient was found to have sustained a proximal tibia fracture (lateral plateau Schatzker type 2). They were initially splinted in ED. Please see clinic documentation for full details regarding the injury and treatment prior to surgery. The patient was counseled on nonoperative as well as operative management. Nonoperative management would include splinting activity modification and nonweightbearing status for a period of time. Given the nature of the fracture, we agreed that non operative management would not be the ideal treatment option for patient care. The risks of surgery were outlined which included but were not limited to infection, bleeding, nerve damage, nonunion, malunion, delayed union, need for further surgery as well as need for revision surgery, future total knee arthroplasty, and potential need for hardware removal or hardware breakage. In particular, with his joint depression, and comminution, I discussed with patient that he will develop osteoarthritis and will eventually require total knee arthroplasty. Risk of anesthesia, per-operative risks such as stroke and cardiac arrest. Benefits of surgery would be potential improved pain, function and mobility. The patient elected to proceed. The patient obtained preoperative medical optimization. The patient had to elevate the affected extremity. They were assessed and cleared for surgery by hospitalist/PCP. The plan for surgery was open reduction internal fixation of tibial plateau.

**Description of the Procedure:**
The patient was met in the preoperative holding area the day of surgery where informed consent was again reviewed and signed. The surgical site was marked by me with a marking pen. The patient was transferred back to the Operating Room and placed supine on the Operating Room table with all bony prominences well padded. The patient was placed under general endotracheal anesthesia. The lower extremity splint was removed. After this was completed, the marked lower extremity was prepped with ChloraPrep solution and the injured lower extremity was draped in usual sterile fashion. Preoperative antibiotics were given within 1 hour of incision for prophylaxis. An SCD was attached to the contralateral leg for DVT prophylaxis. Prior to incision, a time-out was held in accordance with hospital policy confirming the correct patient, site and side of surgery as well as the procedure to be performed. All in attendance were in agreement.

Attention was turned to lateral side. Curved incision was made from lateral epicondyle extending down toward gerdy's tubercle and distally along anterolateral tibial crest. Skin flaps were raised and

McGraw, Jeff (MRN 2170370) Printed by Hoogstraat, Mendy [5358] at 6/5/2023 9:12 AM

P. 34

**JEFF AHRMON MCGRAW**
#185034

**Samantha Baney APRN**

| | | |
|---|---|---|
| Sex: M | Height: - | Allergies: |
| DOB: | Weight: 293.00 LBS | (Evaluation Required) |
| | Age: 30 | ⏱ 04:41:10    📅 09/28/2023 09:18 |
| | Billing: Federal | |

Mental Health Provider Visit
Encounter

## Subjective

**Chief Complaint/HPI**

I was asked to see this patient as he was referred to me by behavioral health clinician. Patient with a mental health history of anxiety and PTSD. He was compliant with his medications prior to being transferred here and they were continued upon his admission here. Pt reports he was incarcerated at Kankakee for about 2 months. He reports he was attacked in the shower within the first week. Pt reports he has been shot 15 times total, at two separate instances. Pt reports still struggling with symptoms while taking current medication. Pt reports anxiousness, restlessness, feeling on edge. (watching my back). Frequent worry, subjective of depression, waking up 3-4 times a night due to nightmares. Patient reports numerous other medications tried- Trazodone, Remeron, Zyprexa, Prazosin. He reports side effects with all of them. He reports that he is trying to stay busy, but can't even walk around a lot because of the injury to his leg (from Kankakee). He reports that he is not able to fully function with the symptoms, he has right now, and at times feels like his body is just going to give out because of all of this.

Past / Current Psychiatric History:

- ☑ Anxiety
- ☑ Depression
- Bipolar
- ☑ PTSD
- ADHD
- Schizophrenia
- Schizoaffective disorder
- Insomnia
- Borderline personality disorder
- Anger
- Dissociative disorder
- Drug / alcohol addiction
- OCD
- Paranoia
- Psychosis
- Other

## Past Medical History:

HTN, Asthma
Pain- nerve damage s/p right leg surgery- May from attack in Kankakee.

**Social History**

Cigarettes   Marijuana

**Family History of Mental Illness:**
Unknown

P. 35