# EXHIBIT 10

## Fw: Character Letter on behalf of Jeff McGraw

From: Maryam Malone (mmchildcareservice@yahoo.com)
To: dolgosheeva2002@yahoo.com
Date: Thursday, January 9, 2025 at 11:02 AM CST

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Thursday, January 9, 2025, 11:00 AM, Lasheena Weekly <lasheenaweekly@icloud.com> wrote:

> Gm,
> My name is Lasheena Weekly and I am speaking on behalf of Jeff's character. He has always Been a respectable young man. He has overcome a lot of obstacle in his life. He puts his pain in his music. And shares it with the world. I've known Jeff since he was 12 years old. Him and my son the great late Carlton Weekly grew up together. They established a crew where they can make music where they can get out there environment and be able to take care of their families. Unfortunately, my son was murdered August 4, 2020 in front of dolce and Cabanna store downtown located on Oak Street Jeff was arrested at the time of Carlton's passing who was known by his stage name, FBG Duck. Your honorable judge Cheng, I asked that you show leniency for Jeff today and give him another chance to show you and the world that he can be a productive citizen of society come home and raise his daughter and show her that he can also be a productive member of society thank you Lasheena weekly the mother of Carlton Weekly.