# EXHIBIT 11

ATTN: Honorable Judge

I am writing this letter for Jeff McGraw. I have known him for years and he is a great person, son, father, etc. He works extremely hard to provide for his family and he always goes the extra mile. He's very honest and intelligent, as well as success-oriented. I hope that this letter helps. He deserves to be home with his family and his children so he can continue being a positive influence in their lives.

Sincerely,

Nadya Karpook