# EXHIBIT 12

Brenton T Williams II

Priest Uriyah Ban Yasharahla

III Disciple

Twenty first day third Month of Beniah

May twenty first

    Greetings and Salutations to the Honorable Judge, and the entire staff. I hope with due diligence and caution this letter serves well as proper edification and understanding of the livelihood responsibilities and duties of one of my recipients of council Mr. Jeff A. McGraw. Mr. McGraw has received counsel from I, Priest Uriyah for a little over twenty months as of "May first." It has been a laboring Journey, a great task, a fulfilling obligation to succor Mr. McGraw in all aspects, if it may be family or personal council. nonetheless, the charge that was given to me has been accepted and all information relayed from me to Mr. McGraw which is Knowledge, Understanding, Discretion, Equity, Justice, Judgment and Wisdom has been well received and he has been executing and practicing these seven pillars of wisdom and incorporating it within his daily activities. Proverbs 9:1 Wisdom hath builded her house she hath hewn her seven pillars. The seven pillars of Wisdom is a staple point in Mr. McGraw's mental, celestial, terrestrial, emotional and body. As the seven pillars of Wisdom enlightens and heightens Mr. McGraw's inner core, or neurotransmitters it gives access for that physical and mental growth and development, this aforementioned half of this draft was and, in the latter half of this draft is, my sole intention to show the growth of Mr. McGraw. he provides for his entire family as he has a solidified career, multiple business and even more positive business ventures that would only aid and support his community, his entire family and the city of Chicago.

To add on, Mr. Mcgraw is respectful, honorable and a kind loving father, brother and God fearing man. Since his release from prison on "April" twelfth two thousand twenty two we have worked with Mr. McGraw hands on giving him and him willingly receiving direct council and anger management exercises weekly since he was released. Without a shadow of a doubt Mr McGraw has taken drastic measures to enhance his credibility as a law abiding citizen. I have seen the good works of Mr. McGraw as we have met up weekly before he was arrested and I have full confidence in him to continue to improve and grow to even greater measures if granted release. Mr. Mcgraw is also a talented individual as he is an artist of many crafts, like clothing, a musician, a producer and movie director just to name a few. I trust that Mr. McGraw will continue to improve his good works and good deeds throughout his professional career. As stated earlier. Mr. McGraw has made progress since he has been released on parole. He has made relationships stronger. He has created a newly found gift that was hidden(writing) he has given back to the inner cities of Chicago and has sent care packages abroad. He is also an upstanding individual who seeks to do the right thing when no one is looking. If possible I will continue to counsel Mr. McGraw in all things with our weekly sessions if he is granted his freedom again, for I am sure he will continue to improve.

Furthermore, McGraw is the sole provider for his Mother, Grandmother, daughter as well as a host of nephews and nieces. From talking to Mr. McGraw He seeks to enroll his daughter in a more prominent and excelling school within the city of Chicago to give her a better education. Mr. McGraw has given care packages to those in Ukraine as aid to the less fortunate on that state. He has donated food and raiment to the less fortunate and homeless in the bowels and innermost parts of the city of Chicago and he also hosts weekly events for younger children of

age to showcase their talents and gifts as it pertains to rhymes, singing, dancing and poetry. Once out of the month Mr. McGraw gathers together those of a like mind and delivers lunches to the less fortunate all throughout Chicagoland. These are just some of the things that Mr. McGraw does to aid the city of Chicago. At times it goes unnoticed, but these are some of the deeds he does so frequently and openly. Mr. McGraw is also very intellectual and intelligent.

    He prays consistently and is a big reader he loves to read and he loves helping the younger children within his community to exceed and excel even when others think he cannot. He is a big inspiration in his community as mentioned above. Mr. McGraw is a provider, a leader, a learner, a mentor and much more. He is much more impactful within his community and in the city of Chicago than anywhere else, so that he may continue to do what he does best to be a provider and leader for his Mother, his children and so many more. In conclusion, I hope this draft is sufficient enough to gauge the good deeds and traits as it is penned directly from Mr. McGraw's spiritual aid and counselor.

Respectfully,

With Peace, salutations and proper greetings

Priest Uriyah

Pr.uriyah@shecaniah.com

May PEACE be MULTIPLIED.