# EXHIBIT 13

Honorable Judge,

I hope this message finds you well. My name is Javonte J. McGraw and I am the younger cousin of Jeff McGraw. Growing up I looked up to Jeff as a role model and he always guided me in the right direction, despite his own situations. He is the reason for a lot of the successes I've achieved thus far in my life. He takes care of his family and children no matter the circumstances. He has been nothing but an encouraging and supportive cousin, not only for me but for my siblings as well. His personality and character traits have stuck with myself and my siblings throughout our childhood years into adulthood. He is selfless, a leader, kind hearted, optimistic, patient, and loyal.

Immediately after graduating highschool in 2014, I wasn't sure what I wanted to do with my life. Jeff steered me toward joining the military and told me to be the best I can be when I do. His words carried heavy weight with me and he always believed in my capabilities to succeed in any environment. In my 8 ½ years serving in the U.S. Navy, every achievement I made while serving was due to his guidance as a kid and his encouragement and support as an adult. After I was honorably discharged from the U.S. Navy, Jeff encouraged me to get into real estate. Not only that, but he also influenced me to go back to school and achieve a degree in Media Technology; I begin online courses at the University of Florida in the Spring of 2024. I acknowledge that these are my personal accolades, however, I truly believe that without the guidance, encouragement, and support of my older cousin, I wouldn't be so inspired to achieve greatness.

He's more than what others or the mistakes he's made have portrayed him to be. His children need him, his mother needs him, and I need him. I wouldn't be where I am today without him. I believe that upon his release he will be a better contributor to society. He not only provides for the family financially, but emotionally as well. I say this with all of my heart, Jeff McGraw is the leader and head of this family and without him we tend to fall apart. His charisma and presence is rare and I pray for the day where I have him back in my life without restriction. The bond we have is unbreakable and if life were to go sideways, he has been and always will be there to lift my chin up and tell me to keep pushing rather it be in person, over the phone, or through email. He is my inspiration and I'm sure he's inspired many more. My hope is that you read this with the same passion in which I typed it and acquire a newly found image toward my cousin.

Thank you for your time,

Javonte J. McGraw