# EXHIBIT 14

Honorable Judge.

It is with great humility that I come before this court with words for my friend Jeff Mc graw i don't want to pretend that I know what is before the court. However I can speak to the character of Jeff. You see Jeff is a smart, caring and empathetic young man that since the time I've known him. He's a provider taking care of his kids and being a great dad. Jeff is a young man who takes care of his mom and a host of family and friends. Jeff is loved and is a pillar in the community . I pray that this Court will find in its discretion in consideration that Jeff is loved and needed mercy.

Albert Cleveland a family friend 🙏