# EXHIBIT 15

Dear Honorable Judge,

I am writing to express my heartfelt support for the release of Jeff McGraw from prison. Jeff has had a profound positive impact on my life, and I firmly believe that he deserves a second chance to contribute to society in a meaningful way.

From the moment I met Jeff, his genuine warmth and compassion resonated with me. He has consistently been a source of inspiration, offering unwavering support and encouragement. Jeff's ability to see the best in people and situations, even in the face of adversity, is truly remarkable.

Moreover, Jeff's impact extends beyond our personal interactions. He has actively engaged in community service, dedicating his time and efforts to making a positive difference in the lives of others. Whether it's volunteering at local shelters or organizing fundraising events, Jeff's selflessness and commitment to helping those in need have left an indelible mark on our community.

Granting Jeff McGraw's release would not only give him a chance to rebuild his life but also allow him to continue positively impacting the lives of others. I firmly believe in his capacity for growth and redemption. Thank you for considering my support for Jeff's release.

Sincerely,

Robert Anderson