# EXHIBIT 16

Dear Honorable Judge,

I am writing to express my firm support for the release of Jeff McGraw from prison. Jeff's positive impact on my life and our community cannot be overstated, and I believe that he deserves a second chance to contribute positively to society.

From the moment I met Jeff, his kindness and empathy stood out to me. He has always been there for me, offering a listening ear, guidance, and unwavering support. Jeff's ability to uplift those around him and his genuine care for others have been a constant source of inspiration. Furthermore, Jeff's impact extends beyond our personal interactions. He has actively participated in community initiatives, volunteering his time and efforts to help those in need. Jeff's selflessness and dedication to making a positive difference have had a significant influence on our community.

Granting Jeff McGraw's release would not only provide him with an opportunity to rebuild his life but also allow him to continue making a positive impact on others. I firmly believe in his capacity for growth and redemption. Thank you for considering my support for Jeff's release.

Sincerely,

Daniel Angston