# EXHIBIT 26

# Character letter

From: Shekita Dover (shekitam30@icloud.com)

To: dolgosheeva2002@yahoo.com

Date: Friday, January 10, 2025 at 07:58 AM CST

Sent from my iPhone

I am so very pleased to write this letter on behalf of Jeff McGraw, unfortunately Jeff has made some bad decisions in life and he had to face the consequences of his actions. These years have been very hard felt years with him missing on his life and watching his daughter grow older. As well as his family friends and loved ones Jeff now knows and has a better understanding of life and others lives he has a different mindset and view of the world and again life itself. He wishes to come and finish becoming the better man he has and to reach his full potential in life. He has so many family and friends whom wants to see him home. We all know that he will reach his full potential and will not go back down the wrong path in life we are asking that you can find it in your heart to give him another chance as we all make mistakes and deserve another chance. His daughter misses him his mother misses him his brother misses him and a very large amount of family and friends misses him please give him this second chance to be home with his loved ones. Please Thank you
-Shekita Dover