UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

*Plaintiff(s)*

v.

*Defendant(s)*

Case Number:

# NOTICE OF APPEAL

At the direction of the Court, notice is hereby given that defendant, , appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered in this action.

Dated:

Thomas G. Bruton, Clerk of Court

By: *s/*
    Deputy Clerk

Rev. 10102018