# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 10, 2025

*By the Court*:

No. 25-1209

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff - Appellee,<br><br>　　v.<br><br>JEFF MCGRAW,<br>　　　Defendant - Appellant. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:23-cr-00028-1<br><br>Edmond E. Chang,<br>　　*Judge*. |

　　This matter comes before the court for its consideration of attorney Yelena A. Dolgosheeva's **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT-APPELLANT JEFF MCGRAW**, filed on February 18, 2025. Upon consideration thereof,

　　**IT IS ORDERED** that the Motion to Withdraw is **GRANTED**.

　　**IT IS FURTHER ORDERED** that Thomas W. Patton, Chief Federal Defender, 401 Main Street, Peoria, IL, 61602, Thomas_Patton@fd.org, is appointed to represent defendant-appellant Jeff McGraw. Counsel is directed to contact the defendant-appellant immediately.

　　Briefing shall proceed as follows:

1.　Defendant-appellant shall file his brief and required short appendix on or before June 9, 2025.

2.　Plaintiff-appellee shall file its brief on or before July 9, 2025.

3.　Defendant-appellant shall file his reply brief, if any, on or before July 30, 2025.

　　**IT IS FINALLY ORDERED** that the District Court shall add attorney Thomas W. Patton to their CM/ECF database for purposes of accessing District Court documents, including sealed docket entries not filed *ex parte*.

Important Scheduling Notice !
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).